

**Private Attorney General**
42 USC 1988
Anabel Gasmen Cabebe
*Constitutional Rights &
Civil Rights Protection
The Constitution is the law!
Violate the law, GO TO JAIL!*

AnabelCabebe_Realtor@yahoo.com

**Anabel Gasmen Cabebe, R.A.**
Notary Public, State of Hawaii
Realtor Associate
Licensed Foster Home
Catering & Entertainment

Telephone: (808) 484-0731 • Cell: (808) 554-7688
1604 Democrat Street • Honolulu, HI 96819

EXHIBIT 1