# Common Law Office of America (/)

## United States Office of the Private Attorney General

*"The Common Law is the will of mankind issuing from the life of the people."*

US DEPT. OF JUSTICE
(HTTP://WWW.JUSTICE.GOV)



Private Attorney General Anthony Williams has been perfecting law since 2002. He has an unorthodox approach to law and champions the rights of the poor and the American people. His dedication to justice and truth is unparalleled and he is one such individual that holds our public servants accountable for their actions. Mr. Williams did his studies at Kaplan University and continued his own education through extensive and exhaustive research that has given him world wide recognition for being fearless in the courtroom and uncompromising in his principles of honesty, integrity, faith in Yahweh and service to the people. Mr. Williams has taken on the U.S. Government, FBI, Sheriff departments and State governments in defense of the rights of the American people.

ANTHONY WILLIAMS LINK
(HTTP://WWW.USACOMMONLAW.COM/PAG-ANTHONY-WILLIAMS.HTML)



(http://www.staradvertiser.com/s?action=login&f=y&id=226707851&id=226707851)
Deputy Private Attorney General Anabel Gasmen Cabebe is well known and respected in the community in Oahu. She is a woman who is endowed with attributes of honesty, integrity, dedication, commitment and compassion. She is an entrepreneur and a certified notary and loves assisting and giving back to the people in need the most. Deputy Cabebe is internationally known and respected around the globe and is truly an asset as a notary to the Common Law Office of America and the American people.

ANABEL CABEBE LINK
(HTTP://WWW.CARROLLCOX.COM/SHOW100613.HTM)



Private Attorney General Robyn Kelley has worked in the legal field for over 20 years for a law firm which has equipped her with knowledge of the de facto judicial system necessary to expose where the corruption is and the solutions to ultimately eradicate it. She is a great asset to the Common Law Office of America team and is endowed with wisdom from Yahweh to assist those in need and execute her duties with the utmost integrity and compassion for the rights of the people. Robyn Kelley is a true lady of justice.



DR. ROBYN KELLEY LINK
(HTTP://WWW.USACOMMONLAW.COM/PAG-ROBYN-KELLEY.HTML)

*PUBLIC WARNING!!*
***SCAM ALERT***

Click button for details on Hep Guinn, HYL Consultants and her affiliates

FORECLOSURE SCAM ARTISTS
(/PUBLIC-NOTICE.HTML)

PRIVATE ATTORNEY GENERAL DECLARATION

**EXHIBIT 2**




Private Attorney General Randy Rosado is an experienced Private Attorney General who specializes in Foreclosure Defense and Trust Law. He has been operating and assisting multiple clients in



CHIEF MURRAY

Chief Paul Martin Murray is the National Chief Law Enforcement Officer and Private Attorney