James F. Evers   HI State Bar No. 5304
State of Hawaii
Office of Consumer Protection
235 S. Beretania Street, Room 801
Honolulu, Hawaii 96813
Phone: (808) 586-5980
E-Mail: jevers@dcca.hawaii.gov

Attorney for STATE OF HAWAII
OFFICE OF CONSUMER PROTECTION

UNITED STATES BANKRUPTCY COURT

DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>ANABEL GASMEN CABEBE,<br><br>Debtor.<br>_____<br><br>STATE OF HAWAII, by its OFFICE OF CONSUMER PROTECTION,<br><br>Plaintiff,<br><br>v.<br><br>ANABEL GASMEN CABEBE,<br><br>Defendant. | Case No. 15-01446<br>Chapter 7<br><br><br><br><br><br>Adv. Pro. No. 16-90011 |

### PLAINTIFF'S CONCISE STATEMENT OF MATERIAL FACTS

| No. | Material Fact | Evidentiary Support |
|---|---|---|
| 1. | Anabel Cabebe ("Cabebe") has operated a business in Hawaii called Mortgage Enterprise Investments, also sometimes known as Mortgage Enterprises Investments (collectively "MEI"). | Complaint,¶16<br>Exhibits C, D, E, F, N, V and AA |
| 2. | Cabebe operated MEI with the assistance of Anthony Williams ("Williams"). | Complaint,¶31<br>Exhibit D |
| 3. | Cabebe claimed that MEI was overseen by the Common Law Office of America, for which she claimed she served as a deputy private attorney general and Williams served as a private attorney general. | Complaint,¶32<br>Exhibits D and E |
| 4. | Cabebe offered MEI's services to consumers, being people who would use the service primarily for their own personal, family, or household purposes. | Complaint,¶¶18,245,264<br>Exhibit I |
| 5. | Cabebe claimed that MEI was a mortgage reduction service that is guaranteed to cut in half a homeowner's mortgage loan balance, monthly mortgage payment, and mortgage loan term. | Complaint,¶19<br>Exhibits C, I and N |
| 6. | At all times Cabebe operated MEI with the intent and purpose of defrauding consumers. | Complaint,¶¶26,27,246,265-267 |
| 7. | Cabebe created, and distributed to prospective new clients, standard MEI forms, which included a "Statutory Short Form Power of Attorney," a "Homeowner Service Guarantee Agreement," and a "Foreclosure Disclosure Terms and Conditions" sheet. | Complaint,¶35;<br>Complaint Exhibits 3-8 (Dkt #1-3,pp.1-13)<br>Exhibit I |
| 8. | Cabebe misrepresented to prospective clients that MEI guarantees its ability to both secure a monthly mortgage service payment that is one-half of the homeowner's current mortgage payment and reduce the homeowner's current mortgage loan pay-off term by one-half. | Complaint,¶247<br>Complaint Exhibit 4 (Dkt #1-3,p.3)<br>Exhibits C, I and N |

2

| | | |
|---|---|---|
| 9. | Cabebe misrepresented to prospective clients that MEI would fully refund any homeowner if MEI fails to secure a mortgage service payment that is one-half of the homeowner's current mortgage loan payment. | Complaint,¶248<br>Complaint Exhibit 4 (Dkt #1-3,p.3)<br>Exhibits C, I and N |
| 10. | Cabebe misrepresented to prospective clients that because of the MEI refund guarantee, there was "no risk" to the consumer if MEI was unsuccessful in reducing a client's current mortgage loan payment by one-half. | Complaint,¶249<br>Complaint Exhibit 4 (Dkt #1-3,p.3)<br>Exhibits C, I and N |
| 11. | Cabebe misrepresented to prospective clients that MEI has a "rock solid proven method" of reducing mortgages that had "yielded a 100% success rate" that allowed the company to stand firmly behind its guarantee. | Complaint,¶250<br>Complaint Exhibit 6 (Dkt #1-3,p.10)<br>Exhibits C, I and N |
| 12. | Cabebe misrepresented to prospective clients that mortgages held by their lenders or servicers would be rendered invalid and unenforceable as the result of MEI's mortgage reduction service. | Complaint,¶251<br>Exhibit I |
| 13. | The benefits promised to an MEI client were supposed to be documented through the filing in the Bureau of Conveyances of the State of Hawaii ("Bureau") of a mortgage created in favor of MEI and/or a financing statement. | Complaint,¶¶20,67<br>Complaint Exhibit 9 (Dkt #1-4,pp.1-2)<br>Exhibit F |
| 14. | Cabebe filed in the Bureau financing statements that provided that any prior mortgages recorded against a particular client's property are discharged. | Complaint,¶54<br>Complaint Exhibit 9 (Dkt #1-4,pp.1-2)<br>Exhibit Y |
| 15. | Cabebe filed in the Bureau mortgages created in favor of MEI that provided that any prior mortgages recorded against a particular client's property are discharged. | Complaint,¶67<br>Complaint Exhibit 11 (Dkt #2-2,pp.1-7)<br>Exhibit F |

3

| | | |
|---|---|---|
| 16. | Cabebe filed the financing statements and mortgages in the Bureau with the intent and for the purpose of misleading MEI clients into believing that these MEI recordings would affect the validity and enforceability of prior mortgages held by the clients' lenders or servicers. | Complaint,¶¶26,38,266<br>Exhibit 10 (Dkt #2-1)<br>Exhibit I |
| 17. | MEI's mortgages called for monthly payments in one-half the amount of a particular client's original mortgage, giving the appearance that the original mortgage had been reduced in half. | Complaint,¶268<br>Exhibit 10 (Dkt #2-1,pp.1-3) |
| 18. | Cabebe instructed MEI clients that all future monthly mortgage payments should be made to MEI under the client's MEI mortgage. | Complaint,¶¶69,70,72<br>Exhibit 10 (Dkt #2-1,pp.1-3)<br>Exhibits C and N |
| 19. | Clients of MEI justifiably relied upon the representations about the MEI mortgage reduction service made by Cabebe and Williams. | Complaint,¶¶260,316<br>Exhibits C and N |
| 20. | Clients of MEI paid for the alleged mortgage reduction service in advance, and in addition, in many cases made monthly mortgage payments to MEI. | Complaint,¶¶101,314<br>Exhibits C and N |
| 21. | The lenders and servicers of MEI clients never agreed to modify or reduce the loan balances, the monthly payment amounts, or the terms of the loans. | Complaint,¶312 |
| 22. | MEI is a fraud. | Complaint, ¶¶17,25-30.<br>Exhibits A and B |
| 23. | MEI never successfully reduced a client's mortgage. | Complaint,¶¶37,313 |
| 24. | The mortgages made in favor of MEI and filed in the Bureau were not supported by a loan or any other consideration and are bogus and void. | Complaint,¶¶71,72<br>Exhibit Z |

4

| | | |
|---|---|---|
| 25. | The financing statements filed in the Bureau were not supported by a loan or any other consideration and are bogus and void. | Complaint,¶¶56,72<br>Exhibit Z |
| 26. | Cabebe also operated a business in Hawaii called Mortgage Enterprise ("ME"). | Complaint,¶122<br>Exhibits C, J, K, L, M, N, O, P, Q, R, S, T, U |
| 27. | Cabebe operated ME with the assistance of Henry Malinay ("Malinay"). | Complaint,¶¶135, 206,323,324<br>Exhibits A, B, C, J, K, L, M, N, and U |
| 28. | Cabebe took the MEI business forms to create ME business forms that, except in name, are virtually identical in form and content to the MEI forms. | Complaint,¶136<br>Exhibits I and J |
| 29. | Cabebe offered ME's services to consumers, being people who would use the service primarily for their own personal, family, or household purposes. | Complaint,¶¶124,245,264<br>Exhibit J |
| 30. | Cabebe claimed that ME was a mortgage reduction service that is guaranteed to cut in half a homeowner's mortgage loan balance, monthly mortgage payment, and mortgage loan term. | Complaint,¶125<br>Complaint Exhibit 14 (Dkt #1-8,p.2)<br>Exhibits C, J and N |
| 31. | At all times Cabebe operated ME with the intent and purpose of defrauding consumers. | Complaint,¶¶130,131,265-267 |
| 32. | Cabebe ran the fraudulent ME business like MEI except that ME relied entirely on financing statements filed in the Bureau. | Complaint,¶¶157,158 |
| 33. | Clients of ME justifiably and reasonably relied upon the representations about the ME mortgage reduction service made by Cabebe and Malinay and paid for the service in advance. | Complaint,¶¶315,316<br>Exhibits C, I and N |
| 34. | The lenders and servicers of ME clients never agreed to modify or reduce the loan balances, the monthly payment amounts, or the terms of the loans. | Complaint,¶312 |

5

| 35. | ME is a fraud. | Complaint,¶¶123-131,210<br>Exhibits A and B |
|---|---|---|
| 36. | The operations of MEI and ME violated applicable consumer protection laws, for which Cabebe is liable to pay restitution, fines and penalties, and for which the Court may enter permanent injunctive relief, along with declaratory relief that all MEI and ME filings at the Bureau are void and released. | Complaint,¶¶243<br>Exhibits A and B |
| 37. | Cabebe committed common law fraud under Hawaii law by operating MEI and ME. | Complaint,¶¶237,280,291,300-302,306<br>Exhibits A and B |
| 38. | Cabebe, as well as her collaborators in MEI and ME, made false representations of material facts to consumers that were intended to induce consumers to act by signing up for the mortgage reduction service. | Complaint,¶¶257,280,291,300-302,306<br>Exhibits A and B |
| 39. | Cabebe made these representations with knowledge of, or reckless disregard for, their falsity. | Complaint,¶258<br>Exhibits A and B |
| 40. | Consumers justifiably relied upon Cabebe's false representations to their detriment. | Complaint,¶¶170, 198<br>Exhibits C, J and N |
| 41. | Cabebe fraudulently obtained money from consumers for a bogus mortgage reduction service, and consumers have valid claims against Cabebe. | Complaint,¶246<br>Exhibits A and B |
| 42. | Cabebe's involvement in MEI and ME violated Hawaii's prohibition of unfair or deceptive acts or practices in the conduct of any trade or commerce. | Complaint,¶¶263,265-270<br>Exhibits A and B |
| 43. | Cabebe at all times knew that neither MEI nor ME could deliver the mortgage reductions promised to consumers, yet at no time did she ever inform any of the consumers that the service did not work. | Complaint,¶¶265-268 |
| 44. | Cabebe has knowingly and fraudulently concealed what remains of her share of the money derived from the operation of MEI and ME. | Complaint,¶¶300-304,310 |

| 45. | Cabebe has deliberately and unreasonably failed and refused to cooperate with the investigation into her involvement in MEI and ME being conducted by OCP. | Complaint,¶¶230,238 Exhibits T, V, W, and X |
|---|---|---|
| 46. | Cabebe knowingly and falsely reported to the State Attorney General that her notary seal and notary book had been lost on March 28, 2015. | Complaint,¶239 Exhibits F#4 and W |
| 47. | After having been served with a subpoena duces tecum for her notary books on April 9, 2015, Cabebe knowingly and falsely claimed her notary book had been stolen the day before. | Complaint,¶240 |
| 48. | Cabebe has engaged in professional misconduct sufficient to warrant the revocation, suspension or denial of her status as a notary public. | Complaint,¶241 |
| 49. | In response to all of the allegations set forth in the Complaint, Cabebe asserted her Fifth Amendment privilege against self-incrimination. ("Defendant Cabebe invokes her Fifth Amendment right against self-incrimination as to all of the allegations contained in the Complaint.") | Answer, Dkt # 8, p.2 |

Attached hereto are the following documents:

Exhibit A    Findings of Fact and Conclusions of Law on Plaintiff's Motion for Summary Judgment (Adv. Dkt #53) entered in Adv. Pro. No. 15-00044 (since reported as State of Hawaii Office of Consumer Protection v. Malinay (In re Malinay), 2015 WL 5208985 (Bankr.D.Hawaii 2015)

Exhibit B    Judgment (Adv. Dkt #54) entered in Adv. Pro. No. 15-00044 (State of Hawaii Office of Consumer Protection v. Malinay (In re Malinay), (Bankr.D.Hawaii 2015)

Exhibit C    Declarations from the consumer-complainants in support of their respective claims are listed below. The Pico claim, for example, is supported by the Declarations of both Melvin Pico and Sally Pico, designated as Ex.C#1A and Ex.C#1B, respectively. Declarations

supporting the first twenty claims (i.e., Ex.C#1 through Ex.C#20), were all previously filed in OCP's adversary proceeding filed against Henry Malinay. Declarations of the consumer-complainants may be identified as follows:

Ex.C#1A Melvin Pico Declaration

Ex.C#1B Sally Pico Declaration

Ex.C#2A Benilda Simon Declaration

Ex.C#2B Rodrigo Simon Declaration

Ex.C#3 Hilaria Taborada Declaration

Ex.C#4 Romeo Lopez Declaration

Ex.C#5 Prima Gijal Declaration

Ex.C#6 Marites Quedding Declaration

Ex.C#7A Dominador Barut Declaration

Ex.C#7B Margarita Barut Declaration

Ex.C#8A Reina Mata Declaration

Ex.C#8B Robert Mata Declaration

Ex.C#9 **and #14** Luz Lizada Declaration

Ex.C#10A Clarita Callos Declaration

Ex.C#10B Loreto Callos Declaration

Ex.C#11A Clarita Callos Declaration

Ex.C#11B Jusepina Callos Declaration

Ex.C#12A Froilan Lagazo Declaration

Ex.C#12B Leonilaemma Lagazo Declaration

Ex.C#13A Bessie Gazmen Declaration

Ex.C#13B Rudy Gazmen Declaration

Ex.C#14 **and #9** Ceasar Lizada Declaration

8

Ex.C#15 Felicitas Pasion Declaration

Ex.C#16A Elvira Andaya Declaration

Ex.C#16B Larry Andaya Declaration

Ex.C#17 Nelia Fabella Declaration

Ex.C#18A Gudencia Simon Declaration

Ex.C#18B Herminio Simon Declaration

Ex.C#19 Rosario Kalb Declaration

Ex.C#20A Antonio Palacio Declaration

Ex.C#20B Enriqueta Palacio Declaration

Ex.C#21A Zenaida Magbual Declaration

Ex.C#21B Rogelio Magbual Declaration

Ex.C#22A Danilo Pillos Declaration

Ex.C#22B Macrina Pillos Declaration

Ex.C#23 Josephine Leano Declaration

Ex.C#24A Eleonor Sabas Declaration

Ex.C#24B Esmenio Sabas Jr. Declaration

Ex.C#25 Riza Magsayo Declaration

Ex.C#26 Avelina Laurel Declaration

Ex.C#27A Nida Gajonera Declaration

Ex.C#27B Elmer Gajonera Declaration

Ex.C#28 Zenaida Webb Declaration

Ex.C#29 Violeta Natividad Declaration

Ex.C#30A Norma Romero Declaration

Ex.C#30B Claro Romero Declaration

Ex.C#31 Josefina Lucena Declaration

9

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16   Filed  08/04/16   Page 9 of 14

Ex.C#32A Florencia Pasalo Declaration

Ex.C#32B Ernesto Pasalo Declaration

Ex.C#33 Remedios Oamil Declaration

Ex.C#34 Hermie Pestana Declaration

Ex.C#35 Milah Ventura Declaration

Ex.C#36 Patricia Nicolas Declaration

<u>Exhibit D</u>    re CLOA's website

Ex.D#1 private attorney general profiles featured on the CLOA website, with link to Scam Alert

Ex.D#2 Scam Alert issued for Malinay, Franco et al.

<u>Exhibit E</u>    Cabebe's Business Card

<u>Exhibit F</u>    Recorded MEI Mortgages in 2015

Ex.F #1 2015.1.6 Cabebe MEI mortgage #1 (98-510 Kaamilo)

Ex.F #2 2015.1.6 Cabebe MEI mortgage #2 (1604 Democrat)

Ex.F #3 2015.1.6 Laforteza MEI mortgage

Ex.F #4 2015.5.26 Pasion MEI Mortgage

Ex.F #5 2015.6.2 Pillos MEI Mortgage

Ex.F #6 2015.6.5 Horowitz & Kane MEI Mortgage

Ex.F #7 2015.6.23 Subia (but not Invencion) MEI Mortgage

Ex.F #8 2015.6.25 Asuncion MEI Mortgage

Ex.F #9 2015.6.26 Madamba MEI Mortgage

Ex.F #10 2015.6.26 Pajela MEI Mortgage

Ex.F #11 2015.6.26 Troxel MEI Mortgage

Ex.F #12 2015.6.29 Calucag MEI Mortgage

Ex.F #13 2015.7.22 Pactanac MEI Mortgage

  Ex.F #14 2015.8.11 Rumbawa MEI mortgage

  Ex.F #15 2015.9.21 Lapitan MEI Mortgage

<u>Exhibit G</u>  MEI Trade Name registered in Hawaii to A.Williams

<u>Exhibit H</u>  MEI is not a Tennessee corporation

<u>Exhibit I</u>  MEI forms (Exs. 3-8 to Complaint) re Pasalo

<u>Exhibit J</u>  ME forms (Exs. 13-18 to Complaint) re Pasion

<u>Exhibit K</u>  JPMorganChase signature card

<u>Exhibit L</u>  Wells Fargo signature card

<u>Exhibit M</u>  Union Bank check made by Cabebe payable to Cabebe

<u>Exhibit N</u>  36 Complaints to OCP from Consumers re bogus mortgage reduction service

  Ex.N#1 Pico Complaint

  Ex.N#2 Benilda and Rodrigo Simon Complaint

  Ex.N#3 Taborada Complaint

  Ex.N#4 Lopez Complaint

  Ex.N#5 Gijal Complaint

  Ex.N#6 Quedding Complaint

  Ex.N#7 Barut Complaint

  Ex.N#8 Mata Complaint

  Ex.N#9 Luz Lizada Complaint

  Ex.N#10 Loreto and Clarita Callos Complaint

  Ex.N#11 Jusepina and Clarita Callos Complaint

  Ex.N#12 Lagazo Complaint

  Ex.N#13 Gazmen Complaint

  Ex.N#14 Ceasar Lizada Complaint

Ex.N#15 Pasion Complaint

Ex.N#16 Andaya Complaint

Ex.N#17 Fabella Complaint

Ex.N#18 Gudencia and Herminio Simon Complaint

Ex.N#19 Kalb Complaint

Ex.N#20 Palacio Complaint

Ex.N#21 Magbual Complaint

Ex.N#22 Pillos Complaint

Ex.N#23 Leano Complaint

Ex.N#24 Sabas Complaint

Ex.N#25 Magsayo Complaint

Ex.N#26 Laurel Complaint

Ex.N#27 Gajonera Complaint

Ex.N#28 Webb Complaint

Ex.N#29 Natividad Complaint

Ex.N#30 Romero Complaint

Ex.N#31 Lucena Complaint

Ex.N#32 Pasalo Complaint

Ex.N#33 Oamil Complaint

Ex.N#34 Pestana Complaint

Ex.N#35 Ventura Complaint

Ex.N#36 Nicolas Complaint

Exhibit O    Financing statement filed in the BOC for Simbulan

Exhibit P    consumer check from Simbulan deposited by Cabebe into her personal account

Exhibit Q    re activity of ME bank account at Union Bank

    Ex.Q#1 Cabebe signed check on Union Bank for ME at 1604 Democrat

    Ex.Q#2 Cabebe signed check on Union Bank for ME at 1604 Democrat

    Ex.Q#3 Cabebe signed check on Union Bank for ME at 1604 Democrat

    Ex.Q#4 Cabebe signed check on Union Bank for ME at 1604 Democrat

    Ex.Q#5 Cabebe signed check on Union Bank for ME at 1604 Democrat

    Ex.Q#6 Cabebe signed check on Union Bank for ME at 1604 Democrat

Exhibit R    re activity of ME bank account at JPMorganChase Bank

    Ex.R#1 Cabebe signed check on JPMorganChase Bank for ME at 1604 Democrat

    Ex.R#2 Cabebe check on JPMorganChase Bank for ME at 1604 Democrat

Exhibit S    Wells Fargo Bank cashier's check payable to Cabebe

Exhibit T    Cabebe's letter of 2014.8.18 to OCP lying about ME

Exhibit U    re travel

    Ex.U#1 ME check signed by Cabebe for travel expenses for Cabebe, Malinay, & Franco

    Ex.U#2 Records of Hawaiian Airlines for air travel by Cabebe et al.

Exhibit V    letter from A.Williams of 2015.4.16 to OCP re Cabebe with Cabebe in CLOA letterhead

Exhibit W    Cabebe's letter to AG of 2015.7.9 re lost notary seal and book on 2015.3.28

Exhibit X    OCP's letter of 2015.11.13 to A. Cabebe re her failure to contact OCP

Exhibit Y    Cabebe's pro se filing of 2015.4.1 to enforce the MEI/ME UCC-1s

Exhibit Z    Cabebe Testimony given at 2016.6.14 FMC

    Ex.Z#1 Cabebe Testimony re bogus BOC filings (pp.38-48 of Ex.Z#2)

    Ex.Z#2 Entire Transcript

Exhibit AA  Cabebe personally named as a defendant in suits filed by consumers

Exhibit BB   Summary of Consumers' Restitution Claims

Exhibit CC   Act 007 re HRS Ch. 480 Gov M 1107

Exhibit DD   Sulla v Horowitz

Exhibit EE   Consumer Creditors of Anabel Cabebe that have filed for bankruptcy

Exhibit FF   Declaration of John N. Tokunaga

DATED: Honolulu, Hawaii, August 4, 2016.

/s/ James F. Evers
JAMES F. EVERS
Attorney for State of Hawaii
Office of Consumer Protection

Certificate of Compliance with Word Limitations

The foregoing table of the concise statement of material facts does not contain more than 1500 words, in compliance with LBR 7056-1(d) and LR 7.5(d). The Index of Exhibits was omitted from the word count.

DATED: Honolulu, Hawaii, August 4, 2016.

/s/ James F. Evers
JAMES F. EVERS
Attorney for State of Hawaii
Office of Consumer Protection

14

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16   Filed  08/04/16   Page 14 of 14