

# CERTIFICATE

## OF

## HAWAIIAN AIRLINES, INC.

I, Aggie B. England, Legal Specialist of Hawaiian Airlines, Inc. ("Hawaiian") hereby certify that to the best of my knowledge attached hereto as Exhibit A are true and correct copies of travel itineraries including dates, times, and destinations for Anabel Gasmen Cabebe; address 1064 Democrat St., Honolulu, HI 96819 or 98-524 Kaimu Loop, Aiea, HI 96701, last 4 digits of Social Security number 7434 from January 1, 2013 to December 31, 2014. All documents are information up to June 11, 2015.

Dated: June 11, 2015                      Honolulu, Hawaii.

                                           HAWAIIAN AIRLINES, INC.


                                           By _____
                                              Aggie B. England
                                              Legal Specialist

P.O. Box 30008 Honolulu Hawaii 96820-0008



DAVID Y. IGE
GOVERNOR

SHAN S. TSUTSUI
LT. GOVERNOR

### STATE OF HAWAI'I
### OFFICE OF CONSUMER PROTECTION
### DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
LEIOPAPA A KAMEHAMEHA BUILDING
235 SOUTH BERETANIA STREET, ROOM 801
HONOLULU, HAWAI'I 96813-2419
Phone Number: (808) 586-2630
Fax Number: (808) 586-2640
www.hawaii.gov/dcca/ocp

CATHERINE P. AWAKUNI COLÓN
DIRECTOR

JO ANN M. UCHIDA TAKEUCHI
DEPUTY DIRECTOR

STEPHEN H. LEVINS
EXECUTIVE DIRECTOR
OFFICE OF CONSUMER PROTECTION

AQUILINO R. IDAO
SUPERVISING INVESTIGATOR

May 29, 2015

## FAX COVER LETTER

**DATE:**        May 29, 2015

**TIME:**        10:42 AM (HST)

**FAX NO:**      808-840-8369

**SEND TO:**     Hawaiian Airlines Custodian of Records

**SENT FROM:**   Amellia M. Partlow
                 State of Hawaii
                 Office of Consumer Protection
                 Department of Commerce & Consumer Affairs
                 235 S. Beretania St. Room 801
                 Honolulu, Hawaii 96813
                 (808) 586-3074 Office
                 (808) 586-2630 FAX
                 apartlow@dcca.hawaii.gov

### TOTAL NUMBER OF PAGES INCLUDING THIS COVER LETTER: 2

MEMO: Anabel Cabebe

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT. YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.



**STATE OF HAWAII**
**DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS**
**OFFICE OF CONSUMER PROTECTION**

**SUBPOENA DUCES TECUM**

To:                              Hawaiian Airlines
                                 Custodian of Records
                                 3375 Koapaka St. G-350
                                 Honolulu, HI 96819

YOU ARE HEREBY COMMANDED, pursuant to the authority granted to the Office of Consumer Protection, by Hawaii Revised Statutes, Sections 487-5 and 487-9 to produce:

1.    Travel itineraries including dates, times, and destinations for Anabel Gasmen Cabebe; address 1604 Democrat St. Honolulu, HI 96819 or 98-524 Kaimu Loop, Aiea, HI 96701 last 4 digits of Social Security number 7434 from January 1, 2013 to December 31, 2014.

The records shall be delivered on or before Friday June 12, 2015 to the State of Hawaii, Office of Consumer Protection, 235 S. Beretania St. Suite 801 Honolulu, HI 96813 via fax no. (808)586-2640 to the attention of Amellia M. Partlow name or via email to apartlow@dcca.hawaii.gov

This subpoena is made to further an investigation being conducted by the Office of Consumer Protection pursuant to Hawaii Revised Statutes Section 480-2 and/or 480E. If you have any questions about this subpoena, contact Amellia M. Partlow at (808) 586-3074.

Failure to produce these records may subject you to liability for contempt and for costs and fees expended in the enforcement of this subpoena.
Dated this 29th day of May, 2015.

Stephen H. Levins
Executive Director
State of Hawaii, Office of Consumer Protection

# EXHIBIT "A"

# PNR Data for EXGJDO

### Passenger Names

1FRANCO/EDNA
1CABEBE/ANABEL G
1MALINAY/HENRY M

### Active Segments

HA 0112G 03APR W HNL OGG HK 03 646P 723P HRS /E

### Ticket Time Limit Items

T-27MAR-WWW5HBP
TE 1732141444335 FRANC/E WWW5HBP 0522/27MAR
TE 1732141444336 CABEB/A WWW5HBP 0522/27MAR
TE 1732141444337 MALIN/H WWW5HBP 0522/27MAR

### Phone

WWW1-808-769-3751-H EDNA FRANCO
WWW1-808-315-4894-B EDNA FRANCO

### Passenger Email

$FRANCOEDNA@YMAIL.COM$

### Passenger Address

EDNA FRANCO
HCR 2 BOX 6271
KEAAU HI
96749

### Frequent Traveler

HA 190178244 HK HA NN 1.1

### Seats/Boarding Pass

HA 0112G 2013/04/03 HNL OGG HK 06D NRHA 1.1
HA 0112G 2013/04/03 HNL OGG HK 06E NR 2.1
HA 0112G 2013/04/03 HNL OGG HK 06F NWR 3.1

### OA Facts


### HA Facts

SSR DOCS HA HK1/DB/█████1970/F/FRANCO/EDNA 1.1
SSR DOCS HA HK1/DB/█████1951/F/CABEBE/ANABEL/G 2.1
SSR DOCS HA HK1/DB/█████1962/M/MALINAY/HENRY/M 3.1
SSR TKNE HA HK1 HNLOGG0112G03APR/1732141444335C1 1.1
SSR TKNE HA HK1 HNLOGG0112G03APR/1732141444336C1 2.1
SSR TKNE HA HK1 HNLOGG0112G03APR/1732141444337C1 3.1

### Remarks

```
-TBM*XXXXXXXXXXXXXXXXXX$XXXXX
H-G$/SOURCE/999999999//////WEB////
H-ITA FARE******************************
H-BASE USD 73.21 HA112 GHXWEB/WEB
H-ORIG BASE USD / EQUIV USD
H-TAX USD 2.50AY/3.90ZP/5.49US
H-ZP HNL
H-TOTAL FARE USD 85.10
H-ED HA ONLY/NONREF/FEE TO CHG
H-PSGR TYPE WEB
H-ITA FARE******************************
NOTE DEBIT
H-CVN N/A
H-AVS FAIL
H-INSTANT TICKETING ERROR CODE 50
H-AUTH/APV-063288/BA3557/27MAR
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS-Z/ZIP/POSTAL MATCH / ADDRESS FAIL
XXAUTH/063855
XXTAC/
H-AUTH/APV-063603/BA3557/27MAR
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS-Z/ZIP/POSTAL MATCH / ADDRESS FAIL
XXTAC/
H-AUTH/APV-063855/BA3557/27MAR
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS-Z/ZIP/POSTAL MATCH / ADDRESS FAIL
XXTAC/
```

**Received From**

```
INTERNET BOOKING
WWW.HDQ7HX7 0509 2013/03/27 EXGJDO
```

**History**

```
A5H H-AUTH/APV-063288/BA3557/27MAR
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS-Z/ZIP/POSTAL MATCH / ADDRESS FAIL
A5H H-AUTH/APV-063603/BA3557/27MAR
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS-Z/ZIP/POSTAL MATCH / ADDRESS FAIL
A5H H-AUTH/APV-063855/BA3557/27MAR
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS-Z/ZIP/POSTAL MATCH / ADDRESS FAIL
A4S SSR TKNE HA HK1 HNLOGG0112G03APR/1732141444335C1
A4S SSR TKNE HA HK1 HNLOGG0112G03APR/1732141444336C1
A4S SSR TKNE HA HK1 HNLOGG0112G03APR/1732141444337C1
X7 TAC/
A7 T-27MAR-WWW5HBP
AT W$PQ1N1.1$F*XXXXXXXXXXXXX3557/XXXX
AT W$PQ1N2.1$F*XXXXXXXXXXXXX3557/XXXX
AT W$PQ1N3.1$F*XXXXXXXXXXXXX3557/XXXX
S-WWW WWW 5HBP 0522 2013/03/27
A4G HA 0112G 2013/04/03 HNL OGG SS 06D NRHA
A4G HA 0112G 2013/04/03 HNL OGG SS 06E NR
A4G HA 0112G 2013/04/03 HNL OGG SS 06F NWR
R-INTERNET SEAT CHANGE
S-WWW HDQ 7HX7 0509 2013/03/27
```

**Stored Fare Items**

```
PRICE QUOTE RECORD - DETAILS
PQ 1 VALID HA ONLY/NONREF/FEE FOR CHG
BASE FARE EQUIV AMT TAXES TOTAL
USD73.21 11.89XT USD85.10 WEB
XT 2.50AY 3.90ZP 5.49US
WEB-01 GHXWEB/WEB
HNL HA OGG73.21GHXWEB/WEB 73.21END ZPHNL
01 O HNLOGG HA 112 G 03APR 646P GHXWEB/WEB 03APR03APR
WWW WWW 5HBP 0522 /27MAR STATUS-ACTIVE EXP- /21FEB PRICE-AGT
```

**Bag Tag Items**

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 6 of 136

## Bag Tag Name Items

```
PSGR#-001 EDNA FRANCO
PSGR#-002 ANABEL G CABEBE
PSGR#-003 HENRY M MALINAY
```

## Bag Tag Routing

```
BOARDING PASS PRINT RESULT
PSGR#-001 ITN #-000 INF #-N SEQ #-0001 STATUS-DHS
PSGR#-002 ITN #-000 INF #-N SEQ #-0001 STATUS-DHS
PSGR#-003 ITN #-000 INF #-N SEQ #-0001 STATUS-DHS
```

## PNR Queue Current

## PNR Queue History

```
OFF PLA 0101/ 2013/03/27 0526 REMOVED BY HNL HX1-QR
OFF FFW 0200/ 2013/03/27 0524 REMOVED BY HNL HW8-QR
ON FFW 0200/011 2013/03/27 0522 PLACED BY WWW HBP
OFF CYK 0503/ 2013/03/27 0522 REMOVED BY WWW HBP-QP.
DUP PLA 0101/011 2013/03/27 0522 NO ADD BY WWW HBP
ON PLA 0101/011 2013/03/27 0522 PLACED BY WWW HBP
ON CYK 0503/142 2013/03/27 0520 PLACED BY HNL HXL
OFF CYK 0501/ 2013/03/27 0520 REMOVED BY HNL HXL-QMOV
OFF PLA 0101/ 2013/03/27 0515 REMOVED BY HNL HX1-QR
ON CYK 0501/142 2013/03/27 0510 PLACED BY HNL HXL
OFF UPP 0026/ 2013/03/27 0510 REMOVED BY HNL HXL-QMOV
DUP PLA 0101/011 2013/03/27 0509 NO ADD BY HDQ HX7
ON UPP 0026/142 2013/03/27 0509 PLACED BY ***GTAO**
ON PLA 0101/011 2013/03/27 0509 PLACED BY HDQ HX7
```

## PTA Action Items

## PTA Fare Items

## PTA Number

## PTA Purchase Items

## PTA Remarks

## PTA Routing

# PNR Data for JMOMDH

## Passenger Names

1FRANCO/EDNA
1CABEBE/ANABEL G
1MALINAY/HENRY M

## Active Segments

HA 0275I 04APR Q OGG HNL HK 03 355P 429P HRS /E

## Ticket Time Limit Items

T-27MAR-WWW5HBP
TE 1732141444407 FRANC/E WWW5HBP 0532/27MAR
TE 1732141444408 CABEB/A WWW5HBP 0532/27MAR
TE 1732141444409 MALIN/H WWW5HBP 0532/27MAR

## Phone

WWW1-808-769-3751-H EDNA FRANCO
WWW1-808-315-4894-B EDNA FRANCO

## Passenger Email

$FRANCOEDNA@YMAIL.COM$

## Passenger Address

EDNA FRANCO
HCR 2 BOX 6271
KEAAU HI
96749

## Frequent Traveler

HA 190178244 HK HA NN 1.1
HA 195025080 HK HA NN 2.1
HA 153082918 HK HA NN 3.1

## Seats/Boarding Pass

HA 0275I 2013/04/04 OGG HNL HK 13B NLA 1.1
HA 0275I 2013/04/04 OGG HNL HK 13E NR 2.1
HA 0275I 2013/04/04 OGG HNL HK 13F NWR 3.1

## OA Facts

## HA Facts

SSR DOCS HA HK1/DB/██████1970/F/FRANCO/EDNA 1.1
SSR DOCS HA HK1/DB/██████1951/F/CABEBE/ANABEL/G 2.1
SSR DOCS HA HK1/DB/██████1962/M/MALINAY/HENRY/M 3.1
SSR TKNE HA HK1 OGG    75I04APR/1732141444407C1 1.1
SSR TKNE HA HK1 OGGHNL0275I04APR/1732141444408C1 2.1
SSR TKNE HA HK1 OGGHNL0275I04APR/1732141444409C1 3.1

## Remarks

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 8 of 136

```
-TBM*XXXXXXXXXXXXXXXXX$XXXXX
H-G$/SOURCE/999999999//////WEB////
H-ITA FARE********************************
H-BASE USD 78.79 HA275 IHXWEB/WEB
H-ORIG BASE USD / EQUIV USD
H-TAX USD 2.50AY/3.90ZP/5.91US
H-ZP OGG
H-TOTAL FARE USD 91.10
H-ED HA ONLY/NONREF/FEE TO CHG
H-PSGR TYPE WEB
H-ITA FARE********************************
NOTE DEBIT
H-CVN N/A
H-AVS FAIL
H-INSTANT TICKETING ERROR CODE 50
H-AUTH/APV-066210/BA3557/27MAR
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS-Z/ZIP/POSTAL MATCH / ADDRESS FAIL
XXAUTH/066762
XXTAC/
H-AUTH/APV-066513/BA3557/27MAR
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS-Z/ZIP/POSTAL MATCH / ADDRESS FAIL
XXTAC/
H-AUTH/APV-066762/BA3557/27MAR
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS-Z/ZIP/POSTAL MATCH / ADDRESS FAIL
XXTAC/
```

**Received From**

```
INTERNET BOOKING
WWW.HDQ7HX7 0519 2013/03/27 JMOMDH
```

**History**

```
AFF HA 195025080 HK HA NN
AFF HA 153082918 HK HA NN
S-OGG OGG 54UJ 1959 2013/04/04
A5H H-AUTH/APV-066210/BA3557/27MAR
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS-Z/ZIP/POSTAL MATCH / ADDRESS FAIL
A5H H-AUTH/APV-066513/BA3557/27MAR
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS-Z/ZIP/POSTAL MATCH / ADDRESS FAIL
A5H H-AUTH/APV-066762/BA3557/27MAR
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS-Z/ZIP/POSTAL MATCH / ADDRESS FAIL
A4S SSR TKNE HA HK1 OGGHNL0275I04APR/1732141444407C1
A4S SSR TKNE HA HK1 OGGHNL0275I04APR/1732141444408C1
A4S SSR TKNE HA HK1 OGGHNL0275I04APR/1732141444409C1
X7 TAC/
A7 T-27MAR-WWW5HBP
AT W$PQ1N1.1$F*XXXXXXXXXXXXX3557/XXXX
AT W$PQ1N2.1$F*XXXXXXXXXXXXX3557/XXXX
AT W$PQ1N3.1$F*XXXXXXXXXXXXX3557/XXXX
S-WWW WWW 5HBP 0532 2013/03/27
A4G HA 0275I 2013/04/04 OGG HNL SS 13B NLA
A4G HA 0275I 2013/04/04 OGG HNL SS 13E NR
A4G HA 0275I 2013/04/04 OGG HNL SS 13F NWR
R-INTERNET SEAT CHANGE
S-WWW HDQ 7HX7 0519 2013/03/27
```

**Stored Fare Items**

```
PRICE QUOTE RECORD - DETAILS
PQ 1 VALID HA ONLY/NONREF/FEE FOR CHG
BASE FARE EQUIV AMT TAXES TOTAL
USD78.79 12.31XT USD91.10 WEB
XT 2.50AY 3.90ZP 5.91US
WEB-01 IHXWEB/WEB
OGG HA HNL78.79IHXWEB/WEB 78.79END ZPOGG
01 O OGGHNL HA 275 I 04APR 355P IHXWEB/WEB 04APR04APR
WWW WWW 5HBP 0532 /27MAR STATUS-ACTIVE EXP- /21FEB PRICE-AGT
```

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 9 of 136

## Bag Tag Items

PSGR#-001 RTE #-0001 HNL 4173248734 BY - OGG 54UJ 1456/2013/04/04 STATUS-PREMIUM

## Bag Tag Name Items

PSGR#-001 EDNA FRANCO
PSGR#-002 ANABEL G CABEBE
PSGR#-003 HENRY M MALINAY

## Bag Tag Routing

RTE #-0001 HA 0275 HNL
BOARDING PASS PRINT RESULT
PSGR#-001 ITN #-000 INF #-N SEQ #-0001 STATUS-DHS
PSGR#-002 ITN #-000 INF #-N SEQ #-0001 STATUS-DHS
PSGR#-003 ITN #-000 INF #-N SEQ #-0001 STATUS-DHS

## PNR Queue Current

## PNR Queue History

OFF PLA 0101/ 2013/04/04 2000 REMOVED BY HNL HX1-QR
ON PLA 0101/011 2013/04/04 1959 PLACED BY OGG 4UJ
OFF PLA 0101/ 2013/03/27 0536 REMOVED BY HNL HX1-QR
OFF FFW 0200/ 2013/03/27 0534 REMOVED BY HNL HW8-QR
ON FFW 0200/011 2013/03/27 0532 PLACED BY WWW HBP
OFF CYK 0503/ 2013/03/27 0532 REMOVED BY WWW HBP-QP.
DUP PLA 0101/011 2013/03/27 0532 NO ADD BY WWW HBP
ON PLA 0101/011 2013/03/27 0532 PLACED BY WWW HBP
ON CYK 0503/142 2013/03/27 0530 PLACED BY HNL HXL
OFF CYK 0501/ 2013/03/27 0530 REMOVED BY HNL HXL-QMOV
OFF PLA 0101/ 2013/03/27 0526 REMOVED BY HNL HX1-QR
ON CYK 0501/142 2013/03/27 0520 PLACED BY HNL HXL
OFF UPP 0026/ 2013/03/27 0520 REMOVED BY HNL HXL-QMOV
DUP PLA 0101/011 2013/03/27 0519 NO ADD BY HDQ HX7
ON UPP 0026/142 2013/03/27 0519 PLACED BY ***GTAO**
ON PLA 0101/011 2013/03/27 0519 PLACED BY HDQ HX7

## PTA Action Items

## PTA Fare Items

## PTA Number

## PTA Purchase Items

## PTA Remarks

## PTA Routing

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 10 of 136



# PNR Data for LQSQFH

## Passenger Names

```
1CABEBE/MARISSA LEANNE G
1CABEBE/ANABEL G
```

## Active Segments

```
HA 0018K 17APR W HNL LAS HK 02 305P 1145P HRS /E
HA 0017K 19APR F LAS HNL HK 02 150A 500A HRS /E
```

## Ticket Time Limit Items

```
T-04MAR-WWW5HBP
TE 1732141146694 CABEB/M WWW5HBP 2242/04MAR
TE 1732141146695 CABEB/A WWW5HBP 2242/04MAR
```

## Phone

```
WWW1-808-769-3751-H EDNA FRANCO
WWW1-808-315-4894-B EDNA FRANCO
```

## Passenger Email

```
$FRANCOEDNA@YMAIL.COM$
```

## Passenger Address

```
EDNA FRANCO
HCR 2 BOX 6271
KEAAU HI
96749
```

## Frequent Traveler

```
HA 160467470 HK HA 1.1
HA 195025080 HK HA 2.1
```

## Seats/Boarding Pass

```
HA 0018K 2013/04/17 HNL LAS HK 20D NH 1.1
HA 0018K 2013/04/17 HNL LAS HK 20E NH 2.1
HA 0017K 2013/04/19 LAS HNL HK 45E NH 1.1
HA 0017K 2013/04/19 LAS HNL HK 45G NHA 2.1
```

## OA Facts

## HA Facts

```
SSR DOCS HA HK1/DB/█████1977/F/CABEBE/MARISSA LEANNE/G 1.1
SSR DOCS HA HK1/DB/█████1951/F/CABEBE/ANABEL/G 2.1
SSR TKNE HA HK1 HNL      18K17APR/1732141146694C1 1.1
SSR TKNE HA HK1 LASHNL0017K19APR/1732141146694C2 1.1
SSR TKNE HA HK1 HNLLAS0018K17APR/1732141146695C1 2.1
SSR TKNE HA HK1 LASHNL0017K19APR/1732141146695C2 2.1
```

## Remarks

```
-TBM*XXXXXXXXXXXXXXXXXX$XXXXX
H-G$/SOURCE/999999999//////WEB////
H-ITA FARE*********************************
H-BASE USD 261.49 HA18 KHXRWEB/WEB
H-BASE USD 252.08 HA17 KKWRWEB/WEB
H-ORIG BASE USD / EQUIV USD
H-TAX USD 5.00AY/9.00XF/7.80ZP/22.13US
H-XF USD HNL4.50LAS4.50
H-ZP HNLLAS
H-TOTAL FARE USD 557.50
H-ED HA ONLY/NONREF/FEE TO CHG
H-PSGR TYPE WEB
H-ITA FARE*********************************
H-CVN N/A
H-AVS FAIL
H-INSTANT TICKETING ERROR CODE 50
H-AUTH/APV-070741/BA3557/04MAR
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS-Z/ZIP/POSTAL MATCH / ADDRESS FAIL
XXAUTH/070741
XXTAC/
H-WB-WEB CHECK-IN ATTEMPTED 17APR 1227 PM WWW-0869
H-WB-WEB CHECK-IN ATTEMPTED 17APR 1236 PM WWW-0869
H-WB-WEB CHECK-IN ATTEMPTED 18APR 1134 AM WWW-0113
DIVIDED/LAS5 PD 0452/19APR13 DUJGUS
H-SPLIT TO/045203/19APR13 DUJGUS 03/03 02/02 CABEBE/MARISSA
```

**Received From**

```
INTERNET BOOKING
WWW.HDQ7HX7 0353 2013/03/03 LQSQFH
```

**History**

```
A5H H-SPLIT TO/045203/19APR13 DUJGUS 03/03 02/02 CABEBE/MARISSA
R-PDCHALAS
S-LAS LAS 5 PD 0452 2013/04/19
A5H H-WB-WEB CHECK-IN ATTEMPTED 18APR 1134 AM WWW-0113
S-HDQ HDQ 5HXY 1634 2013/04/18
A4G HA 0017K 2013/04/19 LAS HNL SS 45E NH
A4G HA 0017K 2013/04/19 LAS HNL SS 45G NHA
S-LAS LAS 571I 0704 2013/04/18
A5H H-WB-WEB CHECK-IN ATTEMPTED 17APR 1236 PM WWW-0869
S-HDQ HDQ 5HXY 1736 2013/04/17
AFF HA 195025080 HK HA
R-HDQHXY
S-HDQ HDQ 5HXY 1736 2013/04/17
A5H H-WB-WEB CHECK-IN ATTEMPTED 17APR 1227 PM WWW-0869
S-HDQ HDQ 5HXY 1727 2013/04/17
AFF HA 160467470 HK HA
R-HDQHXY
S-HDQ HDQ 5HXY 1727 2013/04/17
A5H H-AUTH/APV-070741/BA3557/04MAR
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS-Z/ZIP/POSTAL MATCH / ADDRESS FAIL
A4S SSR TKNE HA HK1 HNLLAS0018K17APR/1732141146694C1
A4S SSR TKNE HA HK1 LASHNL0017K19APR/1732141146694C2
A4S SSR TKNE HA HK1 HNLLAS0018K17APR/1732141146695C1
A4S SSR TKNE HA HK1 LASHNL0017K19APR/1732141146695C2
X7 TAC/
A7 T-04MAR-WWW5HBP
AT W$PQ1$F*XXXXXXXXXXXXX3557/XXXX
S-WWW WWW 5HBP 2242 2013/03/04
AW N/EDNA FRANCO
AW A/HCR 2 BOX 6271
AW C/KEAAU HI
AW Z/96749
A5F -TBM*XXXXXXXXXXXXX3557$XXXXX
A5H H-CVN N/A
A5H H-AVS FAIL
A5H H-INSTANT TICKETING ERROR CODE 50
X8 TLHNLHA1159P/04MAR-MON
A7 TAC/
R-INTERNET UPDATE
S-WWW HDQ 7HX7 2228 2013/03/04
A4G HA 0018K 2013/04/17 HNL LAS SS 20D NH
```

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 13 of 136

```
A4G HA 0018K 2013/04/17 HNL LAS SS 20E NH
R-INTERNET SEAT CHANGE
S-WWW HDQ 7HX7 0353 2013/03/03
```

## Stored Fare Items

```
PRICE QUOTE RECORD - DETAILS
PQ 1 VALID HA ONLY/NONREF/FEE FOR CHG
BASE FARE EQUIV AMT TAXES TOTAL
USD513.57 43.93XT USD557.50 WEB
XT 5.00AY 9.00XF 29.93XT
WEB-01 KHXRWEB/WEB KKWRWEB/WEB
HNL HA LAS261.49KHXRWEB/WEB HA HNL252.08KKWRWEB/WEB 513.57END ZPHNLLAS XFHNL4.5LAS4.5
01 O HNLLAS HA 18 K 17APR 305P KHXRWEB/WEB 17APR17APR
02 O LASHNL HA 17 K 19APR 150A KKWRWEB/WEB 19APR19APR
WWW WWW 5HBP 2242 /04MAR STATUS-ACTIVE EXP- /29JAN PRICE-AGT
```

## Bag Tag Items

## Bag Tag Name Items

```
PSGR#-002 MARISSA LEANNE G CABEBE
PSGR#-003 ANABEL G CABEBE
```

## Bag Tag Routing

```
BOARDING PASS PRINT RESULT
PSGR#-002 ITN #-000 INF #-N SEQ #-0001 STATUS-DHS
PSGR#-002 ITN #-002 INF #-N SEQ #-0002 STATUS-DHS
PSGR#-003 ITN #-000 INF #-N SEQ #-0001 STATUS-DHS
PSGR#-003 ITN #-002 INF #-N SEQ #-0002 STATUS-DHS
```

## PNR Queue Current

## PNR Queue History

```
OFF PLA 0101/ 2013/04/19 0458 REMOVED BY HNL HX1-QR
ON PLA 0101/011 2013/04/19 0452 PLACED BY LAS PD
OFF PLA 0101/ 2013/04/18 1642 REMOVED BY HNL HX1-QR
ON PLA 0101/011 2013/04/18 1634 PLACED BY HDQ HXY
OFF PLA 0101/ 2013/04/18 0712 REMOVED BY HNL HX1-QR
ON PLA 0101/011 2013/04/18 0704 PLACED BY LAS 71L
OFF PLA 0101/ 2013/04/17 1745 REMOVED BY HNL HX1-QR
DUP PLA 0101/011 2013/04/17 1737 NO ADD BY HDQ HXY
ON PLA 0101/011 2013/04/17 1736 PLACED BY HDQ HXY
OFF PLA 0101/ 2013/04/17 1734 REMOVED BY HNL HX1-QR
DUP PLA 0101/011 2013/04/17 1727 NO ADD BY HDQ HXY
ON PLA 0101/011 2013/04/17 1727 PLACED BY HDQ HXY
OFF YVR 0335/ 2013/03/14 1550 REMOVED BY RES GC4-QR
ON YVR 0335/019 2013/03/05 0815 PLACED BY RES GTI
OFF PLA 0101/ 2013/03/04 2244 REMOVED BY HNL HX1-QR
OFF FFW 0200/ 2013/03/04 2243 REMOVED BY HNL HW8-QR
ON FFW 0200/011 2013/03/04 2242 PLACED BY WWW HBP
OFF CYK 0503/ 2013/03/04 2242 REMOVED BY WWW HBP-QP.
DUP PLA 0101/011 2013/03/04 2242 NO ADD BY WWW HBP
ON PLA 0101/011 2013/03/04 2242 PLACED BY WWW HBP
ON CYK 0503/142 2013/03/04 2240 PLACED BY HNL HXL
OFF CYK 0501/ 2013/03/04 2240 REMOVED BY HNL HX1-QMOV
OFF PLA 0101/ 2013/03/04 2233 REMOVED BY HNL HX1-QR
ON CYK 0501/142 2013/03/04 2230 PLACED BY HNL HXL
OFF UPP 0026/ 2013/03/04 2230 REMOVED BY HNL HXL-QMOV
ON UPP 0026/142 2013/03/04 2228 PLACED BY ***GTAO**
ON PLA 0101/011 2013/03/04 2228 PLACED BY HDQ HX7
OFF PLA 0101/ 2013/03/03 0358 REMOVED BY HNL HX1-QR
DUP PLA 0101/011 2013/03/03 0353 NO ADD BY HDQ HX7
ON PLA 0101/011 2013/03/03 0353 PLACED BY HDQ HX7
```

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 14 of 136

**PTA Action Items**

**PTA Fare Items**

**PTA Number**

**PTA Purchase Items**

**PTA Remarks**

**PTA Routing**

# PNR Data for EUXRRS

**Passenger Names**

```
1CABEBE/ANABEL GASMEN
1PASCUAL/JEAN D
```

**Active Segments**

```
HA 0018H 06MAY M HNL LAS HK 02 305P 1150P HRS /E
HA 0007Q 09MAY Q LAS HNL HK 02 900A 1210P HRS /E
```

**Ticket Time Limit Items**

```
T-01MAY
TE 1737225500161 CABEB/A SYSSYS 2154/01MAY*
TE 1737225500162 PASCU/J SYSSYS 2154/01MAY*
```

**Phone**



**Passenger Email**



**Passenger Address**



**Frequent Traveler**

```
HA 195025080 HK HA NN 1.1
```

**Seats/Boarding Pass**

```
HA 0018H 2013/05/06 HNL LAS HK 43A NWLH 1.1
HA 0018H 2013/05/06 HNL LAS HK 43B NLHA 2.1
HA 0007Q 2013/05/09 LAS HNL HK 21A NWL 1.1
HA 0007Q 2013/05/09 LAS HNL HK 21B NLHA 2.1
```

**OA Facts**



**HA Facts**

```
OSI HA CTCP HNL808 755 PER
SSR SEAT HA DK2 HNLLAS0018H06MAY.43AN43BN
SSR SEAT HA DK2 LASHNL0007Q09MAY.21AN21BN
OSI HA TCP2 1CABEBE/MARIA
SSR DOCS HA HK1/DB/█████51/F/CABEBE/ANABELGASMEN 1.1
OSI HA TCP2 1CABEBE█████EL GASMEN
SSR DOCS HA HK1/DB/█████51/F/PASCUAL/JEAND 2.1
```

**Remarks**

```
FAILED TO RETRIEVE ITINERARY. CONTINUED WITH HA BAGGAGE FLOW
H-WB-WEB CHECK-IN ATTEMPTED 06MAY 0929 AM WWW-2075
```

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 16 of 136

```
H-KS-KIOSK CHECK-IN ATTEMPTED 09MAY 0350 AM LAS-LASKWT43
FAILED TO RETRIEVE ITINERARY. CONTINUED WITH HA BAGGAGE FLOW
```

**Received From**

```
HDQRMAA010212/DKD54272C522C2/0000001CD902D7E4 806A79FC-001
HDQAAEUXQFD/99G1/12546973
TTY.TTY 2112 2013/04/30 EUXRRS
```

**History**

```
A5H H-KS-KIOSK CHECK-IN ATTEMPTED 09MAY 0350 AM LAS-LASKWT43
S-HDQ HDQ 5HXB 0850 2013/05/09
A5H H-WB-WEB CHECK-IN ATTEMPTED 06MAY 0929 AM WWW-2075
S-HDQ HDQ 5HXY 1429 2013/05/06
A7 T-01MAY
S-HNL HNL A40 2154 2013/05/01
A4S SSR DOCS HA HK1/DB/        51/F/PASCUAL/JEAND
R-HDQRMAA010242 80BAA84
S-TTY TTY RMAA 2142 2013/04/30
AFF HA 195025080 HK HA NN
R-HDQRMAA010241 80A6E7FB-001
S-TTY TTY RMAA 2141 2013/04/30
XN 1CABEBE/MARIA
A4O OSI HA TCP2 1CABEBE/ANABEL GASMEN
AN 1PASCUAL/JEAN D
R-HDQRMAA010240 80A6E35F-001
S-TTY TTY RMAA 2140 2013/04/30
A4S SSR DOCS HA HK1/DB/        51/F/CABEBE/ANABELGASMEN
R-HDQRMAA010239 80A6645
S-TTY TTY RMAA 2139 2013/04/30
XN 1CABEBE/ANNABELL
A4O OSI HA TCP2 1CABEBE/MARIA
AN 1CABEBE/ANABEL GASMEN
R-HDQRMAA010239 80A57B67-001
S-TTY TTY RMAA 2139 2013/04/30
A4S SSR SEAT HA DK2 LASHNL0007Q09MAY.21AN21BN
A4G HA 0007Q 2013/05/09 LAS HNL SS 21A NWL
A4G HA 0007Q 2013/05/09 LAS HNL SS 21B NLHA
R-HDQRMAA010214/DKD54272C522C4/000000011E027097 806AD611-001 BPR
S-TTY TTY RMAA 2114 2013/04/30
A4S SSR SEAT HA DK2 HNLLAS0018H06MAY.43AN43BN
A4G HA 0018H 2013/05/06 HNL LAS SS 43A NWLH
A4G HA 0018H 2013/05/06 HNL LAS SS 43B NLHA
R-HDQRMAA010213/DKD54272C522C3/00000010E705F4AA 806A8F4A-001 BPR
S-TTY TTY RMAA 2113 2013/04/30
```

**Stored Fare Items**

**Bag Tag Items**

**Bag Tag Name Items**

```
PSGR#-001 ANABEL GASMEN CABEBE
PSGR#-002 JEAN D PASCUAL
```

**Bag Tag Routing**

```
BOARDING PASS PRINT RESULT
PSGR#-001 ITN #-000 INF #-N SEQ #-0001 STATUS-DHS
PSGR#-001 ITN #-002 INF #-N SEQ #-0002 STATUS-DHS
PSGR#-002 ITN #-000 INF #-N SEQ #-0001 STATUS-DHS
PSGR#-002 ITN #-002 INF #-N SEQ #-0002 STATUS-DHS
```

**PNR Queue Current**

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed 08/04/16  Page 17 of 136

## PNR Queue History

```
OFF PLA 0103/ 2013/05/09 0859 REMOVED BY HNL HX1-QR
DUP PLA 0103/011 2013/05/09 0850 NO ADD BY HDQ HXB
ON PLA 0103/011 2013/05/09 0850 PLACED BY HDQ HXB
OFF PLA 0103/ 2013/05/06 1433 REMOVED BY HNL HX1-QR
DUP PLA 0103/011 2013/05/06 1429 NO ADD BY HDQ HXY
ON PLA 0103/011 2013/05/06 1429 PLACED BY HDQ HXY
OFF PLA 0103/ 2013/05/01 2156 REMOVED BY HNL HX1-QR
ON PLA 0103/011 2013/05/01 2154 PLACED BY HNL A40
OFF PLA 0103/ 2013/04/30 2145 REMOVED BY HNL HX1-QR
DUP PLA 0103/011 2013/04/30 2142 NO ADD BY TTY MAA
DUP PLA 0103/011 2013/04/30 2141 NO ADD BY TTY MAA
DUP PLA 0103/011 2013/04/30 2140 NO ADD BY TTY MAA
DUP PLA 0103/011 2013/04/30 2139 NO ADD BY TTY MAA
ON PLA 0103/011 2013/04/30 2139 PLACED BY TTY MAA
OFF PLA 0103/ 2013/04/30 2122 REMOVED BY HNL HX1-QR
DUP PLA 0103/011 2013/04/30 2114 NO ADD BY TTY MAA
DUP PLA 0103/011 2013/04/30 2113 NO ADD BY TTY MAA
ON PLA 0103/011 2013/04/30 2112 PLACED BY TTY MAA
```

## PTA Action Items

## PTA Fare Items

## PTA Number

## PTA Purchase Items

## PTA Remarks

## PTA Routing

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 18 of 136

# PNR Data for PXFBCJ

## Passenger Names

1CABEBE/ANABEL GASMEN

## Active Segments

HA 0008X 23JUL T HNL LAS HK 01 1035P 715A 24JUL W /E
HA 0007Q 26JUL F LAS HNL HK 01 900A 1210P /E

## Ticket Time Limit Items

T-22JUL
TE 1737294349843 CABEB/A SYSSYS 2205/22JUL*
TK 1730615613525 CABEB/A LAS5HXB 0736/26JUL
TK 1732605671682 CABEB/A LAS5HXB 0736/26JUL

## Phone

## Passenger Email

## Passenger Address

## Frequent Traveler

HA 195025080 HK HA 1.1

## Seats/Boarding Pass

## OA Facts

## HA Facts

OSI HA CTCP HNL808 841 2881
SSR SEAT HA DK1 HNLLAS0008X23JUL.31AN
SSR SEAT HA DK1 LASHNL0007Q26JUL.36JN
SSR DOCS HA HK1/DB/████51/F/CABEBE/ANABEL 1.1
SSR TKNE HA HK1 HNL████08X23JUL.1737294349843C1 1.1
SSR TKNE HA HK1 LASHNL0007Q26JUL.1737294349843C2 1.1

## Remarks

H-WB-WEB CHECK-IN ATTEMPTED 23JUL 0256 PM WWW-0391
H-KS-KIOSK CHECK-IN ATTEMPTED 26JUL 0434 AM LAS-LASKWT51
H-AUTH/APV-035651/BA5121/26JUL
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS NOT SUPPLIED
H-01 EXIT ROW USD 35.00
H- 1737294349843

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 19 of 136

```
H-PROD 7/26JULLAS-1.1 1 X F2 -- EXIT ROW CABEBE/ANABEL GASMEN
H-PAID/USD 35.00/26JUL LAS-LASKWT51/1730615613525
H-AUTH/APV-035646/BA5121/26JUL
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS NOT SUPPLIED
BAG-01 1ST BAG USD 25.00
H-PROD 7/26JULLAS-1.1 1 X E1 -- 1ST BAG CABEBE/ANABEL GASMEN
H-PAID/USD 25.00/26JUL LAS-LASKWT51/1732605671682
```

**Received From**

```
HDQRMAA230207/DKD54272C137F8/000000000402A5DF 3CCC46EB-001
HDQAANTCHUQ/99G1/12546973
TTY.TTY 2107 2013/07/22 PXFBCJ
```

**History**

```
A5H H-AUTH/APV-035646/BA5121/26JUL
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS NOT SUPPLIED
A5H H-PROD 7/26JULLAS-1.1 1 X E1 -- 1ST BAG CABEBE/ANABEL GASMEN
A5H H-PAID/USD 25.00/26JUL LAS-LASKWT51/1732605671682
S-LAS HDQ 5HXB 0936 2013/07/26
A5H H-AUTH/APV-035651/BA5121/26JUL
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS NOT SUPPLIED
A5H H-01 EXIT ROW USD 35.00
A5H H- 1737294349843
A5H H-PROD 7/26JULLAS-1.1 1 X F2 -- EXIT ROW CABEBE/ANABEL GASMEN
A5H H-PAID/USD 35.00/26JUL LAS-LASKWT51/1730615613525
S-LAS HDQ 5HXB 0936 2013/07/26
AFF HA 195025080 HK HA
R-HDQHXB
S-HDQ HDQ 5HXB 0935 2013/07/26
A5H H-KS-KIOSK CHECK-IN ATTEMPTED 26JUL 0434 AM LAS-LASKWT51
S-HDQ HDQ 5HXB 0934 2013/07/26
A5H H-WB-WEB CHECK-IN ATTEMPTED 23JUL 0256 PM WWW-0391
S-HDQ HDQ 5HXY 1956 2013/07/23
A4S SSR TKNE HA HK1 HNLLAS0008X23JUL.1737294349843C1
A4S SSR TKNE HA HK1 LASHNL0007Q26JUL.1737294349843C2
R-HDQRMAA230305 5196E20A-001
S-TTY TTY RMAA 2205 2013/07/22
A7 T-22JUL
S-HNL HNL A40 2205 2013/07/22
XS HA 0008X 23JUL T HNL LAS HS HK 01 1035P 715A 24JUL W HRS /E
XS HA 0007Q 26JUL F LAS HNL HS HK 01 1210P HRS /E
X4G*HA 0008X 2013/07/23 HNL LAS HK 31A NWLH
X4G*HA 0007Q 2013/07/26 LAS HNL HK 36J NWRH
AS HA 0008X 23JUL T HNL LAS HS HK 01 1035P 715A 24JUL W /E
AS HA 0007Q 26JUL F LAS HNL HS HK 01 900A 1210P /E
R-HDQRMAA230304/DKC7CFA5C10786/0000000A3905EB35 5196AD66-001
S-TTY TTY RMAA 2204 2013/07/22
XN 1CABEBE/ANABELLE
XFF HA 195025080 HK HA NN NAME=CABEBE/ANABELLE
A4S SSR DOCS HA HK1/DB/       51/F/CABEBE/ANABEL
AN 1CABEBE/ANABEL GASME
R-HDQRMAA230250 5174F556-001
S-TTY TTY RMAA 2150 2013/07/22
A4S SSR SEAT HA DK1 HNLLAS0008X23JUL.31AN
A4S SSR SEAT HA DK1 LASHNL0007Q26JUL.36JN
A4G HA 0008X 2013/07/23 HNL LAS SS 31A NWLH
A4G HA 0007Q 2013/07/26 LAS HNL SS 36J NWRH
R-HDQRMAA230215/DKD54272C137FA/000000010802DCE5 3CDB3C90-001 BPR
S-TTY TTY RMAA 2115 2013/07/22
XS HA 0005Q 26JUL F LAS HNL HS HK 01 615P 930P /E
AS HA 0007Q 26JUL F LAS HNL HS HK 01 900A 1210P /E
R-HDQRMAA230215/DKD54272C137F9/000000016801AEF9 3CDB30ED-001
S-TTY TTY RMAA 2115 2013/07/22
AFF HA 195025080 HK HA NN NAME=CABEBE/ANABELLE
R-HDQRMAA230208 3CCC830B-001
S-TTY TTY RMAA 2108 2013/07/22
```

**Stored Fare Items**

## Bag Tag Items

PSGR#-002 RTE #-0001 HNL 4173984534 BY - LAS 5HXB 0736/2013/07/26 STATUS-

## Bag Tag Name Items

PSGR#-002 ANABEL GASMEN CABEBE

## Bag Tag Routing

RTE #-0001 HA 0007 HNL
BOARDING PASS PRINT RESULT
PSGR#-002 ITN #-003 INF #-N SEQ #-0002 STATUS-DHS
PSGR#-002 ITN #-005 INF #-N SEQ #-0004 STATUS-DHS

## PNR Queue Current

## PNR Queue History

OFF PLA 0101/ 2013/07/26 0938 REMOVED BY HNL HX1-QR
DUP PLA 0101/011 2013/07/26 0936 NO ADD BY HDQ HXB
DUP PLA 0101/011 2013/07/26 0936 NO ADD BY HDQ HXB
DUP PLA 0101/011 2013/07/26 0935 NO ADD BY HDQ HXB
ON PLA 0101/011 2013/07/26 0934 PLACED BY HDQ HXB
OFF PLA 0101/ 2013/07/23 2006 REMOVED BY HNL HX1-QR
ON PLA 0101/011 2013/07/23 1956 PLACED BY HDQ HXY
OFF PLA 0101/ 2013/07/22 2213 REMOVED BY HNL HX1-QR
DUP PLA 0101/011 2013/07/22 2205 NO ADD BY TTY MAA
DUP PLA 0101/011 2013/07/22 2205 NO ADD BY HNL A40
ON PLA 0101/011 2013/07/22 2204 PLACED BY TTY MAA
OFF PLA 0101/ 2013/07/22 2152 REMOVED BY HNL HX1-QR
ON PLA 0101/011 2013/07/22 2150 PLACED BY TTY MAA
OFF PLA 0101/ 2013/07/22 2118 REMOVED BY HNL HX1-QR
DUP PLA 0101/011 2013/07/22 2115 NO ADD BY TTY MAA
DUP PLA 0101/011 2013/07/22 2115 NO ADD BY TTY MAA
ON PLA 0101/011 2013/07/22 2108 PLACED BY TTY MAA
OFF PLA 0101/ 2013/07/22 2108 REMOVED BY HNL HX1-QR
ON PLA 0101/011 2013/07/22 2107 PLACED BY TTY MAA

## PTA Action Items

## PTA Fare Items

## PTA Number

## PTA Purchase Items

## PTA Remarks

## PTA Routing

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 21 of 136

# PNR Data for KNUUOG

## Passenger Names

1CABEBE/ANABEL G

## Active Segments

HA 0007K 09AUG F LAS HNL HK 01 900A 1210P /E

## Ticket Time Limit Items

T-08AUG-WWW5HBQ
TE 1732143143652 CABEB/A WWW5HBQ 0023/08AUG

## Phone

WWW1-808-484-0731-C ANABEL CABEBE

## Passenger Email

$HIANGIE88@GMAIL.COM$

## Passenger Address

ANABEL CABEBE
98-524 KAIMU LP
AIEA HI
96701

## Frequent Traveler

HA 195025080 HK HA 1.1

## Seats/Boarding Pass

## OA Facts

## HA Facts

SSR DOCS HA HK1/DB/█████1951/F/CABEBE/ANABEL/G 1.1
SSR TKNE HA HK1 LAS█████07K09AUG/1732143143652C1 1.1

## Remarks

-TBM*XXXXXXXXXXXXXXXxXx$XXXXX
H-G$/SOURCE/999999999///////WEB////
H-ITA FARE********************************
H-BASE USD 427.89 HA7 KHWOWEB/WEB
H-ORIG BASE USD / EQUIV USD
H-TAX USD 2.50AY/4.50XF/3.90ZP/12.71US
H-XF USD LAS4.50
H-ZP LAS
H-TOTAL FARE USD 451.50
H-ED HA ONLY/NONREF/FEE TO CHG
H-PSGR TYPE WEB
H-ITA FARE********************************

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 22 of 136

```
H-CVN N/A
H-AVS PASS
H-AUTH/APV-025354/BA5121/08AUG
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS-Z/ZIP/POSTAL MATCH / ADDRESS FAIL
XXAUTH/025354
H-WB-WEB CHECK-IN ATTEMPTED 08AUG 0630 PM WWW-1412
```

## Received From

```
INTERNET BOOKING
WWW.HDQ7HX7 0023 2013/08/08 KNUUOG
```

## History

```
AFF HA 195025080 HK HA
R-LAS4MB
S-LAS LAS 54MB 1000 2013/08/09
A5H H-WB-WEB CHECK-IN ATTEMPTED 08AUG 0630 PM WWW-1412
S-HDQ HDQ 5HXY 2330 2013/08/08
A5H H-AUTH/APV-025354/BA5121/08AUG
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS-Z/ZIP/POSTAL MATCH / ADDRESS FAIL
A4S SSR TKNE HA HK1 LASHNL0007K09AUG/1732143143652C1
X8 TL1159P/08AUG-THU
A7 T-08AUG-WWW5HBQ
AT W$PQ1$F*XXXXXXXXXXXXXX5121/XXXX
S-WWW WWW 5HBQ 0023 2013/08/08
```

## Stored Fare Items

```
PRICE QUOTE RECORD - DETAILS
PQ 1 HA ONLY/NONREF/FEE TO CHG
BASE FARE EQUIV AMT TAXES TOTAL
USD427.89 23.61XT USD451.50 WEB
XT 2.50AY 4.50XF 16.61XT
WEB-01 KHWOWEB/WEB
LAS HA HNL427.89KHWOWEB/WEB 427.89END ZPLAS XFLAS4.5
01 O LASHNL HA 7 K 09AUG 900A KHWOWEB/WEB 09AUG09AUG
WWW WWW 5HBQ 0023 /08AUG STATUS-ACTIVE EXP- /05JUL PRICE-AGT
```

## Bag Tag Items

## Bag Tag Name Items

```
PSGR#-001 ANABEL G CABEBE
```

## Bag Tag Routing

```
BOARDING PASS PRINT RESULT
PSGR#-001 ITN #-000 INF #-N SEQ #-0001 STATUS-DHS
```

## PNR Queue Current

## PNR Queue History

```
OFF PLA 0103/ 2013/08/09 1008 REMOVED BY HNL HX1-QR
ON PLA 0103/011 2013/08/09 1000 PLACED BY LAS 4MB
OFF PLA 0103/ 2013/08/08 2336 REMOVED BY HNL HX1-QR
ON PLA 0103/011 2013/08/08 2330 PLACED BY HDQ HXY
OFF PLA 0103/ 2013/08/08 0028 REMOVED BY HNL HX1-QR
OFF FFW 0200/ 2013/08/08 0026 REMOVED BY HNL HW8-QR
ON FFW 0200/011 2013/08/08 0024 PLACED BY WWW HBP
```

Post Departure Information Web Site - Display Page

```
DUP PLA 0103/011 2013/08/08 0023 NO ADD BY WWW HBQ
DUP PLA 0103/011 2013/08/08 0023 NO ADD BY WWW HBQ
ON  PLA 0103/011 2013/08/08 0023 PLACED BY HDQ HX7
```

**PTA Action Items**

**PTA Fare Items**

**PTA Number**

**PTA Purchase Items**

**PTA Remarks**

**PTA Routing**

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 24 of 136

# PNR Data for EYXTNS

### Passenger Names

1CABEBE/ANABEL G

### Active Segments

```
HA 0018X 26AUG M HNL LAS HK 01 310P 1145P HRS /E
HA 0017N 30AUG F LAS HNL HK 01 155A 505A HRS /E
```

### Ticket Time Limit Items

```
T-28AUG-UPP4GFM
TE 1732143350059  CABEB/A UPP4GN8 1014/25AUG
TE 1732143394639  CABEB/A UPP4GFM 2107/28AUG
```

### Phone

WWW1-808-484-0731-C ANABEL CABEBE

### Passenger Email

$ANABELCABEBE==REALTOR@YAHOO.COM$

### Passenger Address

```
ANABEL G CABEBE
98-524 KAIMU LP
AIEA, HI
96701
```

### Frequent Traveler

HA 195025080 HK HA 1.1

### Seats/Boarding Pass

```
HA 0018X 2013/08/26 HNL LAS HK 36J NWRH 1.1
HA 0017N 2013/08/30 LAS HNL HK 15D NH 1.1
```

### OA Facts

### HA Facts

```
SSR DOCS HA HK1/DB█████1951/F/CABEBE/ANABEL/G 1.1
OSI ***** CCD TRANS██████O HATS *****
OSI EMAIL NOTIFICATION SENT/AUTOMATED EMAIL
SSR TKNE HA HK1 HNLLAS0018X26AUG/1732143350059C1 1.1
OSI HATS ISSUED TKT //GN8
SSR TKNE HA HK1 LASHNL0017N30AUG/1732143350059C2 1.1
OSI ATTN HATS PLS ADCOL 219USD TOTL/GH8
SSR TKNE HA HK1 LASHNL0017N30AUG/1732143394639C1 1.1
OSI HATS PROCESSED CHG ADCOL 219USD TTL/HATS-GFM
```

### Remarks

-TBMXX

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 25 of 136

```
-TBM*XXXXXXXXXXXXXX4777$XXXXX
-ANABEL G CABEBE
H-G$/SOURCE/999999999///////WEB////
H-ITA FARE*********************************
H-BASE USD 547.74 HA18 XLXRWEB/WEB
H-BASE USD 300.12 HA5 NLXRWEB/WEB
H-ORIG BASE USD / EQUIV USD
H-TAX USD 5.00AY/9.00XF/7.80ZP/25.34US
H-XF USD HNL4.50LAS4.50
H-ZP HNLLAS
H-TOTAL FARE USD 895.00
H-ED HA ONLY/NONREF/FEE TO CHG
H-PSGR TYPE WEB
H-ITA FARE*********************************
NOTE DEBIT
H-CVN N/A
H-AVS PASS
H-AUTH/DNH-05/DNH REFER TO CARD ISSUER/BA4198/25AUG
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS-Y/ADDRESS AND ZIP/POSTAL MATCH
H-AUTH/APV-859596/BA4198/25AUG
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS-Y/ADDRESS AND ZIP/POSTAL MATCH
H-WB-WEB CHECK-IN ATTEMPTED 26AUG 0421 AM WWW-7311
H-WB-WEB CHECK-IN ATTEMPTED 26AUG 0423 AM WWW-7311
H-KS-KIOSK CHECK-IN ATTEMPTED 26AUG 0202 PM HNL-HNLL2P3K4
H-WB-WEB CHECK-IN ATTEMPTED 28AUG 1054 AM WWW-1217
H-AUG28 ADV ANABEL 200USD CHG FEE AND 19USD FARE DIFF TO
H-REISSUE CANCELLED TKT/GH8
H-AUTH/APV-88883B/IK4777/29AUG
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS-Z/ZIP/POSTAL MATCH / ADDRESS FAIL
XXAUTH/88883B *Z
XXTTE/
H-WB-WEB CHECK-IN ATTEMPTED 29AUG 0427 PM WWW-2226
```

**Received From**

```
INTERNET BOOKING
WWW.HDQ7HX7 0639 2013/08/25 EYXTNS
```

**History**

```
A5H H-WB-WEB CHECK-IN ATTEMPTED 29AUG 0427 PM WWW-2226
S-HDQ HDQ 5HXY 2127 2013/08/29
AEM EM
A4O OSI HATS PROCESSED CHG ADCOL 219USD TTL/HATS-GFM
R-GFM
S-UPP RES 4GFM 0207 2013/08/29
A5H H-AUTH/APV-88883B/IK4777/29AUG
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS-Z/ZIP/POSTAL MATCH / ADDRESS FAIL
A4S SSR TKNE HA HK1 LASHNL0017N30AUG/1732143394639C1
X7 TTE/
A7 T-28AUG-UPP4GFM
S-UPP RES 4GFM 0207 2013/08/29
X5F -TBM*XXXXXXXXXXXXXX4198$XXXXX
XW N/ANABEL CABEBE
XW A/98-524 KAIMU LP
XW C/AIEA, HI
XW Z/96701
AW N/ANABEL G CABEBE
AW A/98-524 KAIMU LP
AW C/AIEA, HI
AW Z/96701
A5F -TBMXX
A5F -TBM*XXXXXXXXXXXXXX4777$XXXXX
A5F -ANABEL G CABEBE
A5H H-AUG28 ADV ANABEL 200USD CHG FEE AND 19USD FARE DIFF TO
A5H H-REISSUE CANCELLED TKT/GH8
A4O OSI ATTN HATS PLS ADCOL 219USD TOTL/GH8
X7 T-25AUG-UPP4GN8
A7 TTE/
S-UPP RES 4GH8 0014 2013/08/29
A4S SSR TKNE HA HK1 LASHNL0017N30AUG/1732143350059C2
A4G HA 0017N 2013/08/30 LAS HNL SS 15D NH
AS HA 0017N 30AUG F LAS HNL NN SS 01 155A 505A HRS /E
```

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed 08/04/16  Page 26 of 136

```
S-UPP RES 4GH8 0008 2013/08/29
XS HA 0005N 28AUG W LAS HNL NN HK 01 610P 930P HRS /E
X4G*HA 0005N 2013/08/28 LAS HNL HK 30A NWLH
X4S*SSR TKNE HA HK1 LASHNL0005N28AUG/1732143350059C2
R-PDCHALAS
S-LAS LAS 5 PD 2115 2013/08/28
A5H H-WB-WEB CHECK-IN ATTEMPTED 28AUG 1054 AM WWW-1217
S-HDQ HDQ 5HXY 1554 2013/08/28
AFF HA 195025080 HK HA
R-HNL4FA
S-HNL HNL 54FA 1933 2013/08/26
A5H H-KS-KIOSK CHECK-IN ATTEMPTED 26AUG 0202 PM HNL-HNLL2P3K4
S-HDQ HDQ 5HXB 1902 2013/08/26
A5H H-WB-WEB CHECK-IN ATTEMPTED 26AUG 0423 AM WWW-7311
S-HDQ HDQ 5HXY 0923 2013/08/26
A5H H-WB-WEB CHECK-IN ATTEMPTED 26AUG 0421 AM WWW-7311
S-HDQ HDQ 5HXY 0921 2013/08/26
AEM EMR$P
A4O OSI HATS ISSUED TKT //GN8
R-HATS-GN8
S-UPP RES 4GN8 1514 2013/08/25
A5H H-AUTH/APV-859596/BA4198/25AUG
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS-Y/ADDRESS AND ZIP/POSTAL MATCH
A4S SSR TKNE HA HK1 HNLLAS0018X26AUG/1732143350059C1
A4S SSR TKNE HA HK1 LASHNL0005N28AUG/1732143350059C2
X8 TL30
A7 T-25AUG-UPP4GN8
AT W$VCR$NP$F*XXXXXXXXXXXXXX4198/XXXX$EDHA ONLY / NON REF / FEE TO CHANGE
S-UPP RES 4GN8 1514 2013/08/25
A4O OSI EMAIL NOTIFICATION SENT/AUTOMATED EMAIL
S-HNL HNL 5HXU 0808 2013/08/25
A5H H-AUTH/DNH-05/DNH REFER TO CARD ISSUER/BA4198/25AUG
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS-Y/ADDRESS AND ZIP/POSTAL MATCH
A4O OSI ***** CCD TRANSFER TO HATS *****
S-WWW WWW 5HBQ 0639 2013/08/25
A4G HA 0018X 2013/08/26 HNL LAS SS 36J NWRH
A4G HA 0005N 2013/08/28 LAS HNL SS 30A NWLH
R-INTERNET SEAT CHANGE
S-WWW HDQ 7HX7 0639 2013/08/25
```

## Stored Fare Items

```
PQR DETAILS
PQR 1
CABEBE/ANABEL G EXCH TKT 1732143350059 TTL USD 895.00
AC,FEES TTL USD 219.00
TTL USD 914.00
AC,FEES TTL USD 219.00
PRICE QUOTE RECORD - HISTORY DETAILS
PQH 1 HA ONLY/NONREF/FEE TO CHG
BASE FARE EQUIV AMT TAXES TOTAL
USD847.86 47.14XT USD895.00 WEB
XT 5.00AY 9.00XF 33.14XT
WEB-01 XLXRWEB/WEB NLXRWEB/WEB
HNL HA LAS547.74XLXRWEB/WEB HA HNL300.12NLXRWEB/WEB 847.86END ZPHNLLAS XFHNL4.5LAS4.5
01 O HNLLAS HA 18 X 26AUG 310P XLXRWEB/WEB 26AUG26AUG
02 O LASHNL HA 5 N 28AUG 610P NLXRWEB/WEB 28AUG28AUG
WWW WWW 5HBQ 0639 /25AUG STATUS-HISTORY EXP- /22JUL PRICE-AGT
```

## Bag Tag Items

## Bag Tag Name Items

```
PSGR#-001 ANABEL G CABEBE
```

## Bag Tag Routing

```
RTE #-0001 HA 0017 HNL

BOARDING PASS PRINT RESULT
```

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 27 of 136

```
PSGR#-001 ITN #-000 INF #-N SEQ #-0001 STATUS-DHS CLEARED ESTA-NOT APPLICABLE
PSGR#-001 ITN #-001 INF #-N SEQ #-0002 STATUS-DHS CLEARED ESTA-NOT APPLICABLE
PSGR#-001 ITN #-002 INF #-N SEQ #-0003 STATUS-DHS CLEARED ESTA-NOT APPLICABLE
```

**PNR Queue Current**

**PNR Queue History**

```
OFF PLA 0103/ 2013/08/29 2136 REMOVED BY HNL HX1-QR
ON PLA 0103/011 2013/08/29 2127 PLACED BY HDQ HXY
OFF FFW 0200/ 2013/08/29 2048 REMOVED BY HNL HW8-QR
OFF PLA 0103/ 2013/08/29 0214 REMOVED BY HNL HX1-QR
ON FFW 0200/011 2013/08/29 0207 PLACED BY RES GFM
OFF UPP 0024/ 2013/08/29 0207 REMOVED BY RES GFM-QP.
DUP PLA 0103/011 2013/08/29 0207 NO ADD BY RES GFM
DUP PLA 0103/011 2013/08/29 0207 NO ADD BY RES GFM
ON PLA 0103/011 2013/08/29 0207 PLACED BY RES GFM
OFF PLA 0103/ 2013/08/29 0014 REMOVED BY HNL HX1-QR
DUP PLA 0103/011 2013/08/29 0014 NO ADD BY RES GH8
DUP UPP 0024/011 2013/08/29 0014 NEW PIT BY RES GH8
ON UPP 0024/007 2013/08/29 0014 PLACED BY RES GH8
ON PLA 0103/011 2013/08/29 0014 PLACED BY RES GH8
OFF PLA 0103/ 2013/08/29 0014 REMOVED BY HNL HX1-QR
ON PLA 0103/011 2013/08/29 0008 PLACED BY RES GH8
OFF PLA 0103/ 2013/08/28 2119 REMOVED BY HNL HX1-QR
ON PLA 0103/011 2013/08/28 2115 PLACED BY LAS PD
OFF PLA 0103/ 2013/08/28 1555 REMOVED BY HNL HX1-QR
ON PLA 0103/011 2013/08/28 1554 PLACED BY HDQ HXY
OFF FFW 0200/ 2013/08/28 0539 REMOVED BY HNL HW8-QR
OFF PLA 0103/ 2013/08/26 1939 REMOVED BY HNL HX1-QR
ON PLA 0103/011 2013/08/26 1933 PLACED BY HNL 4FA
OFF PLA 0103/ 2013/08/26 1906 REMOVED BY HNL HX1-QR
ON PLA 0103/011 2013/08/26 1902 PLACED BY HDQ HXB
OFF PLA 0103/ 2013/08/26 0925 REMOVED BY HNL HX1-QR
DUP PLA 0103/011 2013/08/26 0923 NO ADD BY HDQ HXY
ON PLA 0103/011 2013/08/26 0921 PLACED BY HDQ HXY
OFF PLA 0103/ 2013/08/25 1517 REMOVED BY HNL HX1-QR
ON FFW 0200/011 2013/08/25 1515 PLACED BY RES GN8
OFF UPP 0021/ 2013/08/25 1515 REMOVED BY RES GN8-QP.
DUP PLA 0103/011 2013/08/25 1514 NO ADD BY RES GN8
ON PLA 0103/011 2013/08/25 1514 PLACED BY RES GN8
ON UPP 0021/011 2013/08/25 0923 PLACED BY RES GH9
OFF UPP 0459/ 2013/08/25 0923 REMOVED BY RES GH9-QP.
OFF PLA 0103/ 2013/08/25 0815 REMOVED BY HNL HX1-QR
ON PLA 0103/011 2013/08/25 0808 PLACED BY HNL HXU
ON UPP 0459/240 XXT 2013/08/25 0808 PLACED BY HNL HXU
OFF UPP 0458/ 2013/08/25 0808 REMOVED BY HNL HXU-QP.
OFF PLA 0103/ 2013/08/25 0642 REMOVED BY HNL HX1-QR
ON UPP 0458/093 2013/08/25 0642 PLACED BY WWW HBP
DUP PLA 0103/011 2013/08/25 0639 NO ADD BY WWW HBQ
DUP PLA 0103/011 2013/08/25 0639 NO ADD BY WWW HBQ
DUP PLA 0103/011 2013/08/25 0639 NO ADD BY HDQ HX7
ON PLA 0103/011 2013/08/25 0639 PLACED BY HDQ HX7
```

**PTA Action Items**

**PTA Fare Items**

**PTA Number**

**PTA Purchase Items**

**PTA Remarks**

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 28 of 136

**PTA Routing**

# PNR Data for EKGKHS

## Passenger Names

```
1FRANCO/EDNA
1PASION/ANGELITA M
1CABEBE/ANABEL G
1MALINAY/HENRY M
1PASION/DIONISIO P
```

## Active Segments

```
HA 0018N 11SEP W HNL LAS HK 05 310P 1145P HRS /E
```

## Ticket Time Limit Items

```
T-11SEP-WWW5HBQ
TE 1732143538068 FRANC/E WWW5HBQ 0328/11SEP
TE 1732143538149 PASIO/A WWW5HBQ 0328/11SEP
TE 1732143537989 CABEB/A WWW5HBQ 0328/11SEP
TE 1732143538207 MALIN/H WWW5HBQ 0328/11SEP
TE 1732143538150 PASIO/D WWW5HBQ 0328/11SEP
```

## Phone

```
WWW1-808-494-0721-C EDNA FRANCO
WWW1-808-769-3751-H EDNA FRANCO
WWW1-808-315-4894-B EDNA FRANCO
```

## Passenger Email

```
$FRANCOEDNA@YMAIL.COM$
```

## Passenger Address

```
ANGELITA PASION
98-563 KAIMU LP
AIEA, HI
96701
```

## Frequent Traveler

```
HA 190178244 HK HA NN 1.1
HA 185081390 HK HA NN 2.1
HA 195025080 HK HA 3.1
HA 153082918 HK HA NN 4.1
HA 185081388 HK HA NN 5.1
```

## Seats/Boarding Pass

```
HA 0018N 2013/09/11 HNL LAS HK 12H NRHA 1.1
HA 0018N 2013/09/11 HNL LAS HK 16G NHA 4.1
HA 0018N 2013/09/11 HNL LAS HK 20G NHA 3.1
HA 0018N 2013/09/11 HNL LAS HK 44H NRHA 2.1
HA 0018N 2013/09/11 HNL LAS HK 44J NWRH 5.1
```

## OA Facts


## HA Facts

```
SSR DOCS HA HK1/DB/    1970/F/FRANCO/EDNA 1.1
SSR DOCS HA HK1/DB/    1952/F/PASION/ANGELITA/M 2.1
SSR DOCS HA HK1/DB/    1951/F/CABEBE/ANABEL/G 3.1
SSR DOCS HA HK1/DB/    1962/M/MALINAY/HENRY/M 4.1
SSR DOCS HA HK1/DB/    1945/M/PASION/DIONISIO/P 5.1
SSR TKNE HA HK1 HNLLAS0018N11SEP/1732143538068C1 1.1
SSR TKNE HA HK1 HNLLAS0018N11SEP/1732143538149C1 2.1
SSR TKNE HA HK1 HNLLAS0018N11SEP/1732143537989C1 3.1
SSR TKNE HA HK1 HNLLAS0018N11SEP/1732143538207C1 4.1
SSR TKNE HA HK1 HNLLAS0018N11SEP/1732143538150C1 5.1
```

## Remarks

```
-TBM*XXXXXXXXXXXXX0457$XXXXX
H-G$/SOURCE/999999999////////WEB////
H-ITA FARE******************************
H-BASE USD 360.54 HA18 NLXOWEB/WEB
H-ORIG BASE USD / EQUIV USD
H-TAX USD 2.50AY/4.50XF/3.90ZP/12.06US
H-XF USD HNL4.50
H-ZP HNL
H-TOTAL FARE USD 383.50
H-ED HA ONLY/NONREF/FEE TO CHG
H-PSGR TYPE WEB
H-ITA FARE******************************
NOTE DEBIT
H-CVN N/A
H-AVS PASS
H-AUTH/APV-062804/BA0457/11SEP
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS-N/ADDRESS AND ZIP/POSTAL FAIL
XXAUTH/002804
H-AUTH/APV-072804/BA0457/11SEP
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS-N/ADDRESS AND ZIP/POSTAL FAIL
H-AUTH/APV-082804/BA0457/11SEP
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS-N/ADDRESS AND ZIP/POSTAL FAIL
H-AUTH/APV-092804/BA0457/11SEP
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS-N/ADDRESS AND ZIP/POSTAL FAIL
H-AUTH/APV-002804/BA0457/11SEP
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS-N/ADDRESS AND ZIP/POSTAL FAIL
H-WB-WEB CHECK-IN ATTEMPTED 10SEP 1032 PM WWW-2836
H-PROD 18/11SEPHNL-2.1 1 X E1 -- 1ST BAG PASION/ANGELITA M
```

## Received From

```
INTERNET BOOKING
WWW.HDQ7HX7 0328 2013/09/11 EKGKHS
```

## History

```
A5H H-PROD 18/11SEPHNL-2.1 1 X E1 -- 1ST BAG PASION/ANGELITA M
S-HDQ HDQ 5HXY 0335 2013/09/11
A5H H-WB-WEB CHECK-IN ATTEMPTED 10SEP 1032 PM WWW-2836
S-HDQ HDQ 5HXY 0332 2013/09/11
AFF HA 195025080 HK HA
R-HDQHXY
S-HDQ HDQ 5HXY 0332 2013/09/11
A5H H-AUTH/APV-062804/BA0457/11SEP
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS-N/ADDRESS AND ZIP/POSTAL FAIL
A5H H-AUTH/APV-072804/BA0457/11SEP
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS-N/ADDRESS AND ZIP/POSTAL FAIL
A5H H-AUTH/APV-082804/BA0457/11SEP
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS-N/ADDRESS AND ZIP/POSTAL FAIL
A5H H-AUTH/APV-092804/BA0457/11SEP
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS-N/ADDRESS AND ZIP/POSTAL FAIL
A5H H-AUTH/APV-002804/BA0457/11SEP
A5H H-AUTH/CSC NOT SUPPLIED
```

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 31 of 136

```
A5H H-AUTH/AVS-N/ADDRESS AND ZIP/POSTAL FAIL
A4S SSR TKNE HA HK1 HNLLAS0018N11SEP/1732143538068C1
A4S SSR TKNE HA HK1 HNLLAS0018N11SEP/1732143538149C1
A4S SSR TKNE HA HK1 HNLLAS0018N11SEP/1732143537989C1
A4S SSR TKNE HA HK1 HNLLAS0018N11SEP/1732143538207C1
A4S SSR TKNE HA HK1 HNLLAS0018N11SEP/1732143538150C1
X8 TL30
A7 T-11SEP-WWW5HBQ
AT W$PQ1N1.1$F*XXXXXXXXXXXXX0457/XXXX
AT W$PQ1N2.1$F*XXXXXXXXXXXXX0457/XXXX
AT W$PQ1N3.1$F*XXXXXXXXXXXXX0457/XXXX
AT W$PQ1N4.1$F*XXXXXXXXXXXXX0457/XXXX
AT W$PQ1N5.1$F*XXXXXXXXXXXXX0457/XXXX
S-WWW WWW 5HBQ 0328 2013/09/11
A4G HA 0018N 2013/09/11 HNL LAS SS 12H NRHA
A4G HA 0018N 2013/09/11 HNL LAS SS 16G NHA
A4G HA 0018N 2013/09/11 HNL LAS SS 20G NHA
A4G HA 0018N 2013/09/11 HNL LAS SS 44H NRHA
A4G HA 0018N 2013/09/11 HNL LAS SS 44J NWRH
R-INTERNET SEAT CHANGE
S-WWW HDQ 7HX7 0328 2013/09/11
```

## Stored Fare Items

```
PRICE QUOTE RECORD - DETAILS
PQ 1 HA ONLY/NONREF/FEE TO CHG
BASE FARE EQUIV AMT TAXES TOTAL
USD360.54 22.96XT USD383.50 WEB
XT 2.50AY 4.50XF 15.96XT
WEB-01 NLXOWEB/WEB
HNL HA LAS360.54NLXOWEB/WEB 360.54END ZPHNL XFHNL4.5
01 O HNLLAS HA 18 N 11SEP 310P NLXOWEB/WEB 11SEP11SEP
WWW WWW 5HBQ 0328 /11SEP STATUS-ACTIVE EXP- /08AUG PRICE-AGT
```

## Bag Tag Items

```
PSGR#-001 RTE #-0001 LAS 5173926314 BY - HNL 54BI 1358/2013/09/11 STATUS-PREMIUM
PSGR#-002 RTE #-0001 LAS 5173926313 BY - HNL 54BI 1357/2013/09/11 STATUS-
```

## Bag Tag Name Items

```
PSGR#-001 EDNA FRANCO
PSGR#-002 ANGELITA M PASION
PSGR#-003 ANABEL G CABEBE
PSGR#-004 HENRY M MALINAY
PSGR#-005 DIONISIO P PASION
```

## Bag Tag Routing

```
RTE #-0001 HA 0018 LAS

BOARDING PASS PRINT RESULT
PSGR#-001 ITN #-000 INF #-N SEQ #-0001 STATUS-DHS CLEARED ESTA-NOT APPLICABLE
PSGR#-002 ITN #-000 INF #-N SEQ #-0001 STATUS-DHS CLEARED ESTA-NOT APPLICABLE
PSGR#-003 ITN #-000 INF #-N SEQ #-0001 STATUS-DHS CLEARED ESTA-NOT APPLICABLE
PSGR#-004 ITN #-000 INF #-N SEQ #-0001 STATUS-DHS CLEARED ESTA-NOT APPLICABLE
PSGR#-005 ITN #-000 INF #-N SEQ #-0001 STATUS-DHS CLEARED ESTA-NOT APPLICABLE
```

## PNR Queue Current

## PNR Queue History

```
OFF PLA 0102/ 2013/09/11 0337 REMOVED BY HNL HX1-QR
DUP PLA 0102/011 2013/09/11 0335 NO ADD BY HDQ HXY
DUP PLA 0102/011 2013/09/11 0332 NO ADD BY HDQ HXY
DUP PLA 0102/011 2013/09/11 0332 NO ADD BY HDQ HXY
OFF FFW 0200/ 2013/09/11 0330 REMOVED BY HNL HW8-QR
ON FFW 0200/011 2013/09/11 0330 PLACED BY WWW HBP
```

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 32 of 136

```
DUP PLA 0102/011 2013/09/11 0328 NO ADD BY WWW HBQ
DUP PLA 0102/011 2013/09/11 0328 NO ADD BY WWW HBQ
DUP PLA 0102/011 2013/09/11 0328 NO ADD BY HDQ HX7
ON PLA 0102/011 2013/09/11 0328 PLACED BY HDQ HX7
```

**PTA Action Items**

**PTA Fare Items**

**PTA Number**

**PTA Purchase Items**

**PTA Remarks**

**PTA Routing**

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 33 of 136

# PNR Data for IEORBN

### Passenger Names

1CABEBE/ANABEL G

### Active Segments

HA 0007N 13SEP F LAS HNL HK 01 900A 1210P HRS /E

### Ticket Time Limit Items

T-12SEP-WWW5HBQ
TE 1732143555346 CABEB/A WWW5HBQ 1604/12SEP

### Phone

WWW1-808-341-9310-H ANABEL CABEBE
WWW1-808-485-2001-B ANABEL CABEBE

### Passenger Email

$HIANGIE88@GMAIL.COM$

### Passenger Address

ANGELITA PASION
98-563 KAIMU LP
AIEA, HI
96701

### Frequent Traveler

HA 195025080 HK HA 1.1

### Seats/Boarding Pass

HA 0007N 2013/09/13 LAS HNL HK 29B NLHA 1.1

### OA Facts

### HA Facts

SSR DOCS HA HK1/DB/█████1951/F/CABEBE/ANABEL/G 1.1
SSR TKNE HA HK1 LASHNL0007N13SEP/1732143555346C1 1.1

### Remarks

-TBM*XXXXXXXXXXXXX0457$XXXXX
H-G$/SOURCE/999999999//////WEB////
H-ITA FARE*******************************
H-BASE USD 382.33 HA7 NLWOWEB/WEB
H-ORIG BASE USD / EQUIV USD
H-TAX USD 2.50AY/4.50XF/3.90ZP/12.27US
H-XF USD LAS4.50
H-ZP LAS
H-TOTAL FARE USD 405.50
H-ED HA ONLY/NONREF/FEE TO CHG

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 34 of 136

```
H-PSGR TYPE WEB
H-ITA FARE*******************************
NOTE DEBIT
H-CVN N/A
H-AVS PASS
H-AUTH/APV-030417/BA0457/12SEP
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS-N/ADDRESS AND ZIP/POSTAL FAIL
XXAUTH/030417
H-WB-WEB CHECK-IN ATTEMPTED 12SEP 1108 AM WWW-1197
H-KS-KIOSK CHECK-IN ATTEMPTED 13SEP 0402 AM LAS-LASKWT51
```

## Received From

```
INTERNET BOOKING
WWW.HDQ7HX7 1604 2013/09/12 IEORBN
```

## History

```
AFF HA 195025080 HK HA
R-LAS4MT
S-LAS LAS 54MT 1025 2013/09/13
A5H H-KS-KIOSK CHECK-IN ATTEMPTED 13SEP 0402 AM LAS-LASKWT51
S-HDQ HDQ 5HXB 0902 2013/09/13
A5H H-WB-WEB CHECK-IN ATTEMPTED 12SEP 1108 AM WWW-1197
S-HDQ HDQ 5HXY 1608 2013/09/12
A5H H-AUTH/APV-030417/BA0457/12SEP
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS-N/ADDRESS AND ZIP/POSTAL FAIL
A4S SSR TKNE HA HK1 LASHNL0007N13SEP/1732143555346C1
X8 TL30
A7 T-12SEP-WWW5HBQ
AT W$PQ1N1.1$F*XXXXXXXXXXXXX0457/XXXX
S-WWW WWW 5HBQ 1604 2013/09/12
A4G HA 0007N 2013/09/13 LAS HNL SS 29B NLHA
R-INTERNET SEAT CHANGE
S-WWW HDQ 7HX7 1604 2013/09/12
```

## Stored Fare Items

```
PRICE QUOTE RECORD - DETAILS
PQ 1 HA ONLY/NONREF/FEE TO CHG
BASE FARE EQUIV AMT TAXES TOTAL
USD382.33 23.17XT USD405.50 WEB
XT 2.50AY 4.50XF 16.17XT
WEB-01 NLWOWEB/WEB
LAS HA HNL382.33NLWOWEB/WEB 382.33END ZPLAS XFLAS4.5
01 O LASHNL HA 7 N 13SEP 900A NLWOWEB/WEB 13SEP13SEP
WWW WWW 5HBQ 1604 /12SEP STATUS-ACTIVE EXP- /09AUG PRICE-AGT
```

## Bag Tag Items

## Bag Tag Name Items

```
PSGR#-001 ANABEL G CABEBE
```

## Bag Tag Routing

```
BOARDING PASS PRINT RESULT
PSGR#-001 ITN #-000 INF #-N SEQ #-0001 STATUS-DHS CLEARED ESTA-NOT APPLICABLE
```

## PNR Queue Current

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 35 of 136

Post Departure Information Web Site - Display Page

## PNR Queue History

```
OFF PLA 0101/ 2013/09/13 1027 REMOVED BY HNL HX1-QR
ON PLA 0101/011 2013/09/13 1025 PLACED BY LAS 4MT
OFF PLA 0101/ 2013/09/13 0903 REMOVED BY HNL HX1-QR
ON PLA 0101/011 2013/09/13 0902 PLACED BY HDQ HXB
OFF PLA 0101/ 2013/09/12 1616 REMOVED BY HNL HX1-QR
ON PLA 0101/011 2013/09/12 1608 PLACED BY HDQ HXY
OFF FFW 0200/ 2013/09/12 1606 REMOVED BY HNL HW8-QR
ON FFW 0200/011 2013/09/12 1606 PLACED BY WWW HBP
OFF PLA 0101/ 2013/09/12 1606 REMOVED BY HNL HX1-QR
DUP PLA 0101/011 2013/09/12 1604 NO ADD BY WWW HBQ
DUP PLA 0101/011 2013/09/12 1604 NO ADD BY WWW HBQ
DUP PLA 0101/011 2013/09/12 1604 NO ADD BY HDQ HX7
ON PLA 0101/011 2013/09/12 1604 PLACED BY HDQ HX7
```

## PTA Action Items

## PTA Fare Items

## PTA Number

## PTA Purchase Items

## PTA Remarks

## PTA Routing

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 36 of 136

# PNR Data for OWEMRZ

## Passenger Names

```
1FRANCO/EDNA
1CABEBE/ANABEL
1PASION/ANGELITA
1MALINAY/HENRY
1PASION/DIONISIO
```

## Active Segments

```
HA 0004V 14OCT M HNL LAX HK 05 1010P 635A 15OCT T /E
```

## Ticket Time Limit Items

```
T-08OCT
TE 1737260834613 FRANC/E SYSSYS 0757/08OCT*
TE 1737260834614 CABEB/A SYSSYS 0757/08OCT*
TE 1737260834615 PASIO/A SYSSYS 0757/08OCT*
TE 1737260834616 MALIN/H SYSSYS 0757/08OCT*
TE 1737260834617 PASIO/D SYSSYS 0757/08OCT*
TK 1730615682008 FRANC/E HNL5HXB 2022/14OCT
TK 1732606068379 FRANC/E HNL5HXB 2022/14OCT
TV 1732606068379 *VOID* HNL5HXB 2027/14OCT
```

## Phone

## Passenger Email

## Passenger Address

## Frequent Traveler

```
HA 190178244 HK HA 1.1
HA 185081390 HK HA NN 3.1
HA 185081388 HK HA NN 5.1
HA 195025080 HK HA 2.1
```

## Seats/Boarding Pass

## OA Facts

```
SSR SEAT HA NO5 HNLLAX0004V14OCT.NW /SEAT NOT AVAIL
```

## HA Facts

```
SSR DOCS HA HK1/DB/█████70/F/FRANCO/EDNA 1.1
SSR DOCS HA HK1/DB/█████51/F/CABEBE/ANABEL 2.1
SSR DOCS HA HK1/DB/█████52/F/PASION/ANGELITA 3.1
SSR DOCS HA HK1/DB/█████63/M/MALINAY/HENRY 4.1
SSR DOCS HA HK1/DB/█████45/M/PASION/DIONISIO 5.1
OSI HALOWESTFARE CUSTOMER SVCE 800 340 0575
```

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 37 of 136

```
OSI HA CTCB 8085851933 CUSTOMER PHONE
OSI HA CTCT LOWESTFARE AIRLINE HOTLINE 1 800 678 1929
SSR TKNE HA HK1 HNLLAX0004V14OCT/1737260834613C1 1.1
SSR TKNE HA HK1 HNLLAX0004V14OCT/1737260834614C1 2.1
SSR TKNE HA HK1 HNLLAX0004V14OCT/1737260834615C1 3.1
SSR TKNE HA HK1 HNLLAX0004V14OCT/1737260834616C1 4.1
SSR TKNE HA HK1 HNLLAX0004V14OCT/1737260834617C1 5.1
SSR SEAT HA NN5HNLLAX0004V14OCT.NW /RS
```

## Remarks

```
H-KS CHECK-IN FIRST ATTEMPTED AT 14OCT 0816 PM VIA HNL-HNLL2P3K6
H-AUTH/APV-072202/BA0507/15OCT
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS NOT SUPPLIED
H-01 EXIT ROW USD 80.00
H- 1737260834613
H-PROD 4/14OCTHNL-1.1 1 X F2 -- EXIT ROW FRANCO/EDNA
H-WT 4/14OCTHNL-1.1 X 31.0 - FRANCO/EDNA
H-PROD 4/14OCTHNL-2.1 1 X F2 -- EXIT ROW CABEBE/ANABEL
H-WT 4/14OCTHNL-3.1 X 30.5 30.5 - PASION/ANGELITA
H-PAID/USD 80.00/14OCT HNL-HNLL2P3K6/1730615682008
H-AUTH/APV-012202/BA0507/15OCT
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS NOT SUPPLIED
BAG-01 1ST BAG USD 25.00
H-PROD 4/14OCTHNL-1.1 1 X E1 -- 1ST BAG FRANCO/EDNA
H-WT 4/14OCTHNL-1.1 X 31.0 - FRANCO/EDNA
H-PROD 4/14OCTHNL-3.1 1 X E1 -- 1ST BAG PASION/ANGELITA
H-PROD 4/14OCTHNL-3.1 1 X E2 -- 2ND BAG PASION/ANGELITA
H-WT 4/14OCTHNL-3.1 X 30.5 30.5 - PASION/ANGELITA
H-PAID/USD 25.00/14OCT HNL-HNLL2P3K6/1732606068379
H-FIRST SUCCESSFUL KS CHECK-IN AT 14OCT 0821 PM VIA HNL-HNLL2P3K6
H-AGENT 13041 VOIDTXN 1732606068379
```

## Received From

```
WSPRM1P081257/DK0C6720100117794/0000001FD1036415 487B8D63-001
HDQ1PO84ZER/OMW/07560685/NYC/1P/T/US/USD/GS
TTY.TTY 0757 2013/10/08 OWEMRZ
```

## History

```
AFF HA 195025080 HK HA
R-HNL4MI
S-HNL HNL 54MI 0217 2013/10/15
A5H H-AGENT 13041 VOIDTXN 1732606068379
A7 TV 1732606068379 *VOID* HNL5HXB 2027/14OCT
S-HNL HDQ 5HXB 0127 2013/10/15
AFF HA 190178244 HK HA
R-HNL4ID
S-HNL HNL 54ID 0124 2013/10/15
A5H H-FIRST SUCCESSFUL KS CHECK-IN AT 14OCT 0821 PM VIA HNL-HNLL2P3K6
S-HNL HDQ 5HXB 0122 2013/10/15
A5H H-AUTH/APV-012202/BA0507/15OCT
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS NOT SUPPLIED
A5H H-PROD 4/14OCTHNL-1.1 1 X E1 -- 1ST BAG FRANCO/EDNA
A5H H-WT 4/14OCTHNL-1.1 X 31.0 - FRANCO/EDNA
A5H H-PROD 4/14OCTHNL-3.1 1 X E1 -- 1ST BAG PASION/ANGELITA
A5H H-PROD 4/14OCTHNL-3.1 1 X E2 -- 2ND BAG PASION/ANGELITA
A5H H-WT 4/14OCTHNL-3.1 X 30.5 30.5 - PASION/ANGELITA
A5H H-PAID/USD 25.00/14OCT HNL-HNLL2P3K6/1732606068379
S-HNL HDQ 5HXB 0122 2013/10/15
A5H H-AUTH/APV-072202/BA0507/15OCT
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS NOT SUPPLIED
A5H H-01 EXIT ROW USD 80.00
A5H H- 1737260834613
A5H H-PROD 4/14OCTHNL-1.1 1 X F2 -- EXIT ROW FRANCO/EDNA
A5H H-WT 4/14OCTHNL-1.1 X 31.0 - FRANCO/EDNA
A5H H-PROD 4/14OCTHNL-2.1 1 X F2 -- EXIT ROW CABEBE/ANABEL
A5H H-WT 4/14OCTHNL-3.1 X 30.5 30.5 - PASION/ANGELITA
A5H H-PAID/USD 80.00/14OCT HNL-HNLL2P3K6/1730615682008
S-HNL HDQ 5HXB 0122 2013/10/15
```

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed 08/04/16  Page 38 of 136

```
A5H H-KS CHECK-IN FIRST ATTEMPTED AT 14OCT 0816 PM VIA HNL-HNLL2P3K6
S-HDQ HDQ 5HXB 0117 2013/10/15
AFF HA 185081390 HK HA NN
AFF HA 185081388 HK HA NN
R-HDQRM1P081258 488722C5-001
S-TTY TTY RM1P 0758 2013/10/08
A3S SSR SEAT HA NO5 HNLLAX0004V14OCT.NW /SEAT NOT AVAIL
A4S SSR SEAT HA NN5HNLLAX0004V14OCT.NW /RS
R-HDQRM1P081257 488721E0-001 BPR
S-TTY TTY RM1P 0757 2013/10/08
A4S SSR TKNE HA HK1 HNLLAX0004V14OCT/1737260834613C1
A4S SSR TKNE HA HK1 HNLLAX0004V14OCT/1737260834614C1
A4S SSR TKNE HA HK1 HNLLAX0004V14OCT/1737260834615C1
A4S SSR TKNE HA HK1 HNLLAX0004V14OCT/1737260834616C1
A4S SSR TKNE HA HK1 HNLLAX0004V14OCT/1737260834617C1
R-HDQRM1P081257 4886F964-001
S-TTY TTY RM1P 0757 2013/10/08
A7 T-08OCT
S-NYC NYC RS 0757 2013/10/08
```

## Stored Fare Items

## Bag Tag Items

```
PSGR#-001 RTE #-0001 LAX 5173092179 BY - HNL 5HXB 2022/2013/10/14 STATUS-
PSGR#-003 RTE #-0001 LAX 5173092180 BY - HNL 5HXB 2022/2013/10/14 STATUS-
PSGR#-003 RTE #-0001 LAX 5173092181 BY - HNL 5HXB 2022/2013/10/14 STATUS-
```

## Bag Tag Name Items

```
PSGR#-001 EDNA FRANCO
PSGR#-002 ANABEL CABEBE
PSGR#-003 ANGELITA PASION
PSGR#-004 HENRY MALINAY
PSGR#-005 DIONISIO PASION
```

## Bag Tag Routing

```
RTE #-0001 HA 0004 LAX

BOARDING PASS PRINT RESULT
PSGR#-001 ITN #-000 INF #-N SEQ #-0001 STATUS-DHS CLEARED ESTA-NOT APPLICABLE
PSGR#-002 ITN #-000 INF #-N SEQ #-0001 STATUS- ESTA-NOT APPLICABLE
PSGR#-003 ITN #-000 INF #-N SEQ #-0001 STATUS-DHS CLEARED ESTA-NOT APPLICABLE
PSGR#-004 ITN #-000 INF #-N SEQ #-0001 STATUS-DHS CLEARED ESTA-NOT APPLICABLE
PSGR#-005 ITN #-000 INF #-N SEQ #-0001 STATUS- ESTA-NOT APPLICABLE
```

## PNR Queue Current

## PNR Queue History

```
OFF PLA 0103/ 2013/10/15 0519 REMOVED BY HNL HX1-QR
ON PLA 0103/011 2013/10/15 0504 PLACED BY HNL HX1
OFF PLA 0103/ 2013/10/15 0220 REMOVED BY HNL HX1-QR
ON PLA 0103/011 2013/10/15 0217 PLACED BY HNL 4MI
OFF PLA 0103/ 2013/10/15 0127 REMOVED BY HNL HX1-QR
ON PLA 0103/011 2013/10/15 0127 PLACED BY HDQ HXB
OFF PLA 0103/ 2013/10/15 0126 REMOVED BY HDQ HXB-QR
DUP PLA 0103/011 2013/10/15 0124 NO ADD BY HNL 4ID
DUP PLA 0103/011 2013/10/15 0122 NO ADD BY HDQ HXB
DUP PLA 0103/011 2013/10/15 0122 NO ADD BY HDQ HXB
DUP PLA 0103/011 2013/10/15 0122 NO ADD BY HDQ HXB
ON PLA 0103/011 2013/10/15 0117 PLACED BY HDQ HXB
OFF PLA 0103/ 2013/10/08 0800 REMOVED BY HNL HX1-QR
DUP PLA 0103/011 2013/10/08 0758 NO ADD BY TTY M1P
DUP PLA 0103/011 2013/10/08 0757 NO ADD BY TTY M1P
DUP PLA 0103/011 2013/10/08 0757 NO ADD BY TTY M1P
```

U.S. Bankruptcy Court - Hawaii  #16-90011   Dkt # 16-24   Filed  08/04/16   Page 39 of 136

```
DUP PLA 0103/011 2013/10/08 0757 NO ADD BY NYC RS
ON PLA 0103/011 2013/10/08 0757 PLACED BY TTY M1P
```

**PTA Action Items**

**PTA Fare Items**

**PTA Number**

**PTA Purchase Items**

**PTA Remarks**

**PTA Routing**

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 40 of 136

# PNR Data for RDHZKI

**Passenger Names**

1CABEBE/ANABEL GASMEN MS

**Active Segments**

HA 0520Y 09NOV J HNL OGG HK 01 938A 1015A /E
HA 0595I 09NOV J OGG HNL HK 01 920P 952P /E

**Ticket Time Limit Items**

T-08NOV
TE 1737318652456 CABEB/A SYSSYS 2038/08NOV*

**Phone**


**Passenger Email**


**Passenger Address**


**Frequent Traveler**

HA 195260506 NO HA HK TXT

**Seats/Boarding Pass**


**OA Facts**


**HA Facts**

OSI HA CTCT HNL808 841 2881 A
SSR DOCS HA HK1/DB/          51/F/CABEBE/ANABELGASMEN 1.1
SSR TKNE HA HK1 HNL       20Y09NOV.1737318652456C1 1.1
SSR TKNE HA HK1 OGGHNL0595I09NOV.1737318652456C2 1.1

**Remarks**

H-WB CHECK-IN FIRST ATTEMPTED AT 08NOV 0439 PM VIA WWW-1555
H-FIRST SUCCESSFUL WB CHECK-IN AT 08NOV 0442 PM VIA WWW-1555

**Received From**

HDQRMAA082009/DKCCAB41C10921/0000001DEF01E0D9 9213830A-001
HDQAATLZVCI/99G1/12546973
TTY.TTY 1409 2013/11/08 RDHZKI

## History

```
A5H H-FIRST SUCCESSFUL WB CHECK-IN AT 08NOV 0442 PM VIA WWW-1555
S-HDQ  HDQ 5HXY 2042 2013/11/08
A5H H-WB CHECK-IN FIRST ATTEMPTED AT 08NOV 0439 PM VIA WWW-1555
S-HDQ  HDQ 5HXY 2039 2013/11/08
A4S SSR TKNE HA HK1 HNLOGG0520Y09NOV.1737318652456C1
A4S SSR TKNE HA HK1 OGGHNL0595I09NOV.1737318652456C2
R-HDQRMAA090238 9763BE47-001
S-TTY  TTY RMAA 2038 2013/11/08
A7 T-08NOV
S-HNL  HNL A40 2038 2013/11/08
XS HA 0520Y 09NOV J HNL OGG HS HK 01 938A 1015A /E
XS HA 0595I 09NOV J OGG HNL HS HK 01 920P 952P /E
AS HA 0520Y 09NOV J HNL OGG HS HK 01 938A 1015A /E
AS HA 0595I 09NOV J OGG HNL HS HK 01 920P 952P /E
R-HDQRMAA090237/DKC7CFA5C10836/00000016BB028C6C 9763DC06-001
S-TTY  TTY RMAA 2037 2013/11/08
A4S SSR DOCS HA HK1/DB/        51/F/CABEBE/ANABELGASMEN
R-HDQRMAA090225 974E268
S-TTY  TTY RMAA 2025 2013/11/08
AFF HA 195260506 NO HA HK TXT
R-HDQRMAA090224 974E0FE9-001
S-TTY  TTY RMAA 2024 2013/11/08
XN 1CABEBE/ANNABELLE MS
AN 1CABEBE/ANABEL GASMEN MS
R-HDQRMAA090224 974D9815-001
S-TTY  TTY RMAA 2024 2013/11/08
XS HA 0116Y 09NOV J HNL OGG HS HK 01 800A 837A /E
AS HA 0520Y 09NOV J HNL OGG HS HK 01 938A 1015A /E
R-HDQRMAA090223/DKCCAB41C10967/000000008C0324D3 974DFE38-001
S-TTY  TTY RMAA 2023 2013/11/08
XS HA 0520W 09NOV J HNL OGG HS HK 01 938A 1015A /E
AS HA 0116Y 09NOV J HNL OGG HS HK 01 800A 837A /E
R-HDQRMAA090223/DKCCAB41C10966/0000000C260234D7 974DF150-001
S-TTY  TTY RMAA 2023 2013/11/08
```

## Stored Fare Items

## Bag Tag Items

## Bag Tag Name Items

```
PSGR#-002 ANABEL GASMEN MS CABEBE
```

## Bag Tag Routing

```
BOARDING PASS PRINT RESULT
PSGR#-002 ITN #-004 INF #-N SEQ #-0005 STATUS- ESTA-NOT APPLICABLE
PSGR#-002 ITN #-005 INF #-N SEQ #-0009 STATUS- ESTA-NOT APPLICABLE
```

## PNR Queue Current

## PNR Queue History

```
OFF PLA 0102/ 2013/11/08 2051 REMOVED BY HNL HX1-QR
ON PLA 0102/011 2013/11/08 2042 PLACED BY HDQ HXY
OFF PLA 0102/ 2013/11/08 2041 REMOVED BY HNL HX1-QR
DUP PLA 0102/011 2013/11/08 2039 NO ADD BY HDQ HXY
DUP PLA 0102/011 2013/11/08 2038 NO ADD BY TTY MAA
DUP PLA 0102/011 2013/11/08 2038 NO ADD BY HNL A40
ON PLA 0102/011 2013/11/08 2037 PLACED BY TTY MAA
OFF PLA 0102/ 2013/11/08 2030 REMOVED BY HNL HX1-QR
DUP PLA 0102/011 2013/11/08 2025 NO ADD BY TTY MAA
```

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 42 of 136

```
DUP  PLA  0102/011  2013/11/08  2024  NO ADD BY TTY MAA
DUP  PLA  0102/011  2013/11/08  2024  NO ADD BY TTY MAA
DUP  PLA  0102/011  2013/11/08  2023  NO ADD BY TTY MAA
ON   PLA  0102/011  2013/11/08  2023  PLACED BY TTY MAA
OFF  PLA  0102/   2013/11/08  1409  REMOVED BY HNL HX1-QR
ON   PLA  0102/011  2013/11/08  1409  PLACED BY TTY MAA
```

**PTA Action Items**


**PTA Fare Items**


**PTA Number**


**PTA Purchase Items**


**PTA Remarks**


**PTA Routing**

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 43 of 136

# PNR Data for SAINYE

## Passenger Names

1CABEBE/ANABEL

## Active Segments

```
HA 0004S 13NOV W HNL LAX HK 01 1020P 540A 14NOV Q /E
HA 0001Y 17NOV S LAX HNL HK 01 840A 1220P /E
```

## Ticket Time Limit Items

```
T-16NOV
TE 1737319399169 CABEB/A SYSSYS 2103/12NOV*
TE 1737320194934 CABEB/A SYSSYS 1536/16NOV*
TK 1732606222730 CABEB/A LAX547A 0743/17NOV
```

## Phone

## Passenger Email

## Passenger Address

## Frequent Traveler

HA 195025080 HK HA NN 1.1

## Seats/Boarding Pass

## OA Facts

## HA Facts

```
OSI HA CTCP HNL808 841 2881
SSR DOCS HA HK1/DB/     51/F/CABEBE/ANABEL 1.1
SSR SEAT HA DK1 HNL    04S13NOV.34CN
SSR SEAT HA DK1 LAXHNL0001S16NOV.39GN
SSR TKNE HA HK1 HNLLAX0004S13NOV.1737319399169C1 1.1
SSR TKNE HA HK1 LAXHNL0001Y17NOV.1737320194934C1 1.1
```

## Remarks

```
H-WB CHECK-IN FIRST ATTEMPTED AT 13NOV 0943 AM VIA WWW-1069
H-FIRST SUCCESSFUL WB CHECK-IN AT 13NOV 0946 AM VIA WWW-1069
H-AUTH/APV-337448/BA4198/17NOV
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS NOT SUPPLIED
BAG-01 T/P FIRST BGX USD 25.00
```

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 44 of 136

Post Departure Information Web Site - Display Page

## Received From

```
HDQRMAA130218/DKD54272C5552B/000000031202882A 971D2EED-001
HDQAASAILOT/99G1/12546973
TTY.TTY 2018 2013/11/12 SAINYE
```

## History

```
A5H H-AUTH/APV-337448/BA4198/17NOV
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS NOT SUPPLIED
S-LAX LAX 547A 0944 2013/11/17
A4S SSR TKNE HA HK1 LAXHNL0001Y17NOV.1737320194934C1
R-HDQRMAA162136 99611F60-001
S-TTY TTY RMAA 1536 2013/11/16
X7 T-12NOV
A7 T-16NOV
S-HNL HNL A30 1536 2013/11/16
AS HA 0001Y 17NOV S LAX HNL HS HK 01 840A 1220P /E
R-HDQRMAA162126/DK66CA66C181C6/0000001FDD03E3CE 9958E697-001
S-TTY TTY RMAA 1526 2013/11/16
SC HA 0001S 16NOV J LAX HNL HK NS 01 840A 1220P /E
X4S*SSR TKNE HA HK1 LAXHNL0001S16NOV.1737319399169C2
R-PDCHALAX
S-LAX LAX 5 PD 1034 2013/11/16
A5H H-FIRST SUCCESSFUL WB CHECK-IN AT 13NOV 0946 AM VIA WWW-1069
S-HDQ HDQ 5HXY 1346 2013/11/13
A5H H-WB CHECK-IN FIRST ATTEMPTED AT 13NOV 0943 AM VIA WWW-1069
S-HDQ HDQ 5HXY 1343 2013/11/13
A4S SSR TKNE HA HK1 HNLLAX0004S13NOV.1737319399169C1
A4S SSR TKNE HA HK1 LAXHNL0001S16NOV.1737319399169C2
R-HDQRMAA130303 977CD240-001
S-TTY TTY RMAA 2103 2013/11/12
A7 T-12NOV
S-HNL HNL A40 2103 2013/11/12
XS HA 0004S 13NOV W HNL LAX HS HK 01 1020P 540A 14NOV Q HRS /E
XS HA 0001S 16NOV J LAX HNL HS HK 01 840A 1220P HRS /E
X4G*HA 0004S 2013/11/13 HNL LAX HK 34C NHA
X4G*HA 0001S 2013/11/16 LAX HNL HK 39G NHA
AS HA 0004S 13NOV W HNL LAX HS HK 01 1020P 540A 14NOV Q /E
AS HA 0001S 16NOV J LAX HNL HS HK 01 840A 1220P /E
R-HDQRMAA130302/DKC7CFA5C1083E/0000001A63028481 977CD641-001
S-TTY TTY RMAA 2102 2013/11/12
A4S SSR SEAT HA DK1 LAXHNL0001S16NOV.39GN
A4G HA 0001S 2013/11/16 LAX HNL SS 39G NHA
R-HDQRMAA130220/DKD54272C5552D/000000167304A086 9722E679-001 BPR
S-TTY TTY RMAA 2020 2013/11/12
A4S SSR SEAT HA DK1 HNLLAX0004S13NOV.34CN
A4G HA 0004S 2013/11/13 HNL LAX SS 34C NHA
R-HDQRMAA130220/DKD54272C5552C/0000001E5F02C0A3 9722CAC0-001 BPR
S-TTY TTY RMAA 2020 2013/11/12
A4S SSR DOCS HA HK1/DB/████51/F/CABEBE/ANABEL
R-HDQRMAA130218 971D5AC
S-TTY TTY RMAA 2018 2013/11/12
```

## Stored Fare Items

## Bag Tag Items

```
PSGR#-001 RTE #-0001 HNL 4173733483 BY - LAX 547A 0742/2013/11/17 STATUS-
```

## Bag Tag Name Items

```
PSGR#-001 ANABEL CABEBE
```

## Bag Tag Routing

```
RTE #-0001 HA 0001 HNL
```

```
BOARDING PASS PRINT RESULT
PSGR#-001 ITN #-002 INF #-N SEQ #-0002 STATUS- ESTA-NOT APPLICABLE
PSGR#-001 ITN #-004 INF #-N SEQ #-0004 STATUS- ESTA-NOT APPLICABLE
PSGR#-001 ITN #-005 INF #-N SEQ #-0005 STATUS- ESTA-NOT APPLICABLE
```

**PNR Queue Current**

**PNR Queue History**

```
OFF PLA 0104/ 2013/11/17 0950 REMOVED BY HNL HX1-QR
ON PLA 0104/011 2013/11/17 0944 PLACED BY LAX 47A
OFF PLA 0104/ 2013/11/16 1545 REMOVED BY HNL HX1-QR
DUP PLA 0104/011 2013/11/16 1536 NO ADD BY TTY MAA
ON PLA 0104/011 2013/11/16 1536 PLACED BY HNL A30
OFF PLA 0104/ 2013/11/16 1535 REMOVED BY HNL HX1-QR
ON PLA 0104/011 2013/11/16 1526 PLACED BY TTY MAA
OFF PLA 0104/ 2013/11/16 1036 REMOVED BY HNL HX1-QR
ON PLA 0104/011 2013/11/16 1034 PLACED BY LAX PD
OFF PLA 0104/ 2013/11/13 1351 REMOVED BY HNL HX1-QR
DUP PLA 0104/011 2013/11/13 1346 NO ADD BY HDQ HXY
ON PLA 0104/011 2013/11/13 1343 PLACED BY HDQ HXY
OFF PLA 0104/ 2013/11/12 2112 REMOVED BY HNL HX1-QR
DUP PLA 0104/011 2013/11/12 2103 NO ADD BY TTY MAA
DUP PLA 0104/011 2013/11/12 2103 NO ADD BY HNL A40
ON PLA 0104/011 2013/11/12 2102 PLACED BY TTY MAA
OFF PLA 0104/ 2013/11/12 2026 REMOVED BY HNL HX1-QR
DUP PLA 0104/011 2013/11/12 2020 NO ADD BY TTY MAA
DUP PLA 0104/011 2013/11/12 2020 NO ADD BY TTY MAA
DUP PLA 0104/011 2013/11/12 2018 NO ADD BY TTY MAA
ON PLA 0104/011 2013/11/12 2018 PLACED BY TTY MAA
```

**PTA Action Items**

**PTA Fare Items**

**PTA Number**

**PTA Purchase Items**

**PTA Remarks**

**PTA Routing**

# PNR Data for EWWFYL

## Passenger Names

```
1CABEBE/ANABEL
1VALDEZ/ROWENA
```

## Active Segments

```
HA 0326V 26NOV T HNL OGG HK 02 400P 437P HRS /E
HA 0305S 27NOV W OGG HNL HK 02 1119A 1154A HRS /E
```

## Ticket Time Limit Items

```
T-23NOV
TE 1737365144330 CABEB/A SYSSYS 1708/23NOV*
TE 1737365144331 VALDE/R SYSSYS 1708/23NOV*
```

## Phone

## Passenger Email

## Passenger Address

## Frequent Traveler

```
HA 315927042 NO HA HK TXT
HA 315927042 HK HA 2.1
```

## Seats/Boarding Pass

```
HA 0326V 2013/11/26 HNL OGG HK 06E NR 1.1
HA 0326V 2013/11/26 HNL OGG HK 06F NWR 2.1
HA 0305S 2013/11/27 OGG HNL HK 11A NWL 1.1
HA 0305S 2013/11/27 OGG HNL HK 11B NLA 2.1
```

## OA Facts

## HA Facts

```
OSI HA CTCP HNL808 841 2881
OSI HA TCP2 1CABEBE/ANABEL
SSR DOCS HA HK1/DB/        /F/CABEBE/ANABEL 1.1
SSR DOCS HA HK1/DB/        /F/VALDEZ/ROWENA 2.1
OSI HA CTCP HNL808         R
OSI HA CTCP HNL808 484 0731
SSR SEAT HA DK2 HNLOGG0326V26NOV.06EN06FN
SSR SEAT HA DK2 OGGHNL0305S27NOV.11AN11BN
SSR TKNE HA HK1 HNLOGG0326V26NOV/1737365144330C1 1.1
SSR TKNE HA HK1 OGGHNL0305S27NOV/1737365144330C2 1.1
SSR TKNE HA HK1 HNLOGG0326V26NOV/1737365144331C1 2.1
SSR TKNE HA HK1 OGGHNL0305S27NOV/1737365144331C2 2.1
```

**Remarks**

```
H-WB CHECK-IN FIRST ATTEMPTED AT 25NOV 0547 PM VIA WWW-0215
H-FIRST SUCCESSFUL WB CHECK-IN AT 25NOV 0548 PM VIA WWW-0215
```

**Received From**

```
HDQRMAA230202/DKD54272C157E9/0000000E3304E2B1 3BE59C44-001
HDQAASDQKZF/99G1/12546973
TTY.TTY 2002 2013/11/22 EWWFYL
```

**History**

```
AFF HA 315927042 HK HA
R-OGG4BQ
S-OGG OGG 54BQ 1425 2013/11/27
A5H H-FIRST SUCCESSFUL WB CHECK-IN AT 25NOV 0548 PM VIA WWW-0215
S-HDQ HDQ 5HXY 2148 2013/11/25
A5H H-WB CHECK-IN FIRST ATTEMPTED AT 25NOV 0547 PM VIA WWW-0215
S-HDQ HDQ 5HXY 2147 2013/11/25
A4S SSR TKNE HA HK1 HNLOGG0326V26NOV/1737365144330C1
A4S SSR TKNE HA HK1 OGGHNL0305S27NOV/1737365144330C2
A4S SSR TKNE HA HK1 HNLOGG0326V26NOV/1737365144331C1
A4S SSR TKNE HA HK1 OGGHNL0305S27NOV/1737365144331C2
R-HDQRMAA232308 94A6F5A5-001
S-TTY TTY RMAA 1708 2013/11/23
A7 T-23NOV
S-HNL HNL A40 1708 2013/11/23
A4S SSR SEAT HA DK2 OGGHNL0305S27NOV.11AN11BN
A4G HA 0305S 2013/11/27 OGG HNL SS 11A NWL
A4G HA 0305S 2013/11/27 OGG HNL SS 11B NLA
R-HDQRMAA232254/DKD54272C55824/00000013A30292EF 949C8DBB-001 BPR
S-TTY TTY RMAA 1654 2013/11/23
A4S SSR SEAT HA DK2 HNLOGG0326V26NOV.06EN06FN
A4G HA 0326V 2013/11/26 HNL OGG SS 06E NR
A4G HA 0326V 2013/11/26 HNL OGG SS 06F NWR
R-HDQRMAA232254/DKD54272C55823/0000001487040012 949C8BDE-001 BPR
S-TTY TTY RMAA 1654 2013/11/23
X4S SSR DOCS HA HK1/DB/      51/F/CABEBE/ANABEL
X4S SSR DOCS HA HK1/DB/      58/F/VALDEZ/ROWENA
A4S SSR DOCS HA HK1/DB/      51/F/CABEBE/ANABEL
A4S SSR DOCS HA HK1/DB/      58/F/VALDEZ/ROWENA
A4O OSI HA CTCP HNL8088      PER
A4O OSI HA CTCP HNL808 484 0731
AS HA 0326V 26NOV T HNL OGG HS HK 02 400P 437P /E
AS HA 0305S 27NOV W OGG HNL HS HK 02 1119A 1154A /E
R-HDQRMAA232253/DKD54272C55822/0000000542045C2F 948DBEDD-001
S-TTY TTY RMAA 1653 2013/11/23
XS HA 0386A 24NOV S HNL OGG HS HK 02 1011A 1049A /E
XS HA 0135N 25NOV M OGG HNL HS HK 02 321P 355P /E
R-HDQRMAA232252 948D7B6D-001
S-TTY TTY RMAA 1652 2013/11/23
XS HA 0386V 24NOV S HNL OGG HS HK 02 1011A 1049A /E
XS HA 0135N 25NOV M OGG HNL HS HK 02 321P 355P /E
AS HA 0386A 24NOV S HNL OGG HS HK 02 1011A 1049A /E
AS HA 0135N 25NOV M OGG HNL HS HK 02 321P 355P /E
R-HDQRMAA232246/DKFB7774C1B911/00000008A001AC0D 948BFD28-001
S-TTY TTY RMAA 1646 2013/11/23
A4S SSR DOCS HA HK1/DB/      58/F/VALDEZ/ROWENA
R-HDQRMAA232244 948B75A
S-TTY TTY RMAA 1644 2013/11/23
A4S SSR DOCS HA HK1/DB/      51/F/CABEBE/ANABEL
R-HDQRMAA232244 948B6FE
S-TTY TTY RMAA 1644 2013/11/23
AFF HA 315927042 NO HA HK TXT
R-HDQRMAA232243 947917C0-001
S-TTY TTY RMAA 1643 2013/11/23
XN 1MALINAY/HENRY
A4O OSI HA TCP2 1CABEBE/ANABEL
AN 1VALDEZ/ROWENA
R-HDQRMAA230202 3BE58DAE-001
S-TTY TTY RMAA 2002 2013/11/22
```

**Stored Fare Items**

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 48 of 136

## Bag Tag Items

## Bag Tag Name Items

```
PSGR#-001 ANABEL CABEBE
PSGR#-003 ROWENA VALDEZ
```

## Bag Tag Routing

```
BOARDING PASS PRINT RESULT
PSGR#-001 ITN #-004 INF #-N SEQ #-0011 STATUS- ESTA-NOT APPLICABLE
PSGR#-001 ITN #-006 INF #-N SEQ #-0012 STATUS- ESTA-NOT APPLICABLE
PSGR#-003 ITN #-004 INF #-N SEQ #-0011 STATUS- ESTA-NOT APPLICABLE
PSGR#-003 ITN #-006 INF #-N SEQ #-0012 STATUS- ESTA-NOT APPLICABLE
```

## PNR Queue Current

## PNR Queue History

```
OFF PLA 0104/ 2013/11/27 1429 REMOVED BY HNL HX1-QR
ON PLA 0104/011 2013/11/27 1425 PLACED BY OGG 4BQ
OFF PLA 0104/ 2013/11/25 2148 REMOVED BY HNL HX1-QR
ON PLA 0104/011 2013/11/25 2148 PLACED BY HDQ HXY
OFF PLA 0104/ 2013/11/25 2147 REMOVED BY HNL HX1-QR
ON PLA 0104/011 2013/11/25 2147 PLACED BY HDQ HXY
OFF PLA 0104/ 2013/11/23 1713 REMOVED BY HNL HX1-QR
DUP PLA 0104/011 2013/11/23 1708 NO ADD BY TTY MAA
ON PLA 0104/011 2013/11/23 1708 PLACED BY HNL A40
OFF PLA 0104/ 2013/11/23 1702 REMOVED BY HNL HX1-QR
DUP PLA 0104/011 2013/11/23 1654 NO ADD BY TTY MAA
DUP PLA 0104/011 2013/11/23 1654 NO ADD BY TTY MAA
ON PLA 0104/011 2013/11/23 1653 PLACED BY TTY MAA
OFF PLA 0104/ 2013/11/23 1652 REMOVED BY HNL HX1-QR
ON PLA 0104/011 2013/11/23 1652 PLACED BY TTY MAA
OFF PLA 0104/ 2013/11/23 1652 REMOVED BY HNL HX1-QR
DUP PLA 0104/011 2013/11/23 1646 NO ADD BY TTY MAA
DUP PLA 0104/011 2013/11/23 1644 NO ADD BY TTY MAA
DUP PLA 0104/011 2013/11/23 1644 NO ADD BY TTY MAA
ON PLA 0104/011 2013/11/23 1643 PLACED BY TTY MAA
OFF PLA 0104/ 2013/11/22 2007 REMOVED BY HNL HX1-QR
DUP PLA 0104/011 2013/11/22 2002 NO ADD BY TTY MAA
ON PLA 0104/011 2013/11/22 2002 PLACED BY TTY MAA
```

## PTA Action Items

## PTA Fare Items

## PTA Number

## PTA Purchase Items

## PTA Remarks

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 49 of 136

**PTA Routing**

# PNR Data for WKFMAI

**Passenger Names**

1CABEBE/ANABEL

**Active Segments**

```
HA 0166N 06DEC F HNL OGG HK 01 155P 234P /E
HA 0595I 06DEC F OGG HNL HK 01 920P 952P /E
```

**Ticket Time Limit Items**

```
T-06DEC
TE 1737367332959 CABEB/A SYSSYS 1523/06DEC*
```

**Phone**

**Passenger Email**

**Passenger Address**

**Frequent Traveler**

**Seats/Boarding Pass**

**OA Facts**

**HA Facts**

```
OSI HA CTCP HNL808 841 2881
SSR DOCS HA HK1/DB/█████51/F/CABEBE/ANABEL 1.1
OSI HA CTCP HNL808      881 A
OSI HA CTCP HNL808 847 3856 FAX
OSI HA CTCP HNL808 738 3505 PANTOURS AGT ELSA
SSR TKNE HA HK1 HNLOGG0166N06DEC.1737367332959C1 1.1
SSR TKNE HA HK1 OGGHNL0595I06DEC.1737367332959C2 1.1
```

**Remarks**

```
H-ERROR-NOTKT OR NOT ASSOC
H-WB CHECK-IN FIRST ATTEMPTED AT 06DEC 1127 AM VIA WWW-1310
H-FIRST SUCCESSFUL WB CHECK-IN AT 06DEC 1128 AM VIA WWW-1310
```

**Received From**

```
HDQRMAA061921/DKD54272C15A32/00000014B80288D3 4EE3AEA1-001
```

```
HDQAAWKFMQB/99G1/12546973
TTY.TTY 1321 2013/12/06 WKFMAI
```

## History

```
A5H H-FIRST SUCCESSFUL WB CHECK-IN AT 06DEC 1128 AM VIA WWW-1310
S-HDQ HDQ 5HXY 1528 2013/12/06
A5H H-WB CHECK-IN FIRST ATTEMPTED AT 06DEC 1127 AM VIA WWW-1310
S-HDQ HDQ 5HXY 1527 2013/12/06
A4S SSR TKNE HA HK1 HNLOGG0166N06DEC.1737367332959C1
A4S SSR TKNE HA HK1 OGGHNL0595I06DEC.1737367332959C2
R-HDQRMAA062123 3C8A3E02-001
S-TTY TTY RMAA 1523 2013/12/06
A7 T-06DEC
S-HNL HNL A40 1523 2013/12/06
A5H H-ERROR-NOTKT OR NOT ASSOC
S-HDQ HDQ 5HXY 1503 2013/12/06
XS HA 0166N 06DEC F HNL OGG HS HK 01 155P 234P /E
XS HA 0595I 06DEC F OGG HNL HS HK 01 920P 952P /E
A4O OSI HA CTCP HNL808 841 2881 A
A4O OSI HA CTCP HNL808 847 3856 FAX
A4O OSI HA CTCP HNL808 738 3505 PANTOURS AGT ELSA
AS HA 0166N 06DEC F HNL OGG HS HK 01 155P 234P /E
AS HA 0595I 06DEC F OGG HNL HS HK 01 920P 952P /E
R-HDQRMAA062059/DKFB7778C199B6/0000001BAB029A82 3C3511D1-001
S-TTY TTY RMAA 1459 2013/12/06
A4S SSR DOCS HA HK1/DB/███████51/F/CABEBE/ANABEL
R-HDQRMAA062041 4F653A7
S-TTY TTY RMAA 1441 2013/12/06
```

## Stored Fare Items

## Bag Tag Items

## Bag Tag Name Items

```
PSGR#-001 ANABEL CABEBE
```

## Bag Tag Routing

```
BOARDING PASS PRINT RESULT
PSGR#-001 ITN #-002 INF #-N SEQ #-0003 STATUS- ESTA-NOT APPLICABLE
PSGR#-001 ITN #-003 INF #-N SEQ #-0007 STATUS- ESTA-NOT APPLICABLE
```

## PNR Queue Current

## PNR Queue History

```
OFF PLA 0101/ 2013/12/06 1533 REMOVED BY HNL HX1-QR
DUP PLA 0101/011 2013/12/06 1528 NO ADD BY HDQ HXY
DUP PLA 0101/011 2013/12/06 1527 NO ADD BY HDQ HXY
DUP PLA 0101/011 2013/12/06 1523 NO ADD BY TTY MAA
ON PLA 0101/011 2013/12/06 1523 PLACED BY HNL A40
OFF PLA 0101/ 2013/12/06 1511 REMOVED BY HNL HX1-QR
ON PLA 0101/011 2013/12/06 1503 PLACED BY HDQ HXY
OFF PLA 0101/ 2013/12/06 1501 REMOVED BY HNL HX1-QR
ON PLA 0101/011 2013/12/06 1459 PLACED BY TTY MAA
OFF PLA 0101/ 2013/12/06 1449 REMOVED BY HNL HX1-QR
ON PLA 0101/011 2013/12/06 1441 PLACED BY TTY MAA
OFF PLA 0101/ 2013/12/06 1323 REMOVED BY HNL HX1-QR
ON PLA 0101/011 2013/12/06 1321 PLACED BY TTY MAA
```

**PTA Action Items**

**PTA Fare Items**

**PTA Number**

**PTA Purchase Items**

**PTA Remarks**

**PTA Routing**

# PNR Data for MLBNIG

**Passenger Names**

1CABEBE/ANABEL MS

**Active Segments**

HA 0004S 11DEC W HNL LAX HK 01 1030P 555A 12DEC Q /E
HA 0001S 14DEC J LAX HNL HK 01 840A 1225P HRS /E

**Ticket Time Limit Items**

T-10DEC
TE 1737368177120 CABEB/A SYSSYS 2138/10DEC*

**Phone**

**Passenger Email**

**Passenger Address**

**Frequent Traveler**

HA 315927042 HK HA 1.1

**Seats/Boarding Pass**

HA 0001S 2013/12/14 LAX HNL HK 19D NH 1.1

**OA Facts**

**HA Facts**

OSI HA CTCT HNL808 841 2881 A
SSR DOCS HA HK1/DB/███████55/F/CABEBE/ANABEL 1.1

**Remarks**

DIVIDED/TTY.PLT 2122/10DEC13 MNATAM
H-SPLIT TO/212204/10DEC13 MNATAM 02/02 01/01 CABEBE/ANABEL
H-WB CHECK-IN FIRST ATTEMPTED AT 11DEC 1207 PM VIA WWW-1138
H-FIRST SUCCESSFUL WB CHECK-IN AT 11DEC 1208 PM VIA WWW-1138
H-KS CHECK-IN FIRST ATTEMPTED AT 11DEC 0848 PM VIA HNL-HNLL2CK2
H-ERROR-PAXTIMEOUT

**Received From**

HDQRMAA110258/DKCCAB41C110B6/0000001CE9099B34 57648C91-001

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 54 of 136

Post Departure Information Web Site - Display Page

```
HDQAAKUSYUO/99G1/12546973
TTY.TTY 2058 2013/12/10 MLBNIG
```

**History**

```
AFF HA 315927042 HK HA
R-LAX4A9
S-LAX LAX 54A9 0854 2013/12/14
A4G HA 0001S 2013/12/14 LAX HNL SS 19D NH
S-LAX LAX 54ZC 2223 2013/12/12
A5H H-ERROR-PAXTIMEOUT
S-HDQ HDQ 5HXB 0051 2013/12/12
A5H H-KS CHECK-IN FIRST ATTEMPTED AT 11DEC 0848 PM VIA HNL-HNLL2CK2
S-HDQ HDQ 5HXB 0048 2013/12/12
A5H H-FIRST SUCCESSFUL WB CHECK-IN AT 11DEC 1208 PM VIA WWW-1138
S-HDQ HDQ 5HXY 1608 2013/12/11
A5H H-WB CHECK-IN FIRST ATTEMPTED AT 11DEC 1207 PM VIA WWW-1138
S-HDQ HDQ 5HXY 1607 2013/12/11
A7 T-10DEC
S-HNL HNL A40 2138 2013/12/10
X4S SSR DOCS HA HK1/DB/      51/F/CABEBE/ANABEL
A4S SSR DOCS HA HK1/DB/      55/F/CABEBE/ANABEL
R-HDQRMAA110331 57B42F0
S-TTY TTY RMAA 2131 2013/12/10
A5H H-SPLIT TO/212204/10DEC13 MNATAM 02/02 01/01 CABEBE/ANABEL
S-TTY TTY RMAA 2122 2013/12/10
XS HA 0009S 14DEC J LAX HNL HS HK 02 505P 855P /E
AS HA 0001S 14DEC J LAX HNL HS HK 02 840A 1225P /E
R-HDQRMAA110321/DKD54272C15B50/000000063202CDB3 579187D7-001
S-TTY TTY RMAA 2121 2013/12/10
A4S SSR DOCS HA HK1/DB/15DEC51/F/CABEBE/ANABEL
R-HDQRMAA110307 57764B71-001
S-TTY TTY RMAA 2107 2013/12/10
XS HA 0004I 11DEC W HNL LAX HS HK 02 1030P 555A 12DEC Q /E
XS HA 0009I 14DEC J LAX HNL HS HK 02 505P 855P /E
AS HA 0004S 11DEC W HNL LAX HS HK 02 1030P 555A 12DEC Q /E
AS HA 0009S 14DEC J LAX HNL HS HK 02 505P 855P /E
R-HDQRMAA110305/DKD54272C15B4D/00000014A50154E0 576CBC05-001
S-TTY TTY RMAA 2105 2013/12/10
```

**Stored Fare Items**

**Bag Tag Items**

```
PSGR#-001 RTE #-0001 HNL 4173898592 BY - LAX 54A9 0654/2013/12/14 STATUS-
PSGR#-001 RTE #-0001 HNL 4173898593 BY - LAX 54A9 0654/2013/12/14 STATUS-
```

**Bag Tag Name Items**

```
PSGR#-001 ANABEL MS CABEBE
```

**Bag Tag Routing**

```
RTE #-0001 HA 0001 HNL

BOARDING PASS PRINT RESULT
PSGR#-001 ITN #-002 INF #-N SEQ #-0005 STATUS- ESTA-NOT APPLICABLE
PSGR#-001 ITN #-005 INF #-N SEQ #-0006 STATUS- ESTA-NOT APPLICABLE
```

**PNR Queue Current**

**PNR Queue History**

```
OFF PLA 0102/ 2013/12/14 0902 REMOVED BY HNL HX1-QR
ON PLA 0102/011 2013/12/14 0854 PLACED BY LAX 4A9
```

U.S. Bankruptcy Court - Hawaii #16-90011 Dkt # 16-24 Filed 08/04/16 Page 55 of 136

```
OFF PLA 0102/ 2013/12/12 2229 REMOVED BY HNL HX1-QR
ON PLA 0102/011 2013/12/12 2223 PLACED BY LAX 4ZC
OFF PLA 0102/ 2013/12/12 0058 REMOVED BY HNL HX1-QR
DUP PLA 0102/011 2013/12/12 0051 NO ADD BY HDQ HXB
ON PLA 0102/011 2013/12/12 0048 PLACED BY HDQ HXB
OFF PLA 0102/ 2013/12/11 1609 REMOVED BY HNL HX1-QR
DUP PLA 0102/011 2013/12/11 1608 NO ADD BY HDQ HXY
ON PLA 0102/011 2013/12/11 1607 PLACED BY HDQ HXY
OFF PLA 0102/ 2013/12/10 2147 REMOVED BY HNL HX1-QR
DUP PLA 0102/011 2013/12/10 2138 NO ADD BY HNL A40
ON PLA 0102/011 2013/12/10 2137 PLACED BY TTY MAA
OFF PLA 0102/ 2013/12/10 2137 REMOVED BY HNL HX1-QR
ON PLA 0102/011 2013/12/10 2131 PLACED BY TTY MAA
OFF PLA 0102/ 2013/12/10 2126 REMOVED BY HNL HX1-QR
DUP PLA 0102/011 2013/12/10 2122 NO ADD BY TTY MAA
ON PLA 0102/011 2013/12/10 2121 PLACED BY TTY MAA
OFF PLA 0102/ 2013/12/10 2115 REMOVED BY HNL HX1-QR
DUP PLA 0102/011 2013/12/10 2107 NO ADD BY TTY MAA
ON PLA 0102/011 2013/12/10 2105 PLACED BY TTY MAA
OFF PLA 0102/ 2013/12/10 2104 REMOVED BY HNL HX1-QR
ON PLA 0102/011 2013/12/10 2058 PLACED BY TTY MAA
```

**PTA Action Items**

**PTA Fare Items**

**PTA Number**

**PTA Purchase Items**

**PTA Remarks**

**PTA Routing**

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 56 of 136

# PNR Data for DOBPSR

**Passenger Names**

1CABEBE/ANABEL

**Active Segments**

```
HA 0004Q 26DEC Q HNL LAX HK 01 1030P 555A 27DEC F /E
HA 0001S 28DEC J LAX HNL HK 01 840A 1225P HRS /E
```

**Ticket Time Limit Items**

```
T-26DEC
TE 1737370404629 CABEB/A SYSSYS 1413/26DEC*
```

**Phone**

**Passenger Email**

**Passenger Address**

**Frequent Traveler**

```
HA 315927042 NO HA HK TXT
HA 315927042 HK HA 1.1
```

**Seats/Boarding Pass**

```
HA 0001S 2013/12/28 LAX HNL HK 23G NHA 1.1
```

**OA Facts**

**HA Facts**

```
OSI HA CTCP HNL808 636 7353
SSR DOCS HA HK1/DB/       51/F/CABEBE/ANABEL 1.1
SSR TKNE HA HK1 HNL       04Q26DEC.1737370404629C1 1.1
SSR TKNE HA HK1 LAXHNL0001S28DEC.1737370404629C2 1.1
```

**Remarks**

```
H-WB CHECK-IN FIRST ATTEMPTED AT 26DEC 1246 PM VIA WWW-6613
H-FIRST SUCCESSFUL WB CHECK-IN AT 26DEC 1247 PM VIA WWW-6613
```

**Received From**

```
HDQRMAA261919/DKD54272C15EBD/000000063104845E 5893F40C-001
HDQAADOBOIY/99G1/12546973
```

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed 08/04/16  Page 57 of 136

```
TTY.TTY 1319 2013/12/26 DOBPSR
```

## History

```
AFF HA 315927042 HK HA
R-HNL4AD
S-HNL HNL 54AD 0142 2013/12/27
A4G HA 0001S 2013/12/28 LAX HNL SS 23G NHA
S-LAX LAX 54ZC 1910 2013/12/26
A5H H-FIRST SUCCESSFUL WB CHECK-IN AT 26DEC 1247 PM VIA WWW-6613
S-HDQ HDQ 5HXY 1647 2013/12/26
A5H H-WB CHECK-IN FIRST ATTEMPTED AT 26DEC 1246 PM VIA WWW-6613
S-HDQ HDQ 5HXY 1646 2013/12/26
A4S SSR TKNE HA HK1 HNLLAX0004Q26DEC.1737370404629C1
A4S SSR TKNE HA HK1 LAXHNL0001S28DEC.1737370404629C2
R-HDQRMAA262013 5925DD96-001
S-TTY TTY RMAA 1413 2013/12/26
A7 T-26DEC
S-HNL HNL AJY 1413 2013/12/26
XS HA 0004Q 26DEC Q HNL LAX HS HK 01 1030P 555A 27DEC F /E
AS HA 0004Q 26DEC Q HNL LAX HS HK 01 1030P 555A 27DEC F /E
R-HDQRMAA262012/DKFB7774C4BA62/00000021290365D3 5925DEE8-001
S-TTY TTY RMAA 1412 2013/12/26
XS HA 0001I 28DEC J LAX HNL HS HK 01 840A 1225P /E
AS HA 0001S 28DEC J LAX HNL HS HK 01 840A 1225P /E
R-HDQRMAA261957/DK042151C62F9B/0000000E0E037BB7 58FF4A74-001
S-TTY TTY RMAA 1357 2013/12/26
AFF HA 315927042 NO HA HK TXT
R-HDQRMAA261955 58EE2403-001
S-TTY TTY RMAA 1355 2013/12/26
A4S SSR DOCS HA HK1/DB/█████51/F/CABEBE/ANABEL
R-HDQRMAA261955 58EDA35
S-TTY TTY RMAA 1355 2013/12/26
XS HA 0007X 28DEC J LAS HNL HS HK 01 900A 115P /E
AS HA 0001I 28DEC J LAX HNL HS HK 01 840A 1225P /E
R-HDQRMAA261954/DKD54272C15ECB/000000082607247E 58EDF430-001
S-TTY TTY RMAA 1354 2013/12/26
XS HA 0001I 28DEC J LAX HNL HS HK 01 840A 1225P /E
AS HA 0007X 28DEC J LAS HNL HS HK 01 900A 115P /E
R-HDQRMAA261939/DKD54272C15EC2/000000100801F501 58C0BBD1-001
S-TTY TTY RMAA 1339 2013/12/26
XS HA 0002Q 26DEC Q HNL LAX HS HK 01 240P 1000P /E
XS HA 0007X 28DEC J LAS HNL HS HK 01 900A 115P /E
AS HA 0004Q 26DEC Q HNL LAX HS HK 01 1030P 555A 27DEC F /E
AS HA 0001I 28DEC J LAX HNL HS HK 01 840A 1225P /E
R-HDQRMAA261938/DKD54272C15EC1/0000001B3807C966 58C084AD-001
S-TTY TTY RMAA 1338 2013/12/26
XS HA 0008Y 26DEC Q HNL LAS HS HK 01 1050P 625A 27DEC F /E
AS HA 0002Q 26DEC Q HNL LAX HS HK 01 240P 1000P /E
R-HDQRMAA261934/DKD54272C15EC0/00000017DB044023 58BF63B8-001
S-TTY TTY RMAA 1334 2013/12/26
```

## Stored Fare Items

## Bag Tag Items

```
PSGR#-001 RTE #-0001 HNL 4173985287 BY - LAX 54IO 0540/2013/12/28 STATUS-
```

## Bag Tag Name Items

```
PSGR#-001 ANABEL CABEBE
```

## Bag Tag Routing

```
RTE #-0001 HA 0001 HNL

BOARDING PASS PRINT RESULT
PSGR#-001 ITN #-007 INF #-N SEQ #-0011 STATUS- ESTA-NOT APPLICABLE
PSGR#-001 ITN #-008 INF #-N SEQ #-0010 STATUS-NOT APPLICABLE
```

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 58 of 136

Post Departure Information Web Site - Display Page

**PNR Queue Current**

**PNR Queue History**

```
OFF PLA 0103/ 2013/12/27 0147 REMOVED BY HNL HX1-QR
ON  PLA 0103/011 2013/12/27 0142 PLACED BY HNL 4AD
OFF PLA 0103/ 2013/12/26 1915 REMOVED BY HNL HX1-QR
ON  PLA 0103/011 2013/12/26 1910 PLACED BY LAX 4ZC
OFF PLA 0103/ 2013/12/26 1653 REMOVED BY HNL HX1-QR
DUP PLA 0103/011 2013/12/26 1647 NO ADD BY HDQ HXY
ON  PLA 0103/011 2013/12/26 1646 PLACED BY HDQ HXY
OFF PLA 0103/ 2013/12/26 1419 REMOVED BY HNL HX1-QR
DUP PLA 0103/011 2013/12/26 1413 NO ADD BY TTY MAA
DUP PLA 0103/011 2013/12/26 1413 NO ADD BY HNL AJY
ON  PLA 0103/011 2013/12/26 1412 PLACED BY TTY MAA
OFF PLA 0103/ 2013/12/26 1358 REMOVED BY HNL HX1-QR
DUP PLA 0103/011 2013/12/26 1357 NO ADD BY TTY MAA
DUP PLA 0103/011 2013/12/26 1355 NO ADD BY TTY MAA
DUP PLA 0103/011 2013/12/26 1355 NO ADD BY TTY MAA
ON  PLA 0103/011 2013/12/26 1354 PLACED BY TTY MAA
OFF PLA 0103/ 2013/12/26 1346 REMOVED BY HNL HX1-QR
DUP PLA 0103/011 2013/12/26 1339 NO ADD BY TTY MAA
ON  PLA 0103/011 2013/12/26 1338 PLACED BY TTY MAA
OFF PLA 0103/ 2013/12/26 1336 REMOVED BY HNL HX1-QR
ON  PLA 0103/011 2013/12/26 1334 PLACED BY TTY MAA
OFF PLA 0103/ 2013/12/26 1324 REMOVED BY HNL HX1-QR
ON  PLA 0103/011 2013/12/26 1319 PLACED BY TTY MAA
```

**PTA Action Items**

**PTA Fare Items**

**PTA Number**

**PTA Purchase Items**

**PTA Remarks**

**PTA Routing**

http://haw00009/cao/pdi/Display.aspx?record_loc=DOBPSR&pnr_date=12/26/2013%2012:00:00%20AM[6/4/2015 8:10:02 AM]

# PNR Data for HNXBIZ

**Passenger Names**

1CABEBE/ANABEL

**Active Segments**

HA 0018W 03JAN F HNL LAS HK 01 405P 1150P HRS /E

**Ticket Time Limit Items**

T-02JAN
TE 1737371425236 CABEB/A SYSSYS 2028/02JAN*

**Phone**

**Passenger Email**

**Passenger Address**

**Frequent Traveler**

HA 315927042 HK HA NN 1.1

**Seats/Boarding Pass**

HA 0018W 2014/01/03 HNL LAS HK 13A NWLH 1.1

**OA Facts**

**HA Facts**

OSI HA CTCP HNL808 1694 PER
SSR DOCS HA HK1/DB/█████51/F/CABEBE/ANABEL 1.1
OSI HA CTCP HNL808 ███ 881 A
OSI HA CTCP HNL808 847 3856 FAX
OSI HA CTCP HNL808 738 3505 PANTOURS AGT ELSA
SSR TKNE HA HK1 HNLLAS0018W03JAN.1737371425236C1 1.1

**Remarks**

DIVIDED/TTY.PLT 2011/02JAN14 WVUFOO
H-SPLIT TO/201124/02JAN14 WVUFOO 02/02 01/01 CABEBE/ANABEL
H-WB CHECK-IN FIRST ATTEMPTED AT 02JAN 0449 PM VIA WWW-12732
H-FIRST SUCCESSFUL WB CHECK-IN AT 02JAN 0450 PM VIA WWW-12732

**Received From**

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 60 of 136

Post Departure Information Web Site - Display Page

```
HDQRMAA021948/DKD54272C45FE9/000000222502403E 3E5E9994-001
HDQAAVUWCMS/99G1/12546973
TTY.TTY 1348 2014/01/02 HNXBIZ
```

**History**

```
XS HA 0007W 06JAN M LAS HNL HS HK 01 900A 110P HRS /E
X4G*HA 0007W 2014/01/06 LAS HNL HK 15C NHA
X4S*SSR TKNE HA HK1 LASHNL0007W06JAN.1737371425236C2
R-HDQRMAA042201 5DE0A996-001
S-TTY TTY RMAA 1601 2014/01/04
A5H H-FIRST SUCCESSFUL WB CHECK-IN AT 02JAN 0450 PM VIA WWW-12732
S-HDQ HDQ 5HXY 2050 2014/01/02
A5H H-WB CHECK-IN FIRST ATTEMPTED AT 02JAN 0449 PM VIA WWW-12732
S-HDQ HDQ 5HXY 2049 2014/01/02
AFF HA 315927042 HK HA NN
A4G HA 0007W 2014/01/06 LAS HNL SS 15C NHA
R-ANA
S-UPP RES -G5D 2048 2014/01/02
XFF HA 315927042 NO HA HK TXT
S-UPP RES -G5D 2048 2014/01/02
A4G HA 0018W 2014/01/03 HNL LAS SS 13A NWLH
R-ANA
S-UPP RES -G5D 2046 2014/01/02
AFF HA 315927042 NO HA HK TXT
R-HDQRMAA030242 4710EE36-001
S-TTY TTY RMAA 2042 2014/01/02
A4S SSR TKNE HA HK1 HNLLAS0018W03JAN.1737371425236C1
A4S SSR TKNE HA HK1 LASHNL0007W06JAN.1737371425236C2
R-HDQRMAA030228 46F05A76-001
S-TTY TTY RMAA 2028 2014/01/02
A7 T-02JAN
S-HNL HNL A40 2028 2014/01/02
XS HA 0018W 03JAN F HNL LAS HS HK 01 405P 1150P /E
XS HA 0007W 06JAN M LAS HNL HS HK 01 900A 110P /E
A4O OSI HA CTCP HNL808 841 2881 A
A4O OSI HA CTCP HNL808 847 3856 FAX
A4O OSI HA CTCP HNL808 738 3505 PANTOURS AGT ELSA
AS HA 0018W 03JAN F HNL LAS HS HK 01 405P 1150P /E
AS HA 0007W 06JAN M LAS HNL HS HK 01 900A 110P /E
R-HDQRMAA030214/DKFB7778C19C61/0000000BC703157F 46D0A5A1-001
S-TTY TTY RMAA 2014 2014/01/02
A5H H-SPLIT TO/201124/02JAN14 WVUFOO 02/02 01/01 CABEBE/ANABEL
S-TTY TTY RMAA 2011 2014/01/02
A4S SSR DOCS HA HK1/DB/█████51/F/CABEBE/ANABEL
R-HDQRMAA030210 46B66DD
S-TTY TTY RMAA 2010 2014/01/02
```

**Stored Fare Items**



**Bag Tag Items**



**Bag Tag Name Items**

```
PSGR#-001 ANABEL CABEBE
```

**Bag Tag Routing**

```
BOARDING PASS PRINT RESULT
PSGR#-001 ITN #-002 INF #-N SEQ #-0002 STATUS- ESTA-NOT APPLICABLE
```

**PNR Queue Current**



**PNR Queue History**

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 61 of 136

```
OFF PLA 0102/ 2014/01/04 1603 REMOVED BY HNL HX1-QR
ON PLA 0102/011 2014/01/04 1601 PLACED BY TTY MAA
OFF PLA 0102/ 2014/01/02 2051 REMOVED BY HNL HX1-QR
DUP PLA 0102/011 2014/01/02 2050 NO ADD BY HDQ HXY
DUP PLA 0102/011 2014/01/02 2049 NO ADD BY HDQ HXY
DUP PLA 0102/011 2014/01/02 2048 NO ADD BY RES G5D
DUP PLA 0102/011 2014/01/02 2048 NO ADD BY RES G5D
DUP PLA 0102/011 2014/01/02 2047 NO ADD BY RES G5D
DUP PLA 0102/011 2014/01/02 2046 NO ADD BY RES G5D
ON PLA 0102/011 2014/01/02 2042 PLACED BY TTY MAA
OFF PLA 0102/ 2014/01/02 2030 REMOVED BY HNL HX1-QR
DUP PLA 0102/011 2014/01/02 2028 NO ADD BY TTY MAA
ON PLA 0102/011 2014/01/02 2028 PLACED BY HNL A40
OFF PLA 0102/ 2014/01/02 2018 REMOVED BY HNL HX1-QR
DUP PLA 0102/011 2014/01/02 2014 NO ADD BY TTY MAA
DUP PLA 0102/011 2014/01/02 2011 NO ADD BY TTY MAA
ON PLA 0102/011 2014/01/02 2010 PLACED BY TTY MAA
OFF PLA 0102/ 2014/01/02 1355 REMOVED BY HNL HX1-QR
ON PLA 0102/011 2014/01/02 1348 PLACED BY TTY MAA
```

**PTA Action Items**


**PTA Fare Items**


**PTA Number**


**PTA Purchase Items**


**PTA Remarks**


**PTA Routing**

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 62 of 136

# PNR Data for NULKUP

## Passenger Names

1CABEBE/ANABEL

## Active Segments

HA 0007Y 05JAN S LAS HNL HK 01 900A 110P HRS /E

## Ticket Time Limit Items

T-04JAN
TE 1737371801160 CABEB/A SYSSYS 1608/04JAN*

## Phone

## Passenger Email

## Passenger Address

## Frequent Traveler

HA 315927042 HK HA NN 1.1

## Seats/Boarding Pass

HA 0007Y 2014/01/05 LAS HNL HK 21D NH 1.1

## OA Facts

## HA Facts

OSI HA CTCP HNL808 694 0078
SSR DOCS HA HK1/DB/█████████51/F/CABEBE/ANABEL 1.1
SSR RQST HA 7Y5JAN/████████S RQSTNG FOR A WINDOW SEAT NN1 1.1
SSR TKNE HA HK1 LASHNL0007Y05JAN.1737371801160C1 1.1

## Remarks

H-04JAN ANA FR EVERLASTING TRAVELCI TO ADD HA FQTV/ADDED FQ
H-TV/ASSGND SEAT AND ADDED SSR FOR PAX RQST FOR A WINDOW SE
H-AT/GXH

## Received From

HDQRMAA042108/DKD54272C1611A/0000002151017098 5D6BE0F8-001
HDQAACJFDCV/99G1/12546973
TTY.TTY 1508 2014/01/04 NULKUP

## History

```
A4S SSR TKNE HA HK1 LASHNL0007Y05JAN.1737371801160C1
R-HDQRMAA042208 5DE2D7FA-001
S-TTY TTY RMAA 1608 2014/01/04
A7 T-04JAN
S-HNL HNL A30 1608 2014/01/04
A5H H-04JAN ANA FR EVERLASTING TRAVELCI TO ADD HA FQTV/ADDED FQ
A5H H-TV/ASSGND SEAT AND ADDED SSR FOR PAX RQST FOR A WINDOW SE
A5H H-AT/GXH
AFF HA 315927042 HK HA NN
A4S SSR RQST HA 7Y5JAN/PAX IS RQSTNG FOR A WINDOW SEAT NN1
A4G HA 0007Y 2014/01/05 LAS HNL SS 21D NH
R-ANA FR EVERLASTING
S-UPP RES 4GXH 1554 2014/01/04
A4S SSR DOCS HA HK1/DB/███████51/F/CABEBE/ANABEL
R-HDQRMAA042149 5DC2265
S-TTY TTY RMAA 1549 2014/01/04
```

## Stored Fare Items

## Bag Tag Items

## Bag Tag Name Items

```
PSGR#-001 ANABEL CABEBE
```

## Bag Tag Routing

```
BOARDING PASS PRINT RESULT
PSGR#-001 ITN #-000 INF #-N SEQ #-0002 STATUS- ESTA-NOT APPLICABLE
```

## PNR Queue Current

## PNR Queue History

```
OFF PLA 0104/ 2014/01/04 1610 REMOVED BY HNL HX1-QR
DUP PLA 0104/011 2014/01/04 1608 NO ADD BY TTY MAA
ON PLA 0104/011 2014/01/04 1608 PLACED BY HNL A30
OFF PLA 0104/ 2014/01/04 1558 REMOVED BY HNL HX1-QR
DUP PLA 0104/011 2014/01/04 1554 NO ADD BY RES GXH
ON PLA 0104/011 2014/01/04 1549 PLACED BY TTY MAA
OFF PLA 0104/ 2014/01/04 1514 REMOVED BY HNL HX1-QR
ON PLA 0104/011 2014/01/04 1508 PLACED BY TTY MAA
```

## PTA Action Items

## PTA Fare Items

## PTA Number

## PTA Purchase Items

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 64 of 136

**PTA Remarks**

**PTA Routing**

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 65 of 136

# PNR Data for EEZJFO

## Passenger Names

1CABEBE/ANABEL

## Active Segments

```
HA 0002V 09FEB S HNL LAX HK 01 240P 1000P HRS /E
HA 0001Q 11FEB T LAX HNL HK 01 840A 1225P HRS /E
```

## Ticket Time Limit Items

```
T-08FEB
TE 1737380686027 CABEB/A SYSSYS 1328/08FEB*
TK 1732606615381 CABEB/A LAX54AN 0652/11FEB
```

## Phone

## Passenger Email

## Passenger Address

## Frequent Traveler

```
HA 315927042 NO HA HK TXT
HA 315927042 NO HA HK TXT
HA 149211786 HK HA 1.1
```

## Seats/Boarding Pass

```
HA 0001Q 2014/02/11 LAX HNL HK 19D NH 1.1
HA 0002V 2014/02/09 HNL LAX HK 14E N 1.1
```

## OA Facts

## HA Facts

```
OSI HA CTCP HNL808 841 2881
SSR DOCS HA HK1/DB/███51/F/CABEBE/ANABEL 1.1
SSR SEAT HA DK1 HNL███04V09FEB.40JN
SSR SEAT HA DK1 LAXHNL0001Q11FEB.19DN
SSR SEAT HA DK1 HNLLAX0002V09FEB.14EN
```

## Remarks

```
H-ROBOTAUTO-PROCESS0640/09FEB2014 - SET 2014 FEB 8 03 16
H-PLZ 3OSI HA TKT NBRBY 0640/09FEB2014 CST
H-HA NOW REQUIRES 14 DIGIT TICKET NUMBERS
H-PLZ APPEND ONLY ONE TICKET NUMBER PER LINE
H-KS CHECK-IN FIRST ATTEMPTED AT 09FEB 1219 PM VIA HNL-HNLL2P4K7
```

U.S. Bankruptcy Court - Hawaii #16-90011 Dkt # 16-24 Filed 08/04/16 Page 66 of 136

```
H-FIRST SUCCESSFUL KS CHECK-IN AT 09FEB 1219 PM VIA HNL-HNLL2P4K7
H-ERROR-PAXTIMEOUT
H-AUTH/APV-81295B/IK4777/11FEB
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS NOT SUPPLIED
BAG-01 PSEAT LAXHNL PRC USD 40.00
```

## Received From

```
HDQRMAA080332/DKD54272C46D84/000000218B0480AD A99F51B2-001
HDQAADXGEWB/99G1/12546973
TTY.TTY 2132 2014/02/07 EEZJFO
```

## History

```
A5H H-AUTH/APV-81295B/IK4777/11FEB
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS NOT SUPPLIED
S-LAX LAX 54AN 0852 2014/02/11
AFF HA 149211786 HK HA
R-LAX4AN
S-LAX LAX 54AN 0848 2014/02/11
A5H H-ERROR-PAXTIMEOUT
S-HDQ HDQ 5HXB 1622 2014/02/09
A5H H-FIRST SUCCESSFUL KS CHECK-IN AT 09FEB 1219 PM VIA HNL-HNLL2P4K7
S-HDQ HDQ 5HXB 1619 2014/02/09
A5H H-KS CHECK-IN FIRST ATTEMPTED AT 09FEB 1219 PM VIA HNL-HNLL2P4K7
S-HDQ HDQ 5HXB 1619 2014/02/09
A7 T-08FEB
S-HNL HNL AA8 1328 2014/02/08
A5H H-ROBOTAUTO-PROCESS0640/09FEB2014 - SET 2014 FEB 8 03 16
A5T QQ SSR ADTK AA PLZ 3OSI HA TKT NBRBY 0640/09FEB2014 CST
A5H H-PLZ 3OSI HA TKT NBRBY 0640/09FEB2014 CST
A5T QQ SSR ADTK AA HA NOW REQUIRES 14 DIGIT TICKET NUMBERS
A5H H-HA NOW REQUIRES 14 DIGIT TICKET NUMBERS
A5T QQ SSR ADTK AA PLZ APPEND ONLY ONE TICKET NUMBER PER LINE
A5H H-PLZ APPEND ONLY ONE TICKET NUMBER PER LINE
S-HDQ HDQ 8HXA 0317 2014/02/08
A4S SSR SEAT HA DK1 HNLLAX0002V09FEB.14EN
A4G HA 0002V 2014/02/09 HNL LAX SS 14E N
R-HDQRMAA080337/DKD54272C46D8A/0000000181035408 A9A0A491-001 BPR
S-TTY TTY RMAA 2137 2014/02/07
XS HA 0004V 09FEB S HNL LAX HS HK 01 1030P 600A 10FEB M HRS /E
X4G*HA 0004V 2014/02/09 HNL LAX HK 40J NWRH
AS HA 0002V 09FEB S HNL LAX HS HK 01 240P 1000P /E
R-HDQRMAA080337/DKD54272C46D89/0000000761014733 A9A09F0E-001
S-TTY TTY RMAA 2137 2014/02/07
A4S SSR SEAT HA DK1 LAXHNL0001Q11FEB.19DN
A4G HA 0001Q 2014/02/11 LAX HNL SS 19D NH
R-HDQRMAA080333/DKD54272C46D86/00000002BD028C31 A99F93E8-001 BPR
S-TTY TTY RMAA 2133 2014/02/07
A4S SSR SEAT HA DK1 HNLLAX0004V09FEB.40JN
A4G HA 0004V 2014/02/09 HNL LAX SS 40J NWRH
R-HDQRMAA080333/DKD54272C46D85/000000229E015069 A99F8DE0-001 BPR
S-TTY TTY RMAA 2133 2014/02/07
A4S SSR DOCS HA HK1/DB/███████51/F/CABEBE/ANABEL
R-HDQRMAA080333 A99F62E
S-TTY TTY RMAA 2133 2014/02/07
AFF HA 315927042 NO HA HK TXT
R-HDQRMAA080333 A99F268A-001
S-TTY TTY RMAA 2133 2014/02/07
```

## Stored Fare Items

## Bag Tag Items

```
PSGR#-001 RTE #-0001 HNL 4173280458 BY - LAX 54AN 0649/2014/02/11 STATUS-
```

## Bag Tag Name Items

PSGR#-001 ANABEL CABEBE


**Bag Tag Routing**

RTE #-0001 HA 0001 HNL

BOARDING PASS PRINT RESULT
PSGR#-001 ITN #-002 INF #-N SEQ #-0002 STATUS- ESTA-NOT APPLICABLE
PSGR#-001 ITN #-003 INF #-N SEQ #-0004 STATUS- ESTA-NOT APPLICABLE


**PNR Queue Current**


**PNR Queue History**

OFF PLA 0101/ 2014/02/11 0901 REMOVED BY HNL HX1-QR
ON PLA 0101/011 2014/02/11 0852 PLACED BY LAX 4AN
OFF PLA 0101/ 2014/02/11 0851 REMOVED BY HNL HX1-QR
ON PLA 0101/011 2014/02/11 0848 PLACED BY LAX 4AN
OFF PLA 0101/ 2014/02/09 1623 REMOVED BY HNL HX1-QR
DUP PLA 0101/011 2014/02/09 1622 NO ADD BY HDQ HXB
DUP PLA 0101/011 2014/02/09 1619 NO ADD BY HDQ HXB
ON PLA 0101/011 2014/02/09 1619 PLACED BY HDQ HXB
OFF PLA 0101/ 2014/02/08 1330 REMOVED BY HNL HX1-QR
ON PLA 0101/011 2014/02/08 1328 PLACED BY HNL AA8
OFF PLA 0101/ 2014/02/08 0319 REMOVED BY HNL HX1-QR
ON PLA 0101/011 2014/02/08 0317 PLACED BY HDQ HXA
OFF PLA 0101/ 2014/02/07 2142 REMOVED BY HNL HX1-QR
DUP PLA 0101/011 2014/02/07 2137 NO ADD BY TTY MAA
DUP PLA 0101/011 2014/02/07 2137 NO ADD BY TTY MAA
DUP PLA 0101/011 2014/02/07 2133 NO ADD BY TTY MAA
DUP PLA 0101/011 2014/02/07 2133 NO ADD BY TTY MAA
DUP PLA 0101/011 2014/02/07 2133 NO ADD BY TTY MAA
DUP PLA 0101/011 2014/02/07 2133 NO ADD BY TTY MAA
ON PLA 0101/011 2014/02/07 2132 PLACED BY TTY MAA


**PTA Action Items**


**PTA Fare Items**


**PTA Number**


**PTA Purchase Items**


**PTA Remarks**


**PTA Routing**

# PNR Data for EOLPAL

## Passenger Names

1CABEBE/ANABEL MS

## Active Segments

```
HA 0544B 18FEB T HNL OGG HK 01 500P 537P /E
HA 0515I 18FEB T OGG HNL HK 01 1054P 1126P /E
```

## Ticket Time Limit Items

```
T-18FEB
TE 1737382083869 CABEB/A SYSSYS 1908/18FEB*
TV 1737382083869 *VOID* SYSSYS 1909/18FEB*
TE 1737383230664 CABEB/A SYSSYS 1910/18FEB*
TK 1730615823536 CABEB/A HNL5HXB 1537/18FEB
TK 1730615823700 CABEB/A OGG5HXB 1738/18FEB
```

## Phone

## Passenger Email

## Passenger Address

## Frequent Traveler

HA 315972042 HK HA NN 1.1

## Seats/Boarding Pass

## OA Facts

## HA Facts

```
OSI HA CTCP HNL808 841 2881
SSR DOCS HA HK1/DB/     51/F/CABEBE/ANABEL 1.1
SSR TKNE HA HK1 HNL     44B18FEB.1737382083869C1 1.1
SSR TKNE HA HK1 OGGHNL0515I18FEB.1737382083869C2 1.1
SSR TKNE HA HK1 HNLOGG0544B18FEB.1737383230664C1 1.1
SSR TKNE HA HK1 OGGHNL0515I18FEB.1737383230664C2 1.1
```

## Remarks

```
H-KS CHECK-IN FIRST ATTEMPTED AT 18FEB 0335 PM VIA HNL-HNLL2P3K7
H-AUTH/APV-035749/BA5121/18FEB
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS NOT SUPPLIED
H-01 EXIT ROW USD 10.00
```

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 69 of 136

```
H-PROD 544/18FEBHNL-1.1 1 X F2 -- EXIT ROW CABEBE/ANABEL MS
H-PAID/USD 10.00/18FEB HNL-HNLL2P3K7/1730615823536
H-FIRST SUCCESSFUL KS CHECK-IN AT 18FEB 0337 PM VIA HNL-HNLL2P3K7
H-ERROR-SOFTWARE
H-AUTH/APV-035889/BA5121/18FEB
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS NOT SUPPLIED
H-01 EXIT ROW USD 10.00
H-PROD 515/18FEBOGG-1.1 1 X F2 -- EXIT ROW CABEBE/ANABEL MS
H-PAID/USD 10.00/18FEB OGG-OGGCUSS094/1730615823700
```

**Received From**

```
HDQRMAA190105/DKD54272C17048/0000001E9B03FBB7 56DCD6AF-001
HDQAAEOLOHG/99G1/12546973
TTY.TTY 1905 2014/02/18 EOLPAL
```

**History**

```
AFF HA 315972042 HK HA NN
S-OGG OGG 54V0 0211 2014/02/19
A5H H-AUTH/APV-035889/BA5121/18FEB
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS NOT SUPPLIED
A5H H-01 EXIT ROW USD 10.00
A5H H-PROD 515/18FEBOGG-1.1 1 X F2 -- EXIT ROW CABEBE/ANABEL MS
A5H H-PAID/USD 10.00/18FEB OGG-OGGCUSS094/1730615823700
S-OGG HDQ 5HXB 2138 2014/02/18
A5H H-ERROR-SOFTWARE
S-HDQ HDQ 5HXB 1939 2014/02/18
A5H H-FIRST SUCCESSFUL KS CHECK-IN AT 18FEB 0337 PM VIA HNL-HNLL2P3K7
S-HNL HDQ 5HXB 1937 2014/02/18
A5H H-AUTH/APV-035749/BA5121/18FEB
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS NOT SUPPLIED
A5H H-01 EXIT ROW USD 10.00
A5H H-PROD 544/18FEBHNL-1.1 1 X F2 -- EXIT ROW CABEBE/ANABEL MS
A5H H-PAID/USD 10.00/18FEB HNL-HNLL2P3K7/1730615823536
S-HNL HDQ 5HXB 1937 2014/02/18
A5H H-KS CHECK-IN FIRST ATTEMPTED AT 18FEB 0335 PM VIA HNL-HNLL2P3K7
S-HDQ HDQ 5HXB 1935 2014/02/18
A4S SSR TKNE HA HK1 HNLOGG0544B18FEB.1737383230664C1
A4S SSR TKNE HA HK1 OGGHNL0515I18FEB.1737383230664C2
R-HDQRMAA190110 56E2F650-001
S-TTY TTY RMAA 1910 2014/02/18
X7 T-18FEB
A7 T-18FEB
S-HNL HNL AJY 1910 2014/02/18
A7 TV 1737382083869 *VOID* SYSSYS 1909/18FEB*
S-HNL HNL AAP 1909 2014/02/18
A4S SSR TKNE HA HK1 HNLOGG0544B18FEB.1737382083869C1
A4S SSR TKNE HA HK1 OGGHNL0515I18FEB.1737382083869C2
R-HDQRMAA190108 56DD673B-001
S-TTY TTY RMAA 1908 2014/02/18
A7 T-18FEB
S-HNL HNL AAP 1908 2014/02/18
A4S SSR DOCS HA HK1/DB/███████51/F/CABEBE/ANABEL
R-HDQRMAA190106 56DD29C
S-TTY TTY RMAA 1906 2014/02/18
```

**Stored Fare Items**

**Bag Tag Items**

**Bag Tag Name Items**

```
PSGR#-001 ANABEL MS CABEBE
```

## Bag Tag Routing

```
BOARDING  PASS  PRINT  RESULT
PSGR#-001 ITN #-000  INF #-N SEQ #-0003  STATUS- ESTA-NOT  APPLICABLE
PSGR#-001 ITN #-001  INF #-N SEQ #-0004  STATUS- ESTA-NOT  APPLICABLE
```

## PNR Queue Current

## PNR Queue History

```
OFF PLA 0101/ 2014/02/19 0212 REMOVED BY HNL HX1-QR
ON PLA 0101/011 2014/02/19 0211 PLACED BY OGG 4V0
OFF PLA 0101/ 2014/02/18 2141 REMOVED BY HNL HX1-QR
ON PLA 0101/011 2014/02/18 2138 PLACED BY HDQ HXB
OFF PLA 0101/ 2014/02/18 1941 REMOVED BY HNL HX1-QR
DUP PLA 0101/011 2014/02/18 1939 NO ADD BY HDQ HXB
DUP PLA 0101/011 2014/02/18 1937 NO ADD BY HDQ HXB
DUP PLA 0101/011 2014/02/18 1937 NO ADD BY HDQ HXB
ON PLA 0101/011 2014/02/18 1935 PLACED BY HDQ HXB
OFF PLA 0101/ 2014/02/18 1918 REMOVED BY HNL HX1-QR
DUP PLA 0101/011 2014/02/18 1910 NO ADD BY TTY MAA
DUP PLA 0101/011 2014/02/18 1910 NO ADD BY HNL AJY
DUP PLA 0101/011 2014/02/18 1909 NO ADD BY HNL AAP
DUP PLA 0101/011 2014/02/18 1908 NO ADD BY TTY MAA
ON PLA 0101/011 2014/02/18 1908 PLACED BY HNL AAP
OFF PLA 0101/ 2014/02/18 1908 REMOVED BY HNL HX1-QR
DUP PLA 0101/011 2014/02/18 1906 NO ADD BY TTY MAA
ON PLA 0101/011 2014/02/18 1905 PLACED BY TTY MAA
```

## PTA Action Items

## PTA Fare Items

## PTA Number

## PTA Purchase Items

## PTA Remarks

## PTA Routing

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 71 of 136

# PNR Data for TNZEML

**Passenger Names**

1CABEBE/ANABEL GASMEN

**Active Segments**

```
HA 0148F 23FEB S HNL KOA HK 01 115P 159P /E
HA 0397Q 23FEB S KOA HNL HK 01 919P 1002P /E
```

**Ticket Time Limit Items**

```
T-21FEB
TE 1737384216910 CABEB/A SYSSYS 1952/21FEB*
TK 1730615829736 CABEB/A KOA5HXB 1204/23FEB
```

**Phone**

**Passenger Email**

**Passenger Address**

**Frequent Traveler**

HA 315927042 NO HA HK TXT

**Seats/Boarding Pass**

**OA Facts**

**HA Facts**

```
OSI HA CTCT HNL808 841 2881 A
SSR DOCS HA HK1/DB/     51/F/CABEBE/ANABELGASMEN 1.1
SSR TKNE HA HK1 HNL   48F23FEB.1737384216910C1 1.1
SSR TKNE HA HK1 KOAHNL0397Q23FEB.1737384216910C2 1.1
```

**Remarks**

```
H-REQ SEC FLT PSGR DATA 72 HBD FOR ALL PSGRS
H-ROBOTAUTO-PROCESS2300/21FEB2014 - SET 2014 FEB 20 21 08
H-PLZ 3OSI HA TKT NBRBY 2300/21FEB2014 CST
H-HA NOW REQUIRES 14 DIGIT TICKET NUMBERS
H-PLZ APPEND ONLY ONE TICKET NUMBER PER LINE
H-KS CHECK-IN FIRST ATTEMPTED AT 23FEB 1201 PM VIA HNL-HNLL2P1K8
H-FIRST SUCCESSFUL KS CHECK-IN AT 23FEB 1201 PM VIA HNL-HNLL2P1K8
H-AUTH/APV-005404/BA5121/23FEB
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS NOT SUPPLIED
```

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 72 of 136

```
H-01 PSEAT-ACS USD 10.00
H- 1737384216910
H-PROD 397/23FEBKOA-1.1 1 X F2 -- PSEAT-ACS CABEBE/ANABEL GASMEN
H-PAID/USD 10.00/23FEB HNL-HNLL2P1K8/1730615829736
H-ERROR-PAXCANCEL
```

**Received From**

```
HDQRMAA202059/DKCCAB41C1222F/0000000D40063CF1 4642734A-001
HDQAAFRRLOM/99G1/12546973
TTY.TTY 1459 2014/02/20 TNZEML
```

**History**

```
A5H H-ERROR-PAXCANCEL
S-HDQ HDQ 5HXB 1605 2014/02/23
A5H H-AUTH/APV-005404/BA5121/23FEB
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS NOT SUPPLIED
A5H H-01 PSEAT-ACS USD 10.00
A5H H- 1737384216910
A5H H-PROD 397/23FEBKOA-1.1 1 X F2 -- PSEAT-ACS CABEBE/ANABEL GASMEN
A5H H-PAID/USD 10.00/23FEB HNL-HNLL2P1K8/1730615829736
S-KOA HDQ 5HXB 1604 2014/02/23
A5H H-FIRST SUCCESSFUL KS CHECK-IN AT 23FEB 1201 PM VIA HNL-HNLL2P1K8
S-HDQ HDQ 5HXB 1601 2014/02/23
A5H H-KS CHECK-IN FIRST ATTEMPTED AT 23FEB 1201 PM VIA HNL-HNLL2P1K8
S-HDQ HDQ 5HXB 1601 2014/02/23
A4S SSR TKNE HA HK1 HNLKOA0148F23FEB.1737384216910C1
A4S SSR TKNE HA HK1 KOAHNL0397Q23FEB.1737384216910C2
R-HDQRMAA220152 7EDAB5AF-001
S-TTY TTY RMAA 1952 2014/02/21
A7 T-21FEB
S-HNL HNL A40 1952 2014/02/21
AFF HA 315927042 NO HA HK TXT
R-HDQRMAA220139 7EC82BCF-001
S-TTY TTY RMAA 1939 2014/02/21
A4S SSR DOCS HA HK1/DB/          51/F/CABEBE/ANABELGASMEN
R-HDQRMAA220138 7EC82BC
S-TTY TTY RMAA 1938 2014/02/21
XS HA 0397B 23FEB S KOA HNL HS HK 01 919P 1002P /E
AS HA 0397Q 23FEB S KOA HNL HS HK 01 919P 1002P /E
R-HDQRMAA220127/DKCCAB41C122DF/00000019E8014D1D 7EA701DC-001
S-TTY TTY RMAA 1927 2014/02/21
XS HA 0178F 23FEB S HNL KOA HS HK 01 247P 331P /E
AS HA 0148F 23FEB S HNL KOA HS HK 01 115P 159P /E
R-HDQRMAA220127/DKCCAB41C122DE/000000040B0240EF 7EA6E99C-001
S-TTY TTY RMAA 1927 2014/02/21
XN 1CABEBE/ANABEL
AN 1CABEBE/ANABEL GASMEN
R-HDQRMAA220125 7EA66F1E-001
S-TTY TTY RMAA 1925 2014/02/21
A5T QQ SSR OTHS REQ SEC FLT PSGR DATA 72 HBD FOR ALL PSGRS
A5H H-REQ SEC FLT PSGR DATA 72 HBD FOR ALL PSGRS
A5H H-ROBOTAUTO-PROCESS2300/21FEB2014 - SET 2014 FEB 20 21 08
A5T QQ SSR ADTK AA PLZ 3OSI HA TKT NBRBY 2300/21FEB2014 CST
A5H H-PLZ 3OSI HA TKT NBRBY 2300/21FEB2014 CST
A5T QQ SSR ADTK AA HA NOW REQUIRES 14 DIGIT TICKET NUMBERS
A5H H-HA NOW REQUIRES 14 DIGIT TICKET NUMBERS
A5T QQ SSR ADTK AA PLZ APPEND ONLY ONE TICKET NUMBER PER LINE
A5H H-PLZ APPEND ONLY ONE TICKET NUMBER PER LINE
S-HDQ HDQ 8HXA 2108 2014/02/20
```

**Stored Fare Items**

**Bag Tag Items**

```
PSGR#-002 RTE #-0001 HNL 4173366469 BY - KOA 54DA 1950/2014/02/23 STATUS-
PSGR#-002 RTE #-0001 HNL 4173366470 BY - KOA 54DA 1950/2014/02/23 STATUS-
```

**Bag Tag Name Items**

PSGR#-002 ANABEL GASMEN CABEBE

**Bag Tag Routing**

RTE #-0001 HA 0397 HNL

BOARDING PASS PRINT RESULT
PSGR#-002 ITN #-002 INF #-N SEQ #-0005 STATUS-DHS CLEARED ESTA-NOT APPLICABLE
PSGR#-002 ITN #-003 INF #-N SEQ #-0006 STATUS- ESTA-NOT APPLICABLE

**PNR Queue Current**

**PNR Queue History**

OFF PLA 0103/ 2014/02/23 1612 REMOVED BY HNL HX1-QR
DUP PLA 0103/011 2014/02/23 1605 NO ADD BY HDQ HXB
ON PLA 0103/011 2014/02/23 1604 PLACED BY HDQ HXB
OFF PLA 0103/ 2014/02/23 1602 REMOVED BY HNL HX1-QR
DUP PLA 0103/011 2014/02/23 1601 NO ADD BY HDQ HXB
ON PLA 0103/011 2014/02/23 1601 PLACED BY HDQ HXB
OFF PLA 0103/ 2014/02/21 1955 REMOVED BY HNL HX1-QR
DUP PLA 0103/011 2014/02/21 1952 NO ADD BY TTY MAA
ON PLA 0103/011 2014/02/21 1952 PLACED BY HNL A40
OFF PLA 0103/ 2014/02/21 1943 REMOVED BY HNL HX1-QR
DUP PLA 0103/011 2014/02/21 1939 NO ADD BY TTY MAA
ON PLA 0103/011 2014/02/21 1938 PLACED BY TTY MAA
OFF PLA 0103/ 2014/02/21 1932 REMOVED BY HNL HX1-QR
DUP PLA 0103/011 2014/02/21 1927 NO ADD BY TTY MAA
DUP PLA 0103/011 2014/02/21 1927 NO ADD BY TTY MAA
ON PLA 0103/011 2014/02/21 1925 PLACED BY TTY MAA
OFF UPP 0441/ 2014/02/21 1753 REMOVED BY RES GBU-QZAP
OFF PLA 0103/ 2014/02/20 2109 REMOVED BY HNL HX1-QR
ON PLA 0103/011 2014/02/20 2108 PLACED BY HDQ HXA
ON UPP 0441/011 2014/02/20 2108 PLACED BY HDQ HXA
OFF PLA 0103/ 2014/02/20 1509 REMOVED BY HNL HX1-QR
ON PLA 0103/011 2014/02/20 1459 PLACED BY TTY MAA

**PTA Action Items**

**PTA Fare Items**

**PTA Number**

**PTA Purchase Items**

**PTA Remarks**

**PTA Routing**

# PNR Data for CZSTUV

**Passenger Names**

1CABEBE/ANABEL GASMEN

**Active Segments**

HA 0296N 26FEB W HNL OGG HK 01 1251P 130P HRS /E
HA 0555I 26FEB W OGG HNL HK 01 848P 921P HRS /E

**Ticket Time Limit Items**

T-24FEB
TE 1737384750310 CABEB/A SYSSYS 1938/24FEB*

**Phone**

**Passenger Email**

**Passenger Address**

**Frequent Traveler**

HA 315927042 NO HA HK TXT

**Seats/Boarding Pass**

HA 0296N 2014/02/26 HNL OGG HK 11A NWL 1.1
HA 0555I 2014/02/26 OGG HNL HK 10B NLA 1.1

**OA Facts**

**HA Facts**

OSI HA CTCP HNL808 841 2881
SSR SEAT HA DK1 HNLOGG0296N26FEB.11AN
SSR SEAT HA DK1 OGGHNL0555M26FEB.10BN
SSR SEAT HA DK1 OGGHNL0555I26FEB.10BN
SSR DOCS HA HK1/DB/█████50/F/CABEBE/ANABELGASMEN 1.1

**Remarks**

H-KS CHECK-IN FIRST ATTEMPTED AT 26FEB 1124 AM VIA HNL-HNLL2P1K1
H-FIRST SUCCESSFUL KS CHECK-IN AT 26FEB 1126 AM VIA HNL-HNLL2P1K1

**Received From**

HDQRMAA250008/DKD54272C471B6/0000000A9702CED0 54D8670F-001

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 75 of 136

```
HDQAAJQSDBJ/99G1/12546973
TTY.TTY 1808 2014/02/24 CZSTUV
```

## History

```
A5H H-FIRST SUCCESSFUL KS CHECK-IN AT 26FEB 1126 AM VIA HNL-HNLL2P1K1
S-HDQ HDQ 5HXB 1526 2014/02/26
A5H H-KS CHECK-IN FIRST ATTEMPTED AT 26FEB 1124 AM VIA HNL-HNLL2P1K1
S-HDQ HDQ 5HXB 1524 2014/02/26
A7 T-24FEB
S-HNL HNL AJY 1938 2014/02/24
A4S SSR DOCS HA HK1/DB/        50/F/CABEBE/ANABELGASMEN
R-HDQRMAA250018 54F3F77
S-TTY TTY RMAA 1818 2014/02/24
A4S SSR SEAT HA DK1 OGGHNL0555I26FEB.10BN
A4G HA 0555I 2014/02/26 OGG HNL SS 10B NLA
R-HDQRMAA250018/DKD54272C471C3/000000017D02DC1A 54F3FC74-001 BPR
S-TTY TTY RMAA 1818 2014/02/24
XS HA 0555M 26FEB W OGG HNL HS HK 01 848P 921P HRS /E
X4G*HA 0555M 2014/02/26 OGG HNL HK 10B NLA
AS HA 0555I 26FEB W OGG HNL HS HK 01 848P 921P /E
R-HDQRMAA250018/DKD54272C471C2/0000000ACB021343 54F3EDEE-001
S-TTY TTY RMAA 1818 2014/02/24
A4S SSR SEAT HA DK1 HNLOGG0296N26FEB.11AN
A4S SSR SEAT HA DK1 OGGHNL0555M26FEB.10BN
A4G HA 0296N 2014/02/26 HNL OGG SS 11A NWL
A4G HA 0555M 2014/02/26 OGG HNL SS 10B NLA
R-HDQRMAA250016/DKD54272C471C0/0000001B8C0646FE 54F348E5-001 BPR
S-TTY TTY RMAA 1816 2014/02/24
AFF HA 315927042 NO HA HK TXT
R-HDQRMAA250008 54D8673E-001
S-TTY TTY RMAA 1808 2014/02/24
```

## Stored Fare Items

## Bag Tag Items

## Bag Tag Name Items

```
PSGR#-001 ANABEL GASMEN CABEBE
```

## Bag Tag Routing

```
BOARDING PASS PRINT RESULT
PSGR#-001 ITN #-000 INF #-N SEQ #-0004 STATUS- ESTA-NOT APPLICABLE
PSGR#-001 ITN #-002 INF #-N SEQ #-0005 STATUS- ESTA-NOT APPLICABLE
```

## PNR Queue Current

## PNR Queue History

```
OFF PLA 0104/ 2014/02/26 1528 REMOVED BY HNL HX1-QR
DUP PLA 0104/011 2014/02/26 1526 NO ADD BY HDQ HXB
ON PLA 0104/011 2014/02/26 1524 PLACED BY HDQ HXB
OFF PLA 0104/ 2014/02/24 1940 REMOVED BY HNL HX1-QR
ON PLA 0104/011 2014/02/24 1938 PLACED BY HNL AJY
OFF PLA 0104/ 2014/02/24 1821 REMOVED BY HNL HX1-QR
DUP PLA 0104/011 2014/02/24 1818 NO ADD BY TTY MAA
DUP PLA 0104/011 2014/02/24 1818 NO ADD BY TTY MAA
DUP PLA 0104/011 2014/02/24 1818 NO ADD BY TTY MAA
ON PLA 0104/011 2014/02/24 1816 PLACED BY TTY MAA
OFF PLA 0104/ 2014/02/24 1810 REMOVED BY HNL HX1-QR
DUP PLA 0104/011 2014/02/24 1808 NO ADD BY TTY MAA
```

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 76 of 136

```
ON PLA 0104/011 2014/02/24 1808 PLACED BY TTY MAA
```

**PTA Action Items**

**PTA Fare Items**

**PTA Number**

**PTA Purchase Items**

**PTA Remarks**

**PTA Routing**

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 77 of 136

# PNR Data for TSOVLG

## Passenger Names

1CABEBE/ANABEL GASMEN

## Active Segments

```
HA 0302F 27FEB Q HNL ITO HK 01 235P 326P HRS /E
HA 0241S 27FEB Q ITO HNL HK 01 902P 951P HRS /E
```

## Ticket Time Limit Items

```
T-27FEB
TE 1737385699850 CABEB/A SYSSYS 1557/27FEB*
TK 1730615835702 CABEB/A ITO5HXB 1535/27FEB
```

## Phone

## Passenger Email

## Passenger Address

## Frequent Traveler

HA 315927042 NO HA HK TXT

## Seats/Boarding Pass

```
HA 0302F 2014/02/27 HNL ITO HK 01A NWL 1.1
HA 0241S 2014/02/27 ITO HNL HK 10A NWL 1.1
```

## OA Facts

## HA Facts

```
OSI HA CTCT HNL808 841 2881 A
SSR SEAT HA DK1 HNLITO0302F27FEB.01AN
SSR SEAT HA DK1 ITOHNL0241S27FEB.10AN
SSR DOCS HA HK1/DB/███████51/F/CABEBE/ANABELGASMEN 1.1
```

## Remarks

```
H-REQ SEC FLT PSGR DATA 72 HBD FOR ALL PSGRS
H-ROBOTAUTO-PROCESS2242/27FEB2014 - SET 2014 FEB 26 22 42
H-PLZ 3OSI HA TKT NBRBY 2242/27FEB2014 CST
H-HA NOW REQUIRES 14 DIGIT TICKET NUMBERS
H-PLZ APPEND ONLY ONE TICKET NUMBER PER LINE
H-ERROR-NOTKT OR NOT ASSOC
H-WB CHECK-IN FIRST ATTEMPTED AT 27FEB 1159 AM VIA WWW-0007
H-FIRST SUCCESSFUL WB CHECK-IN AT 27FEB 1159 AM VIA WWW-0007
```

```
H-KS CHECK-IN FIRST ATTEMPTED AT 27FEB 0330 PM VIA ITO-ITOCTRK4
H-ERROR-PAXCANCEL
H-AUTH/APV-035508/BA5121/27FEB
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS NOT SUPPLIED
H-01 PSEAT-ACS USD 10.00
H- 1737385699850
H-PROD 241/27FEBITO-1.1 1 X F2 -- PSEAT-ACS CABEBE/ANABEL GASMEN
H-PAID/USD 10.00/27FEB ITO-ITOCTRK4/1730615835702
H-FIRST SUCCESSFUL KS CHECK-IN AT 27FEB 0335 PM VIA ITO-ITOCTRK4
```

**Received From**

```
HDQRMAA262246/DKCCAB41C22427/00000010EB05CBBB 442C04A4-001
HDQAAMKIQUZ/99G1/12546973
TTY.TTY 1646 2014/02/26 TSOVLG
```

**History**

```
A5H H-FIRST SUCCESSFUL KS CHECK-IN AT 27FEB 0335 PM VIA ITO-ITOCTRK4
S-ITO HDQ 5HXB 1935 2014/02/27
A5H H-AUTH/APV-035508/BA5121/27FEB
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS NOT SUPPLIED
A5H H-01 PSEAT-ACS USD 10.00
A5H H- 1737385699850
A5H H-PROD 241/27FEBITO-1.1 1 X F2 -- PSEAT-ACS CABEBE/ANABEL GASMEN
A5H H-PAID/USD 10.00/27FEB ITO-ITOCTRK4/1730615835702
S-ITO HDQ 5HXB 1935 2014/02/27
A5H H-ERROR-PAXCANCEL
S-ITO HDQ 5HXB 1932 2014/02/27
A5H H-KS CHECK-IN FIRST ATTEMPTED AT 27FEB 0330 PM VIA ITO-ITOCTRK4
S-HDQ HDQ 5HXB 1930 2014/02/27
A5H H-FIRST SUCCESSFUL WB CHECK-IN AT 27FEB 1159 AM VIA WWW-0007
S-HDQ HDQ 5HXY 1559 2014/02/27
A5H H-WB CHECK-IN FIRST ATTEMPTED AT 27FEB 1159 AM VIA WWW-0007
S-HDQ HDQ 5HXY 1559 2014/02/27
A7 T-27FEB
S-HNL HNL A40 1557 2014/02/27
A5H H-ERROR-NOTKT OR NOT ASSOC
S-HDQ HDQ 5HXY 1555 2014/02/27
AFF HA 315927042 NO HA HK TXT
S-TTY TTY RMAA 1545 2014/02/27
A4S SSR DOCS HA HK1/DB/██████51/F/CABEBE/ANABELGASMEN
R-HDQRMAA272145 5661DBC
S-TTY TTY RMAA 1545 2014/02/27
A5T QQ SSR OTHS REQ SEC FLT PSGR DATA 72 HBD FOR ALL PSGRS
A5H H-REQ SEC FLT PSGR DATA 72 HBD FOR ALL PSGRS
A5H H-ROBOTAUTO-PROCESS2242/27FEB2014 - SET 2014 FEB 26 22 42
A5T QQ SSR ADTK AA PLZ 3OSI HA TKT NBRBY 2242/27FEB2014 CST
A5H H-PLZ 3OSI HA TKT NBRBY 2242/27FEB2014 CST
A5T QQ SSR ADTK AA HA NOW REQUIRES 14 DIGIT TICKET NUMBERS
A5H H-HA NOW REQUIRES 14 DIGIT TICKET NUMBERS
A5T QQ SSR ADTK AA PLZ APPEND ONLY ONE TICKET NUMBER PER LINE
A5H H-PLZ APPEND ONLY ONE TICKET NUMBER PER LINE
S-HDQ HDQ 8HXA 2242 2014/02/26
A4S SSR SEAT HA DK1 HNLITO0302F27FEB.01AN
A4S SSR SEAT HA DK1 ITOHNL0241S27FEB.10AN
A4G HA 0302F 2014/02/27 HNL ITO SS 01A NWL
A4G HA 0241S 2014/02/27 ITO HNL SS 10A NWL
R-HDQRMAA262247/DKCCAB41C22428/00000007AC01C996 442C48AB-001 BPR
S-TTY TTY RMAA 1647 2014/02/26
```

**Stored Fare Items**

**Bag Tag Items**

**Bag Tag Name Items**

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 79 of 136

PSGR#-001 ANABEL GASMEN CABEBE

**Bag Tag Routing**

BOARDING PASS PRINT RESULT
PSGR#-001 ITN #-000 INF #-N SEQ #-0003 STATUS- ESTA-NOT APPLICABLE
PSGR#-001 ITN #-001 INF #-N SEQ #-0004 STATUS- ESTA-NOT APPLICABLE

**PNR Queue Current**

**PNR Queue History**

```
OFF PLA 0102/ 2014/02/27 1944 REMOVED BY HNL HX1-QR
DUP PLA 0102/011 2014/02/27 1935 NO ADD BY HDQ HXB
ON PLA 0102/011 2014/02/27 1935 PLACED BY HDQ HXB
OFF PLA 0102/ 2014/02/27 1933 REMOVED BY HNL HX1-QR
DUP PLA 0102/011 2014/02/27 1932 NO ADD BY HDQ HXB
ON PLA 0102/011 2014/02/27 1930 PLACED BY HDQ HXB
OFF PLA 0102/ 2014/02/27 1603 REMOVED BY HNL HX1-QR
DUP PLA 0102/011 2014/02/27 1559 NO ADD BY HDQ HXY
DUP PLA 0102/011 2014/02/27 1559 NO ADD BY HDQ HXY
DUP PLA 0102/011 2014/02/27 1557 NO ADD BY HNL A40
ON PLA 0102/011 2014/02/27 1555 PLACED BY HDQ HXY
OFF PLA 0102/ 2014/02/27 1552 REMOVED BY HNL HX1-QR
DUP PLA 0102/011 2014/02/27 1545 NO ADD BY TTY MAA
ON PLA 0102/011 2014/02/27 1545 PLACED BY TTY MAA
OFF UPP 0441/ 2014/02/27 1216 REMOVED BY RES GBU-QZAP
OFF PLA 0102/ 2014/02/26 2245 REMOVED BY HNL HX1-QR
ON PLA 0102/011 2014/02/26 2242 PLACED BY HDQ HXA
ON UPP 0441/011 2014/02/26 2242 PLACED BY HDQ HXA
OFF PLA 0102/ 2014/02/26 1649 REMOVED BY HNL HX1-QR
DUP PLA 0102/011 2014/02/26 1647 NO ADD BY TTY MAA
ON PLA 0102/011 2014/02/26 1646 PLACED BY TTY MAA
```

**PTA Action Items**

**PTA Fare Items**

**PTA Number**

**PTA Purchase Items**

**PTA Remarks**

**PTA Routing**

U.S. Bankruptcy Court - Hawaii #16-90011 Dkt # 16-24 Filed 08/04/16 Page 80 of 136

# PNR Data for QLBGDA

**Passenger Names**

1CABEBE/ANABEL GASMEN

**Active Segments**

```
HA 0334F 28FEB F HNL OGG HK 01 322P 359P HRS /E
HA 0125B 28FEB F OGG HNL HK 01 814P 847P HRS /E
```

**Ticket Time Limit Items**

```
T-27FEB
TE 1737385699859 CABEB/A SYSSYS 1603/27FEB*
```

**Phone**

**Passenger Email**

**Passenger Address**

**Frequent Traveler**

**Seats/Boarding Pass**

```
HA 0334F 2014/02/28 HNL OGG HK 02F NWR 1.1
HA 0125B 2014/02/28 OGG HNL HK 24B NLA 1.1
```

**OA Facts**

**HA Facts**

```
SSR DOCS HA HK1/DB/████51/F/GASMEN/ANABELCABEBE 1.1
OSI HA CTCT HNL808    881 A
SSR SEAT HA DK1 HNLOGG0334F28FEB.02FN
SSR SEAT HA DK1 OGGHNL0125B28FEB.24BN
SSR TKNE HA HK1 HNLOGG0334F28FEB.1737385699859C1 1.1
SSR TKNE HA HK1 OGGHNL0125B28FEB.1737385699859C2 1.1
```

**Remarks**

```
H-KS CHECK-IN FIRST ATTEMPTED AT 28FEB 1022 AM VIA HNL-HNLL2P1K1
H-ERROR-PAXCANCEL
H-FIRST SUCCESSFUL KS CHECK-IN AT 28FEB 1026 AM VIA HNL-HNLL2P1K1
H-ERROR-PAXTIMEOUT
```

**Received From**

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 81 of 136

```
HDQRMAA272150/DKCCAB41C12485/000000133B027A18 5675A03A-001
HDQAARIUPWO/99G1/12546973
TTY.TTY 1550 2014/02/27 QLBGDA
```

## History

```
A5H H-ERROR-PAXTIMEOUT
S-HDQ HDQ 5HXB 1427 2014/02/28
A5H H-FIRST SUCCESSFUL KS CHECK-IN AT 28FEB 1026 AM VIA HNL-HNLL2P1K1
S-HDQ HDQ 5HXB 1426 2014/02/28
A5H H-ERROR-PAXCANCEL
S-HDQ HDQ 5HXB 1424 2014/02/28
A5H H-KS CHECK-IN FIRST ATTEMPTED AT 28FEB 1022 AM VIA HNL-HNLL2P1K1
S-HDQ HDQ 5HXB 1422 2014/02/28
A4S SSR TKNE HA HK1 HNLOGG0334F28FEB.1737385699859C1
A4S SSR TKNE HA HK1 OGGHNL0125B28FEB.1737385699859C2
R-HDQRMAA272203 56A9D857-001
S-TTY TTY RMAA 1603 2014/02/27
A7 T-27FEB
S-HNL HNL AJY 1603 2014/02/27
XN 1GASMEN/ANABEL CABEBE
XFF HA 315927042 NO HA HK TXT
AN 1CABEBE/ANABEL GASMEN
R-HDQRMAA272202 56B10836-001
S-TTY TTY RMAA 1602 2014/02/27
A4S SSR SEAT HA DK1 OGGHNL0125B28FEB.24BN
A4G HA 0125B 2014/02/28 OGG HNL SS 24B NLA
R-HDQRMAA272152/DKCCAB41C12488/0000001454041EBD 568A3F7A-001 BPR
S-TTY TTY RMAA 1552 2014/02/27
A4S SSR SEAT HA DK1 HNLOGG0334F28FEB.02FN
A4G HA 0334F 2014/02/28 HNL OGG SS 02F NWR
R-HDQRMAA272152/DKCCAB41C12487/00000015EB06CF06 568A21E8-001 BPR
S-TTY TTY RMAA 1552 2014/02/27
XS HA 0226W 28FEB F HNL OGG HS HK 01 248P 327P /E
AS HA 0334F 28FEB F HNL OGG HS HK 01 322P 359P /E
R-HDQRMAA272152/DKCCAB41C12486/00000014BA03D40C 567688D2-001
S-TTY TTY RMAA 1552 2014/02/27
```

## Stored Fare Items

## Bag Tag Items

## Bag Tag Name Items

```
PSGR#-002 ANABEL GASMEN CABEBE
```

## Bag Tag Routing

```
BOARDING PASS PRINT RESULT
PSGR#-001 ITN #-001 INF #-N SEQ #-0002 STATUS- ESTA-NOT APPLICABLE
PSGR#-001 ITN #-002 INF #-N SEQ #-0003 STATUS- ESTA-NOT APPLICABLE
PSGR#-002 ITN #-001 INF #-N SEQ #-0004 STATUS- ESTA-NOT APPLICABLE
PSGR#-002 ITN #-002 INF #-N SEQ #-0005 STATUS- ESTA-NOT APPLICABLE
```

## PNR Queue Current

## PNR Queue History

```
OFF PLA 0101/ 2014/02/28 1433 REMOVED BY HNL HX1-QR
DUP PLA 0101/011 2014/02/28 1427 NO ADD BY HDQ HXB
DUP PLA 0101/011 2014/02/28 1426 NO ADD BY HDQ HXB
ON PLA 0101/011 2014/02/28 1424 PLACED BY HDQ HXB
OFF PLA 0101/ 2014/02/28 1423 REMOVED BY HNL HX1-QR
```

U.S. Bankruptcy Court - Hawaii  #16-90011   Dkt # 16-24   Filed  08/04/16   Page 82 of 136

```
ON  PLA 0101/011 2014/02/28 1422 PLACED BY HDQ HXB
OFF PLA 0101/ 2014/02/27 1612 REMOVED BY HNL HX1-QR
DUP PLA 0101/011 2014/02/27 1603 NO ADD BY TTY MAA
DUP PLA 0101/011 2014/02/27 1603 NO ADD BY HNL AJY
ON  PLA 0101/011 2014/02/27 1602 PLACED BY TTY MAA
OFF PLA 0101/ 2014/02/27 1601 REMOVED BY HNL HX1-QR
DUP PLA 0101/011 2014/02/27 1552 NO ADD BY TTY MAA
DUP PLA 0101/011 2014/02/27 1552 NO ADD BY TTY MAA
ON  PLA 0101/011 2014/02/27 1552 PLACED BY TTY MAA
OFF PLA 0101/ 2014/02/27 1551 REMOVED BY HNL HX1-QR
ON  PLA 0101/011 2014/02/27 1550 PLACED BY TTY MAA
```

**PTA Action Items**

**PTA Fare Items**

**PTA Number**

**PTA Purchase Items**

**PTA Remarks**

**PTA Routing**

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 83 of 136

# PNR Data for WYFOLK

## Passenger Names

1CABEBE/ANABEL

## Active Segments

HA 0555U 04MAR T OGG HNL HK 01 848P 921P /E
HA 0216A 04MAR T HNL OGG YG 01 134P 213P /E

## Ticket Time Limit Items

T-02MAR-UPP4GC3
TK 1730615839715  CABEB/A UPP4GC3 1613/02MAR
TE 1732145639584  CABEB/A UPP4GC3 1613/02MAR
TE 1732145639585  CABEB/A UPP4GC3 1614/02MAR
TK 1730615841758  CABEB/A HNL5HXB 0934/04MAR
TK 1730615842246  CABEB/A OGG5HXB 1414/04MAR

## Phone

UPP808-484-0731-B
ITO1-808-277-4161-C ANABEL/ALL LOCS

## Passenger Email

$ANABELCABEBE==REALTOR@YAHOO.COM$
$ANABELCABEBEREALTOR@YAHOO.COM$

## Passenger Address

ANABEL G CABEBE
98-524 KAIMULU LOOP
AIEA, HI
96701

## Frequent Traveler

HA 195025080 HK HA NN 1.1

## Seats/Boarding Pass

## OA Facts

## HA Facts

SSR DOCS HA HK1/DB/█████1951/F/CABEBE/ANABEL 1.1
SSR TKNE HA HK1 OGG      55U04MAR/1732145639585C1 1.1

## Remarks

-TBM*XXXXXXXXXXXXXX5121$XXXXX
-ANABEL G CABEBE
-TBM*XXXXXXXXXXXXXX5121$XXXXX
-ANABEL CABEBE
H-HM***********ADDITIONAL CHARGES**************03/02/14

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 84 of 136

```
H-HM**5.00 TTL
H-HM****************************************************
H-HM*******************************************03/02/14
H-HM**E-AWARD INTERISLAND COACH S-SAVER
H-HM 7500MILES
H-HM**XXXXXXXXXXXXX7992/UHM26IR1/HMII/HM195025080
H-HM** 1 166U 04MAR T HNLOGG SS1 155P 234P /E
H-HM****************************************************
H-HM****************************************************
H-HM*******************************************03/02/14
H-HM**E-AWARD INTERISLAND COACH S-SAVER
H-HM 7500MILES
H-HM**XXXXXXXXXXXXX8003/UHM26IR1/HMII/HM195025080
H-HM** 2 555U 04MAR T OGGHNL SS1 848P 921P /E
H-HM****************************************************
H-02MAR HADV ANABEL 15000MILES TB REDEEMED FR HM195025080/
H-5USD TTL AY TAX/ 25USD TKT FEE/ AL RESTRCS/ GC3
H-AUTH/APV-015317/BA5121/02MAR
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS-Z/ZIP/POSTAL MATCH / ADDRESS FAIL
H-01 RES TKT USD 25.00
H-AUTH/APV-015327/BA5121/02MAR
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS-Z/ZIP/POSTAL MATCH / ADDRESS FAIL
XXAUTH/015438
H-AUTH/APV-015438/BA5121/02MAR
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS-Z/ZIP/POSTAL MATCH / ADDRESS FAIL
H- 03MAR TKTD PNR.QR HSC21.HMSC-GW
H-KS CHECK-IN FIRST ATTEMPTED AT 04MAR 0930 AM VIA HNL-HNLL2P1K7
H-AUTH/APV-035407/BA5121/04MAR
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS-Z/ZIP/POSTAL MATCH / ADDRESS FAIL
H-01 PSEAT-ACS USD 10.00
H-PROD 166/4MARHNL-1.1 1 X F2 -- PSEAT-ACS CABEBE/ANABEL
H-PAID/USD 10.00/4MAR HNL-HNLL2P1K7/1730615841758
H-FIRST SUCCESSFUL KS CHECK-IN AT 04MAR 0934 AM VIA HNL-HNLL2P1K7
H-ERROR-PAXTIMEOUT
H-AUTH/APV-015427/BA5121/04MAR
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS-Z/ZIP/POSTAL MATCH / ADDRESS FAIL
H-01 PSEAT-ACS USD 10.00
H-PROD 555/4MAROGG-1.1 1 X F2 -- PSEAT-ACS CABEBE/ANABEL
H-PAID/USD 10.00/4MAR OGG-OGGCUSS106/1730615842246
```

**Received From**

```
ANABEL
UPP.RES4GC3 2005 2014/03/02 WYFOLK
```

**History**

```
A5H H-AUTH/APV-015427/BA5121/04MAR
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS-Z/ZIP/POSTAL MATCH / ADDRESS FAIL
A5H H-01 PSEAT-ACS USD 10.00
A5H H-PROD 555/4MAROGG-1.1 1 X F2 -- PSEAT-ACS CABEBE/ANABEL
A5H H-PAID/USD 10.00/4MAR OGG-OGGCUSS106/1730615842246
S-OGG HDQ 5HXB 1814 2014/03/04
XS HA 0166U 04MAR T HNL OGG NN HK 01 155P 234P /E
XS HA 0216U 04MAR T HNL OGG DS DS 01 134P 213P /E
X4S*SSR TKNE HA HK1 HNLOGG0166U04MAR/1732145639584C1
AS HA 0216A 04MAR T HNL OGG YG YG 01 134P 213P /E
R-PDCHAHNL
S-HNL HNL 5 PD 1732 2014/03/04
AS HA 0216U 04MAR T HNL OGG DS DS 01 134P 213P /E
R-HNL54FG
S-HNL HNL 54FG 1715 2014/03/04
A5H H-ERROR-PAXTIMEOUT
S-HNL HDQ 5HXB 1336 2014/03/04
A5H H-FIRST SUCCESSFUL KS CHECK-IN AT 04MAR 0934 AM VIA HNL-HNLL2P1K7
S-HNL HDQ 5HXB 1334 2014/03/04
A5H H-AUTH/APV-035407/BA5121/04MAR
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS-Z/ZIP/POSTAL MATCH / ADDRESS FAIL
A5H H-01 PSEAT-ACS USD 10.00
A5H H-PROD 166/4MARHNL-1.1 1 X F2 -- PSEAT-ACS CABEBE/ANABEL
```

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed 08/04/16  Page 85 of 136

```
A5H H-PAID/USD 10.00/4MAR HNL-HNLL2P1K7/1730615841758
S-HNL HDQ 5HXB 1334 2014/03/04
A5H H-KS CHECK-IN FIRST ATTEMPTED AT 04MAR 0930 AM VIA HNL-HNLL2P1K7
S-HDQ HDQ 5HXB 1330 2014/03/04
A5H H- 03MAR TKTD PNR.QR HSC21.HMSC-GW
S-UPP RES 4GGW 2132 2014/03/03
AEM EM$P
R-ANABEL
S-UPP RES 4GC3 2051 2014/03/02
A5H H-AUTH/APV-015438/BA5121/02MAR
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS-Z/ZIP/POSTAL MATCH / ADDRESS FAIL
A4S SSR TKNE HA HK1 OGGHNL0555U04MAR/1732145639585C1
X7 T-02MAR-UPP4GC3
A7 T-02MAR-UPP4GC3
AT W$PQ2$VCR$NP$F*XXXXXXXXXXXXXXX5121/XXXX$EDHM195025080/CT45858003$OVT
S-UPP RES 4GC3 2014 2014/03/02
A5H H-AUTH/APV-015317/BA5121/02MAR
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS-Z/ZIP/POSTAL MATCH / ADDRESS FAIL
A5H H-01 RES TKT USD 25.00
A5H H-AUTH/APV-015327/BA5121/02MAR
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS-Z/ZIP/POSTAL MATCH / ADDRESS FAIL
A4S SSR TKNE HA HK1 HNLOGG0166U04MAR/1732145639584C1
X7 T-EAWARD
A7 T-02MAR-UPP4GC3
AT W$PQ1$VCR$NP$F*XXXXXXXXXXXXXXX5121/XXXX$EDHM195025080/CT45857992$OVT
S-UPP RES 4GC3 2013 2014/03/02
A9 ITO1-808-277-4161-C ANABEL/ALL LOCS
AW N/ANABEL G CABEBE
AW A/98-524 KAIMULU LOOP
AW C/AIEA, HI
AW Z/96701
A5F -TBM*XXXXXXXXXXXXXXX5121$XXXXX
A5F -ANABEL G CABEBE
A5F -TBM*XXXXXXXXXXXXXXX5121$XXXXX
A5F -ANABEL CABEBE
A5H H-HM***********ADDITIONAL CHARGES**************03/02/14
A5H H-HM**5.00 TTL
A5H H-HM*****************************************************
A5H H-HM**************************************************03/02/14
A5H H-HM**E-AWARD INTERISLAND COACH S-SAVER
A5H H-HM 7500MILES
A5H H-HM**XXXXXXXXXXXXXX7992/UHM26IR1/HMII/HM195025080
A5H H-HM** 1 166U 04MAR T HNLOGG SS1 155P 234P /E
A5H H-HM*****************************************************
A5H H-HM*****************************************************
A5H H-HM**************************************************03/02/14
A5H H-HM**E-AWARD INTERISLAND COACH S-SAVER
A5H H-HM 7500MILES
A5H H-HM**XXXXXXXXXXXXXX8003/UHM26IR1/HMII/HM195025080
A5H H-HM** 2 555U 04MAR T OGGHNL SS1 848P 921P /E
A5H H-HM*****************************************************
A5H H-02MAR HADV ANABEL 15000MILES TB REDEEMED FR HM195025080/
A5H H-5USD TTL AY TAX/ 25USD TKT FEE/ AL RESTRCS/ GC3
A4S SSR DOCS HA HK1/DB/█████1951/F/CABEBE/ANABEL
X7 T-E-AWARD
A7 T-EAWARD
APE E $ANABELCABEBE
R-ANABEL
S-UPP RES 4GC3 2012 2014/03/02
```

**Stored Fare Items**

```
PRICE QUOTE RECORD - DETAILS
PQ 1 VALIDATING CARRIER SPECIFIED - HA
BASE FARE EQUIV AMT TAXES TOTAL
USD0.00 2.50AY USD2.50 MDP
MDP-01 UHM26IR1/HMII
HNL HA OGG0.00USD0.00END
HA ONLY/NONREF/FEE TO CHG
01 O HNLOGG HA 166 U 04MAR 155P UHM26IR1/HMII 01MAR NIN
UPP RES 4GC3 2005 /02MAR STATUS-INACTIVE EXP- /27JAN PRICE-SYS
PRICE QUOTE RECORD - DETAILS
PQ 2 VALIDATING CARRIER SPECIFIED - HA
BASE FARE EQUIV AMT TAXES TOTAL
USD0.00 2.50AY USD2.50 MBT
MBT-01 UHM26IR1/HMII
```

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 86 of 136

```
OGG HA HNL0.00USD0.00END
HA ONLY/NONREF/FEE TO CHG
01 O OGGHNL HA 555 U 04MAR 848P UHM26IR1/HMII 01MAR NIN
UPP RES 4GC3 2005 /02MAR STATUS-ACTIVE EXP- /27JAN PRICE-SYS
PRICE QUOTE RECORD - HISTORY DETAILS
PQH 1 VALIDATING CARRIER SPECIFIED - HA
BASE FARE EQUIV AMT TAXES TOTAL
USD0.00 2.50AY USD2.50 MBT
MBT-01 UHM26IR1/HMII
OGG HA HNL0.00USD0.00END
HA ONLY/NONREF/FEE TO CHG
01 O OGGHNL HA 555 U 04MAR 848P UHM26IR1/HMII 04MAR04MAR NIN
UPP RES 4GC3 2005 /02MAR STATUS-HISTORY EXP- /27JAN PRICE-SYS
PRICE QUOTE RECORD - HISTORY DETAILS
PQH 2 VALIDATING CARRIER SPECIFIED - HA
BASE FARE EQUIV AMT TAXES TOTAL
USD0.00 2.50AY USD2.50 MDP
MDP-01 UHM26IR1/HMII
HNL HA OGG0.00USD0.00END
HA ONLY/NONREF/FEE TO CHG
01 O HNLOGG HA 166 U 04MAR 155P UHM26IR1/HMII 04MAR04MAR NIN
UPP RES 4GC3 2005 /02MAR STATUS-HISTORY EXP- /27JAN PRICE-SYS
```

**Bag Tag Items**


**Bag Tag Name Items**

```
PSGR#-001 ANABEL CABEBE
```

**Bag Tag Routing**

```
BOARDING PASS PRINT RESULT
PSGR#-001 ITN #-001 INF #-N SEQ #-0004 STATUS- ESTA-NOT APPLICABLE
PSGR#-001 ITN #-002 INF #-N SEQ #-0003 STATUS- ESTA-NOT APPLICABLE
```

**PNR Queue Current**

```
ON RES 0271/011 2014/03/02 2019 PLACED BY RES GC3
ON RES 0275/011 2014/03/02 2019 PLACED BY RES GC3
```

**PNR Queue History**

```
OFF PLA 0102/ 2014/03/04 1824 REMOVED BY HNL HX1-QR
ON PLA 0102/011 2014/03/04 1814 PLACED BY HDQ HXB
OFF PLA 0102/ 2014/03/04 1741 REMOVED BY HNL HX1-QR
ON PLA 0102/011 2014/03/04 1732 PLACED BY HNL PD
OFF PLA 0102/ 2014/03/04 1719 REMOVED BY HNL HX1-QR
ON PLA 0102/011 2014/03/04 1715 PLACED BY HNL 4FG
OFF PLA 0102/ 2014/03/04 1340 REMOVED BY HNL HX1-QR
DUP PLA 0102/011 2014/03/04 1336 NO ADD BY HDQ HXB
DUP PLA 0102/011 2014/03/04 1334 NO ADD BY HDQ HXB
DUP PLA 0102/011 2014/03/04 1334 NO ADD BY HDQ HXB
ON PLA 0102/011 2014/03/04 1330 PLACED BY HDQ HXB
OFF PLA 0102/ 2014/03/03 2133 REMOVED BY HNL HX1-QR
OFF HSC 0021/ 2014/03/03 2132 REMOVED BY RES GGW-QR
ON PLA 0102/011 2014/03/03 2132 PLACED BY RES GGW
OFF PLA 0102/ 2014/03/02 2052 REMOVED BY HNL HX1-QR
ON PLA 0102/011 2014/03/02 2051 PLACED BY RES GC3
OFF PLA 0102/ 2014/03/02 2019 REMOVED BY HNL HX1-QR
ON RES 0271/011 2014/03/02 2019 PLACED BY RES GC3
ON RES 0275/011 2014/03/02 2019 PLACED BY RES GC3
OFF FFW 0200/ 2014/03/02 2017 REMOVED BY HNL HW8-QR
OFF FFW 0201/ 2014/03/02 2017 REMOVED BY HNL HW8-QR
ON HSC 0021/011 2014/03/02 2017 PLACED BY RES GC3
ON FFW 0201/011 2014/03/02 2017 PLACED BY RES GC3
ON FFW 0200/011 2014/03/02 2017 PLACED BY RES GC3
DUP PLA 0102/011 2014/03/02 2014 NO ADD BY RES GC3
DUP PLA 0102/011 2014/03/02 2014 NO ADD BY RES GC3
DUP PLA 0102/011 2014/03/02 2013 NO ADD BY RES GC3
```

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 87 of 136

```
ON PLA 0102/011 2014/03/02 2012 PLACED BY RES GC3
OFF PLA 0102/ 2014/03/02 2009 REMOVED BY HNL HX1-QR
ON PLA 0102/011 2014/03/02 2005 PLACED BY RES GC3
```

**PTA Action Items**

**PTA Fare Items**

**PTA Number**

**PTA Purchase Items**

**PTA Remarks**

**PTA Routing**

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 88 of 136

# PNR Data for GMVNWY

## Passenger Names

1CABEBE/ANABEL GASMEN

## Active Segments

```
HA 0148C 07MAR F HNL KOA HK 01 115P 159P HRS /E
HA 0307S 07MAR F KOA HNL HK 01 805P 848P HRS /E
```

## Ticket Time Limit Items

```
T-05MAR
TE 1737387323029 CABEB/A SYSSYS 1855/05MAR*
TK 1730615846664 CABEB/A KOA5HXB 1433/07MAR
```

## Phone

## Passenger Email

## Passenger Address

## Frequent Traveler

HA 315927042 NO HA HK TXT

## Seats/Boarding Pass

```
HA 0148C 2014/03/07 HNL KOA HK 02A NWL 1.1
HA 0307S 2014/03/07 KOA HNL HK 20F NWR 1.1
```

## OA Facts

## HA Facts

```
OSI HA CTCP HNL808 841 2881
SSR SEAT HA DK1 HNLKOA0148C07MAR.02AN
SSR SEAT HA DK1 KOAHNL0307S07MAR.20FN
SSR DOCS HA HK1/DB/████55/F/CABEBE/ANABELGASMEN 1.1
```

## Remarks

```
H-KS CHECK-IN FIRST ATTEMPTED AT 06MAR 0321 PM VIA HNL-HNLL2P1K7
H-FIRST SUCCESSFUL KS CHECK-IN AT 06MAR 0322 PM VIA HNL-HNLL2P1K7
H-ERROR-PAXCANCEL
H-AUTH/APV-035333/BA5121/07MAR
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS NOT SUPPLIED
H-01 PSEAT-ACS USD 10.00
H- 1737387323029
```

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 89 of 136

```
H-PROD 307/7MARKOA-1.1 1 X F2 -- PSEAT-ACS CABEBE/ANABEL GASMEN
H-PAID/USD 10.00/7MAR KOA-KOACRBK1/1730615846664
```

**Received From**

```
HDQRMAA060004/DKD54272C17548/00000021D90515E5 55F6B0D6-001
HDQAAGMVMCM/99G1/12546973
TTY.TTY 1804 2014/03/05 GMVNWY
```

**History**

```
A5H H-AUTH/APV-035333/BA5121/07MAR
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS NOT SUPPLIED
A5H H-01 PSEAT-ACS USD 10.00
A5H H- 1737387323029
A5H H-PROD 307/7MARKOA-1.1 1 X F2 -- PSEAT-ACS CABEBE/ANABEL GASMEN
A5H H-PAID/USD 10.00/7MAR KOA-KOACRBK1/1730615846664
S-KOA HDQ 5HXB 1833 2014/03/07
A5H H-ERROR-PAXCANCEL
S-HDQ HDQ 5HXB 1618 2014/03/07
A5H H-FIRST SUCCESSFUL KS CHECK-IN AT 06MAR 0322 PM VIA HNL-HNLL2P1K7
S-HDQ HDQ 5HXB 1922 2014/03/06
A5H H-KS CHECK-IN FIRST ATTEMPTED AT 06MAR 0321 PM VIA HNL-HNLL2P1K7
S-HDQ HDQ 5HXB 1921 2014/03/06
A7 T-05MAR
S-HNL HNL A40 1855 2014/03/05
A4S SSR DOCS HA HK1/DB/███████55/F/CABEBE/ANABELGASMEN
R-HDQRMAA060028 563E33A
S-TTY TTY RMAA 1828 2014/03/05
AFF HA 315927042 NO HA HK TXT
R-HDQRMAA060027 563E12F6-001
S-TTY TTY RMAA 1827 2014/03/05
A4S SSR SEAT HA DK1 KOAHNL0307S07MAR.20FN
A4G HA 0307S 2014/03/07 KOA HNL SS 20F NWR
R-HDQRMAA060019/DKD54272C1754B/000000192303A347 5627A9D9-001 BPR
S-TTY TTY RMAA 1819 2014/03/05
A4S SSR SEAT HA DK1 HNLKOA0148C07MAR.02AN
A4G HA 0148C 2014/03/07 HNL KOA SS 02A NWL
R-HDQRMAA060019/DKD54272C1754A/00000022540299A5 5627A6D1-001 BPR
S-TTY TTY RMAA 1819 2014/03/05
XN 1CABEBE/ANABELL GASMEN
AN 1CABEBE/ANABEL GASMEN
R-HDQRMAA060019 5626B4A1-001
S-TTY TTY RMAA 1819 2014/03/05
```

**Stored Fare Items**

**Bag Tag Items**

**Bag Tag Name Items**

```
PSGR#-002 ANABEL GASMEN CABEBE
```

**Bag Tag Routing**

```
BOARDING PASS PRINT RESULT
PSGR#-001 ITN #-000 INF #-N SEQ #-0001 STATUS-DHS ERROR ESTA-NOT APPLICABLE
PSGR#-001 ITN #-001 INF #-N SEQ #-0002 STATUS-DHS ERROR ESTA-NOT APPLICABLE
PSGR#-002 ITN #-000 INF #-N SEQ #-0003 STATUS- ESTA-NOT APPLICABLE
PSGR#-002 ITN #-001 INF #-N SEQ #-0004 STATUS- ESTA-NOT APPLICABLE
```

**PNR Queue Current**

## PNR Queue History

```
OFF PLA 0104/  2014/03/07 1837 REMOVED BY HNL HX1-QR
ON  PLA 0104/011 2014/03/07 1833 PLACED  BY HDQ HXB
OFF PLA 0104/  2014/03/07 1625 REMOVED BY HNL HX1-QR
ON  PLA 0104/011 2014/03/07 1618 PLACED  BY HDQ HXB
OFF PLA 0104/  2014/03/06 1932 REMOVED BY HNL HX1-QR
ON  PLA 0104/011 2014/03/06 1922 PLACED  BY HDQ HXB
OFF PLA 0104/  2014/03/06 1922 REMOVED BY HNL HX1-QR
ON  PLA 0104/011 2014/03/06 1921 PLACED  BY HDQ HXB
OFF PLA 0104/  2014/03/05 1903 REMOVED BY HNL HX1-QR
ON  PLA 0104/011 2014/03/05 1855 PLACED  BY HNL A40
OFF PLA 0104/  2014/03/05 1830 REMOVED BY HNL HX1-QR
DUP PLA 0104/011 2014/03/05 1828 NO ADD  BY TTY MAA
ON  PLA 0104/011 2014/03/05 1827 PLACED  BY TTY MAA
OFF PLA 0104/  2014/03/05 1820 REMOVED BY HNL HX1-QR
DUP PLA 0104/011 2014/03/05 1819 NO ADD  BY TTY MAA
ON  PLA 0104/011 2014/03/05 1819 PLACED  BY TTY MAA
OFF PLA 0104/  2014/03/05 1808 REMOVED BY HNL HX1-QR
ON  PLA 0104/011 2014/03/05 1804 PLACED  BY TTY MAA
```

## PTA Action Items

## PTA Fare Items

## PTA Number

## PTA Purchase Items

## PTA Remarks

## PTA Routing

# PNR Data for TFEJFY

## Passenger Names

1CABEBE/ANABEL GASMEN

## Active Segments

```
HA 0008A 08MAR J HNL LAS HK 01 1035P 705A 09MAR S /E
HA 0017B 11MAR T LAS HNL HK 01 145A 505A HRS /E
```

## Ticket Time Limit Items

```
T-01MAR
TE 1737385770695 CABEB/A SYSSYS 2237/27FEB*
TV 1737385770695 *VOID* SYSSYS 2239/28FEB*
TE 1737386144571 CABEB/A SYSSYS 0035/01MAR*
TK 1730615848162 CABEB/A HNL54ZZ 2110/08MAR
TK 1730615850208 CABEB/A HDQ5HXY 1948/10MAR
```

## Phone

## Passenger Email

## Passenger Address

## Frequent Traveler

HA 315927042 NO HA HK TXT

## Seats/Boarding Pass

HA 0017B 2014/03/11 LAS HNL HK 45C NHA 1.1

## OA Facts

## HA Facts

```
OSI HA CTCP HNL808 841 281
SSR DOCS HA HK1/DB/      55/F/CABEBE/ANABELGASMEN 1.1
SSR SEAT HA DK3 HNL    08K08MAR.29CN29DN29EN
SSR TKNE HA HK1 HNLLAS0008A08MAR/1737386144571C1 1.1
```

## Remarks

```
DIVIDED/TTY.PLT 1702/28FEB14 IKFQGT
H-SPLIT TO/170205/28FEB14 IKFQGT 04/04 03/03 CABEBE/ANABEL
H-KS CHECK-IN FIRST ATTEMPTED AT 08MAR 0138 PM VIA HNL-HNLL2P1K7
H-ERROR-PAXCANCEL
H-FIRST SUCCESSFUL KS CHECK-IN AT 08MAR 0145 PM VIA HNL-HNLL2P1K7
DIVIDED/HNL54ZZ 0106/09MAR14 SLUDDD
```

```
H-SPLIT FR/010659/09MAR14 SLUDDD 03/03 01/01 CABEBE/ANABEL
H-AUTH/APV-015004/BA5121/09MAR
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS NOT SUPPLIED
H-01 UPGRADE USD 349.00
H-WB CHECK-IN FIRST ATTEMPTED AT 10MAR 0238 PM VIA WWW-0001
H-AUTH/APV-045817/BA5121/10MAR
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS NOT SUPPLIED
H-01 PSEAT-ACS USD 40.00
H-PROD 17/11MARLAS-1.1 1 X F2 -- PSEAT-ACS CABEBE/ANABEL GASMEN
H-PAID/USD 40.00/10MAR WWW-0001/1730615850208
H-PROD 17/11MARLAS-1.1 1 X E1 -- 1ST BAG CABEBE/ANABEL GASMEN
H-PROD 17/11MARLAS-1.1 1 X E2 -- 2ND BAG CABEBE/ANABEL GASMEN
```

## Received From

```
HDQRMAA280325/DKD54272C1736D/0000002360037194 3AE8E1F9-001
HDQAAMCGAWD/99G1/12546973
TTY.TTY 2125 2014/02/27 TFEJFY
```

## History

```
A5H H-PROD 17/11MARLAS-1.1 1 X E1 -- 1ST BAG CABEBE/ANABEL GASMEN
A5H H-PROD 17/11MARLAS-1.1 1 X E2 -- 2ND BAG CABEBE/ANABEL GASMEN
S-HDQ HDQ 5HXB 0133 2014/03/11
A5H H-AUTH/APV-045817/BA5121/10MAR
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS NOT SUPPLIED
A5H H-01 PSEAT-ACS USD 40.00
A5H H-PROD 17/11MARLAS-1.1 1 X F2 -- PSEAT-ACS CABEBE/ANABEL GASMEN
A5H H-PAID/USD 40.00/10MAR WWW-0001/1730615850208
S-HDQ HDQ 5HXY 1948 2014/03/10
A5H H-WB CHECK-IN FIRST ATTEMPTED AT 10MAR 0238 PM VIA WWW-0001
S-HDQ HDQ 5HXY 1938 2014/03/10
A5H H-AUTH/APV-015004/BA5121/09MAR
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS NOT SUPPLIED
A5H H-01 UPGRADE USD 349.00
S-HNL HNL 54ZZ 0110 2014/03/09
XS HA 0008K 08MAR J HNL LAS HS HK 01 1035P 705A 09MAR S HRS /E
X4G*HA 0008K 2014/03/08 HNL LAS HK 29C NHA
A4S SSR TKNE HA HK1 HNLLAS0008A08MAR/1737386144571C1
AS HA 0008A 08MAR J HNL LAS NN SS 01 1035P 705A 09MAR S /E
S-HNL HNL 54ZZ 0108 2014/03/09
A5H H-SPLIT FR/010659/09MAR14 SLUDDD 03/03 01/01 CABEBE/ANABEL
S-HNL HNL 54ZZ 0108 2014/03/09
A4G HA 0017B 2014/03/11 LAS HNL SS 45C NHA
S-LAS LAS 544Q 0003 2014/03/09
A5H H-FIRST SUCCESSFUL KS CHECK-IN AT 08MAR 0145 PM VIA HNL-HNLL2P1K7
S-HDQ HDQ 5HXB 1745 2014/03/08
A5H H-ERROR-PAXCANCEL
S-HDQ HDQ 5HXB 1739 2014/03/08
A5H H-KS CHECK-IN FIRST ATTEMPTED AT 08MAR 0138 PM VIA HNL-HNLL2P1K7
S-HDQ HDQ 5HXB 1738 2014/03/08
A4G HA 0008K 2014/03/08 HNL LAS SS 29C NHA
R-HDQRMAA060029/DKD54272C17552/000000242C068605 5654B072-001 BPR
S-TTY TTY RMAA 1829 2014/03/05
A5H H-SPLIT TO/170205/28FEB14 IKFQGT 04/04 03/03 CABEBE/ANABEL
S-TTY TTY RMAA 1702 2014/02/28
XS HA 0017B 12MAR W LAS HNL HS HK 04 145A 505A /E
AS HA 0017B 11MAR T LAS HNL HS HK 04 145A 505A /E
R-HDQRMAA282301/DKD54272C173B6/00000016CE049C20 9919A8AF-001
S-TTY TTY RMAA 1701 2014/02/28
A5H H-DATA REMOVED DUE TO DIVIDE
S-TTY TTY RMAA 2126 2014/02/27
A4S SSR DOCS HA HK1/DB/███████55/F/CABEBE/ANABELGASMEN
R-HDQRMAA280326 3AF7DBA
S-TTY TTY RMAA 2126 2014/02/27
AFF HA 315927042 NO HA HK TXT
R-HDQRMAA280325 3AE900FD-001
S-TTY TTY RMAA 2125 2014/02/27
```

## Stored Fare Items

Bag Tag Items

Bag Tag Name Items

Bag Tag Routing

PNR Queue Current

PNR Queue History

PTA Action Items

PTA Fare Items

PTA Number

PTA Purchase Items

PTA Remarks

PTA Routing

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 94 of 136

# **PNR Data for YLQDNU**

**Passenger Names**

1CABEBE/ANABEL GASMEN

**Active Segments**

```
HA 0166V 12MAR W HNL OGG HK 01 155P 234P /E
HA 0555I 12MAR W OGG HNL HK 01 852P 925P HRS /E
```

**Ticket Time Limit Items**

```
T-12MAR
TE 1737389135110 CABEB/A SYSSYS 1751/12MAR*
TK 1730615852751 CABEB/A HNL5HXB 1254/12MAR
```

**Phone**

**Passenger Email**

**Passenger Address**

**Frequent Traveler**

HA 315927042 NO HA HK TXT

**Seats/Boarding Pass**

HA 0555I 2014/03/12 OGG HNL HK 18D NRHA 1.1

**OA Facts**

```
SSR NSST HA NO1 HNLOGG0166V12MAR.16A/AIRPORT CHECKIN
SSR NSST HA NO1 OGGHNL0555I12MAR.16A/AIRPORT CHECKIN
SSR NSST HA NO1 HNLOGG0166V12MAR.16A/AIRPORT CHECKIN
SSR NSST HA NO1 OGGHNL0555I12MAR.16A/AIRPORT CHECKIN
SSR NSST HA NO1 HNLOGG0166V12MAR.16A/AIRPORT CHECKIN
SSR NSST HA NO1 OGGHNL0555I12MAR.16A/AIRPORT CHECKIN
```

**HA Facts**

```
SSR DOCS HA HK1/DB/████51/F/CABEBE/ANABELGASMEN 1.1
OSI HA CTCP HNL808███881
SSR SEAT HA DK1 OGGHNL0555I12MAR.18DN
```

**Remarks**

```
H-ROBOTAUTO-PROCESS0438/13MAR2014 - SET 2014 MAR 12 04 38
H-PLZ 3OSI HA TKT NBRBY 0438/13MAR2014 CST
H-HA NOW REQUIRES 14 DIGIT TICKET NUMBERS
H-PLZ APPEND ONLY ONE TICKET NUMBER PER LINE
```

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 95 of 136

```
H-ERROR-NOTKT OR NOT ASSOC
H-KS CHECK-IN FIRST ATTEMPTED AT 12MAR 1251 PM VIA HNL-HNLL2P1K8
H-AUTH/APV-055489/BA5121/12MAR
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS NOT SUPPLIED
H-01 PSEAT-ACS USD 10.00
H- 1737389135110
H-PROD 166/12MARHNL-1.1 1 X F2 -- PSEAT-ACS CABEBE/ANABEL GASMEN
H-PAID/USD 10.00/12MAR HNL-HNLL2P1K8/1730615852751
H-FIRST SUCCESSFUL KS CHECK-IN AT 12MAR 1254 PM VIA HNL-HNLL2P1K8
H-ERROR-PAXTIMEOUT
```

**Received From**

```
HDQRMAA120335/DKD54272C177C5/0000001102010DDE 5711650B-001
HDQAAZQXFZM/99G1/12546973
TTY.TTY 2235 2014/03/11 YLQDNU
```

**History**

```
A5H H-ERROR-PAXTIMEOUT
S-HNL HDQ 5HXB 1756 2014/03/12
A5H H-FIRST SUCCESSFUL KS CHECK-IN AT 12MAR 1254 PM VIA HNL-HNLL2P1K8
S-HNL HDQ 5HXB 1754 2014/03/12
A5H H-AUTH/APV-055489/BA5121/12MAR
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS NOT SUPPLIED
A5H H-01 PSEAT-ACS USD 10.00
A5H H- 1737389135110
A5H H-PROD 166/12MARHNL-1.1 1 X F2 -- PSEAT-ACS CABEBE/ANABEL GASMEN
A5H H-PAID/USD 10.00/12MAR HNL-HNLL2P1K8/1730615852751
S-HNL HDQ 5HXB 1754 2014/03/12
A3S SSR NSST HA NO1 HNLOGG0166V12MAR.16A/AIRPORT CHECKIN
A3S SSR NSST HA NO1 OGGHNL0555I12MAR.16A/AIRPORT CHECKIN
R-HDQRMAA122253 96670AD4-001
S-TTY TTY RMAA 1753 2014/03/12
A3S SSR NSST HA NO1 HNLOGG0166V12MAR.16A/AIRPORT CHECKIN
A3S SSR NSST HA NO1 OGGHNL0555I12MAR.16A/AIRPORT CHECKIN
R-HDQRMAA122253 9666FBD3-001
S-TTY TTY RMAA 1753 2014/03/12
A3S SSR NSST HA NO1 HNLOGG0166V12MAR.16A/AIRPORT CHECKIN
A3S SSR NSST HA NO1 OGGHNL0555I12MAR.16A/AIRPORT CHECKIN
R-HDQRMAA122253 96534764-001
S-TTY TTY RMAA 1753 2014/03/12
A5H H-KS CHECK-IN FIRST ATTEMPTED AT 12MAR 1251 PM VIA HNL-HNLL2P1K8
S-HDQ HDQ 5HXB 1751 2014/03/12
A7 T-12MAR
S-HNL HNL AJY 1751 2014/03/12
A5H H-ERROR-NOTKT OR NOT ASSOC
S-HDQ HDQ 5HXB 1745 2014/03/12
A5H H-ROBOTAUTO-PROCESS0438/13MAR2014 - SET 2014 MAR 12 04 38
A5T QQ SSR ADTK AA PLZ 3OSI HA TKT NBRBY 0438/13MAR2014 CST
A5H H-PLZ 3OSI HA TKT NBRBY 0438/13MAR2014 CST
A5T QQ SSR ADTK AA HA NOW REQUIRES 14 DIGIT TICKET NUMBERS
A5H H-HA NOW REQUIRES 14 DIGIT TICKET NUMBERS
A5T QQ SSR ADTK AA PLZ APPEND ONLY ONE TICKET NUMBER PER LINE
A5H H-PLZ APPEND ONLY ONE TICKET NUMBER PER LINE
S-HDQ HDQ 8HXA 0538 2014/03/12
A4S SSR SEAT HA DK1 OGGHNL0555I12MAR.18DN
A4G HA 0555I 2014/03/12 OGG HNL SS 18D NRHA
R-HDQRMAA120349/DKD54272C177C8/0000001A3907F859 573DE246-001 BPR
S-TTY TTY RMAA 2249 2014/03/11
AFF HA 315927042 NO HA HK TXT
R-HDQRMAA120349 573D9CF2-001
S-TTY TTY RMAA 2249 2014/03/11
XS HA 0595I 12MAR W OGG HNL HS HK 01 930P 1002P /E
AS HA 0555I 12MAR W OGG HNL HS HK 01 852P 925P /E
R-HDQRMAA120337/DKD54272C177C7/000000058B0128FB 571E2076-001
S-TTY TTY RMAA 2237 2014/03/11
XS HA 0216V 12MAR W HNL OGG HS HK 01 105P 144P /E
AS HA 0166V 12MAR W HNL OGG HS HK 01 155P 234P /E
R-HDQRMAA120336/DKD54272C177C6/0000001780014090 571DEEEC-001
S-TTY TTY RMAA 2236 2014/03/11
```

**Stored Fare Items**

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed 08/04/16  Page 96 of 136

## Bag Tag Items

## Bag Tag Name Items

PSGR#-001 ANABEL GASMEN CABEBE

## Bag Tag Routing

BOARDING PASS PRINT RESULT
PSGR#-001 ITN #-002 INF #-N SEQ #-0001 STATUS- ESTA-NOT APPLICABLE
PSGR#-001 ITN #-003 INF #-N SEQ #-0002 STATUS- ESTA-NOT APPLICABLE

## PNR Queue Current

## PNR Queue History

OFF PLA 0103/ 2014/03/12 1803 REMOVED BY HNL HX1-QR
DUP PLA 0103/011 2014/03/12 1756 NO ADD BY HDQ HXB
DUP PLA 0103/011 2014/03/12 1754 NO ADD BY HDQ HXB
ON PLA 0103/011 2014/03/12 1754 PLACED BY HDQ HXB
OFF PLA 0103/ 2014/03/12 1753 REMOVED BY HNL HX1-QR
DUP PLA 0103/011 2014/03/12 1753 NO ADD BY TTY MAA
DUP PLA 0103/011 2014/03/12 1753 NO ADD BY TTY MAA
ON PLA 0103/011 2014/03/12 1753 PLACED BY TTY MAA
OFF PLA 0103/ 2014/03/12 1752 REMOVED BY HNL HX1-QR
DUP PLA 0103/011 2014/03/12 1751 NO ADD BY HDQ HXB
DUP PLA 0103/011 2014/03/12 1751 NO ADD BY HNL AJY
ON PLA 0103/011 2014/03/12 1745 PLACED BY HDQ HXB
OFF PLA 0103/ 2014/03/12 0542 REMOVED BY HNL HX1-QR
ON PLA 0103/011 2014/03/12 0538 PLACED BY HDQ HXA
OFF PLA 0103/ 2014/03/11 2259 REMOVED BY HNL HX1-QR
DUP PLA 0103/011 2014/03/11 2249 NO ADD BY TTY MAA
ON PLA 0103/011 2014/03/11 2249 PLACED BY TTY MAA
OFF PLA 0103/ 2014/03/11 2238 REMOVED BY HNL HX1-QR
DUP PLA 0103/011 2014/03/11 2237 NO ADD BY TTY MAA
DUP PLA 0103/011 2014/03/11 2236 NO ADD BY TTY MAA
ON PLA 0103/011 2014/03/11 2235 PLACED BY TTY MAA

## PTA Action Items

## PTA Fare Items

## PTA Number

## PTA Purchase Items

## PTA Remarks

## PTA Routing



U.S. Bankruptcy Court - Hawaii    #16-90011    Dkt # 16-24    Filed  08/04/16    Page 98 of 136

# PNR Data for XIPKBA

## Passenger Names

1CABEBE/ANABEL GASMEN

## Active Segments

```
HA 0595I 21MAR F OGG HNL HK 01 930P 1002P /E
HA 0334X 21MAR F HNL OGG SB 01 327P 404P /E
```

## Ticket Time Limit Items

```
T-20MAR
TE 1737391186915 CABEB/A SYSSYS 1924/20MAR*
TK 1730615864142 CABEB/A HNL5HXB 1917/20MAR
```

## Phone

## Passenger Email

## Passenger Address

## Frequent Traveler

HA 315927042 NO HA HK TXT

## Seats/Boarding Pass

## OA Facts

## HA Facts

```
OSI HA CTCP HNL808 270 PER
SSR SEAT HA DK1 HNLOGG0226X21MAR.10BN
SSR SEAT HA XX1 HNLOGG0226X21MAR.10B
SSR SEAT HA DK1 HNLOGG0226X21MAR.10BN
SSR DOCS HA HK1/DB/      51/F/CABEBE/ANABELGASMEN 1.1
SSR TKNE HA HK1 OGG      95I21MAR.1737391186915C2 1.1
```

## Remarks

```
H-KS CHECK-IN FIRST ATTEMPTED AT 20MAR 0715 PM VIA HNL-HNLL2P1K1
H-AUTH/APV-015779/BA5121/21MAR
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS NOT SUPPLIED
H-01 PSEAT-ACS USD 10.00
H- 1737391186915
H-PROD 226/21MARHNL-1.1 1 X F2 -- PSEAT-ACS CABEBE/ANABEL GASMEN
H-PAID/USD 10.00/20MAR HNL-HNLL2P1K1/1730615864142
```

Post Departure Information Web Site - Display Page

```
H-FIRST SUCCESSFUL KS CHECK-IN AT 20MAR 0717 PM VIA HNL-HNLL2P1K1
H-ERROR-PAXTIMEOUT
```

**Received From**

```
HDQRMAA202352/DKD54272C17AB0/0000000EA80256D9 5850930D-001
HDQAAWKHVOM/99G1/12546973
TTY.TTY 1852 2014/03/20 XIPKBA
```

**History**

```
XS HA 0334X 21MAR F HNL OGG DS DS 01 327P 404P /E
AS HA 0334X 21MAR F HNL OGG SB SB 01 327P 404P /E
R-PDCHAHNL
S-HNL HNL 5 PD 2131 2014/03/21
A5H H-ERROR-PAXTIMEOUT
S-HDQ HDQ 5HXB 2114 2014/03/21
XS HA 0226X 21MAR F HNL OGG HS HK 01 245P 324P /E
X4S*SSR TKNE HA HK1 HNLOGG0226X21MAR.1737391186915C1
S-HNL HNL 54GD 1946 2014/03/21
AS HA 0334X 21MAR F HNL OGG DS DS 01 327P 404P /E
R-HNL54GD
S-HNL HNL 54GD 1943 2014/03/21
A5H H-FIRST SUCCESSFUL KS CHECK-IN AT 20MAR 0717 PM VIA HNL-HNLL2P1K1
S-HNL HDQ 5HXB 0017 2014/03/21
A5H H-AUTH/APV-015779/BA5121/21MAR
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS NOT SUPPLIED
A5H H-01 PSEAT-ACS USD 10.00
A5H H- 1737391186915
A5H H-PROD 226/21MARHNL-1.1 1 X F2 -- PSEAT-ACS CABEBE/ANABEL GASMEN
A5H H-PAID/USD 10.00/20MAR HNL-HNLL2P1K1/1730615864142
S-HNL HDQ 5HXB 0017 2014/03/21
A5H H-KS CHECK-IN FIRST ATTEMPTED AT 20MAR 0715 PM VIA HNL-HNLL2P1K1
S-HDQ HDQ 5HXB 0015 2014/03/21
A4S SSR TKNE HA HK1 HNLOGG0226X21MAR.1737391186915C1
A4S SSR TKNE HA HK1 OGGHNL0595I21MAR.1737391186915C2
R-HDQRMAA210024 58AC9234-001
S-TTY TTY RMAA 1924 2014/03/20
A7 T-20MAR
S-HNL HNL A40 1924 2014/03/20
XS HA 0226X 21MAR F HNL OGG HS HK 01 245P 324P HRS /E
XS HA 0595I 21MAR F OGG HNL HS HK 01 930P 1002P HRS /E
X4G*HA 0226X 2014/03/21 HNL OGG HK 10B NLA
X4G*HA 0595I 2014/03/21 OGG HNL HK 09A NWL
X3S*SSR NSST HA NO1 HNLOGG0226X21MAR.9A/INVALID REQUEST
X4S*SSR SEAT HA NN1 OGGHNL0595I21MAR.09A
X3S*SSR NSST HA NO1 OGGHNL0595I21MAR.9A/INVALID REQUEST
X3S*SSR SEAT HA KK1 OGGHNL0595I21MAR.09AN/RS
AS HA 0226X 21MAR F HNL OGG HS HK 01 245P 324P /E
AS HA 0595I 21MAR F OGG HNL HS HK 01 930P 1002P /E
R-HDQRMAA210024/DKC7CFA5C108F7/00000009EE030D75 58AD1D33-001
S-TTY TTY RMAA 1924 2014/03/20
A4S SSR DOCS HA HK1/DB/███████51/F/CABEBE/ANABELGASMEN
R-HDQRMAA202355 5867EBD
S-TTY TTY RMAA 1855 2014/03/20
AFF HA 315927042 NO HA HK TXT
R-HDQRMAA202354 5867BA90-001
S-TTY TTY RMAA 1854 2014/03/20
A3S SSR SEAT HA KK1 OGGHNL0595I21MAR.09AN/RS
A4S SSR SEAT HA NN1 OGGHNL0595I21MAR.09A
A4G HA 0595I 2014/03/21 OGG HNL SS 09A NWL
R-HDQRMAA202354 5851380D-001 BPR
S-TTY TTY RMAA 1854 2014/03/20
A3S SSR NSST HA NO1 HNLOGG0226X21MAR.9A/INVALID REQUEST
A3S SSR NSST HA NO1 OGGHNL0595I21MAR.9A/INVALID REQUEST
R-HDQRMAA202353 5850DAB3-001
S-TTY TTY RMAA 1853 2014/03/20
A4S SSR SEAT HA DK1 HNLOGG0226X21MAR.10BN
A4G HA 0226X 2014/03/21 HNL OGG SS 10B NLA
R-HDQRMAA202353/DKD54272C17AB2/000000111D018F15 585125E6-001 BPR
S-TTY TTY RMAA 1853 2014/03/20
X4G HA 0226X 2014/03/21 HNL OGG HK 10B NLA
A4S SSR SEAT HA XX1 HNLOGG0226X21MAR.10B
R-HDQRMAA202353 5850D9DF-001 BPR
S-TTY TTY RMAA 1853 2014/03/20
A4S SSR SEAT HA DK1 HNLOGG0226X21MAR.10BN
```

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed 08/04/16  Page 100 of 136

```
A4G HA 0226X 2014/03/21 HNL OGG SS 10B NLA
R-HDQRMAA202352/DKD54272C17AB1/00000002260309FF 5850A727-001 BPR
S-TTY TTY RMAA 1852 2014/03/20
```

## Stored Fare Items

## Bag Tag Items

## Bag Tag Name Items

```
PSGR#-001 ANABEL GASMEN CABEBE
```

## Bag Tag Routing

```
BOARDING PASS PRINT RESULT
PSGR#-001 ITN #-003 INF #-N SEQ #-0009 STATUS- ESTA-NOT APPLICABLE
PSGR#-001 ITN #-004 INF #-N SEQ #-0003 STATUS- ESTA-NOT APPLICABLE
```

## PNR Queue Current

## PNR Queue History

```
OFF PLA 0101/ 2014/03/21 2131 REMOVED BY HNL HX1-QR
ON PLA 0101/011 2014/03/21 2131 PLACED BY HNL PD
OFF PLA 0101/ 2014/03/21 2120 REMOVED BY HNL HX1-QR
ON PLA 0101/011 2014/03/21 2114 PLACED BY HDQ HXB
OFF PLA 0101/ 2014/03/21 1952 REMOVED BY HNL HX1-QR
DUP PLA 0101/011 2014/03/21 1946 NO ADD BY HNL 4GD
ON PLA 0101/011 2014/03/21 1943 PLACED BY HNL 4GD
OFF PLA 0101/ 2014/03/21 0027 REMOVED BY HDQ HXB
ON PLA 0101/011 2014/03/21 0017 PLACED BY HDQ HXB
OFF PLA 0101/ 2014/03/21 0017 REMOVED BY HNL HX1-QR
ON PLA 0101/011 2014/03/21 0017 PLACED BY HDQ HXB
OFF PLA 0101/ 2014/03/21 0017 REMOVED BY HNL HX1-QR
ON PLA 0101/011 2014/03/21 0015 PLACED BY HDQ HXB
OFF PLA 0101/ 2014/03/20 1934 REMOVED BY HNL HX1-QR
DUP PLA 0101/011 2014/03/20 1924 NO ADD BY TTY MAA
ON PLA 0101/011 2014/03/20 1924 PLACED BY HNL A40
OFF PLA 0101/ 2014/03/20 1924 REMOVED BY HNL HX1-QR
ON PLA 0101/011 2014/03/20 1924 PLACED BY TTY MAA
OFF PLA 0101/ 2014/03/20 1901 REMOVED BY HNL HX1-QR
DUP PLA 0101/011 2014/03/20 1855 NO ADD BY TTY MAA
DUP PLA 0101/011 2014/03/20 1854 NO ADD BY TTY MAA
DUP PLA 0101/011 2014/03/20 1854 NO ADD BY TTY MAA
DUP PLA 0101/011 2014/03/20 1853 NO ADD BY TTY MAA
DUP PLA 0101/011 2014/03/20 1853 NO ADD BY TTY MAA
DUP PLA 0101/011 2014/03/20 1853 NO ADD BY TTY MAA
DUP PLA 0101/011 2014/03/20 1852 NO ADD BY TTY MAA
ON PLA 0101/011 2014/03/20 1852 PLACED BY TTY MAA
```

## PTA Action Items

## PTA Fare Items

## PTA Number

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 101 of 136

**PTA Purchase Items**

**PTA Remarks**

**PTA Routing**

# PNR Data for PFBQYT

**Passenger Names**

1CABEBE/ANABEL GASMEN

**Active Segments**

HA 0004S 27APR S HNL LAX HK 01 1015P 635A 28APR M HRS /E
HA 0001B 30APR W LAX HNL HK 01 840A 1120A HRS /E

**Ticket Time Limit Items**

T-24APR
TE 1737447710816 CABEB/A SYSSYS 2144/24APR*

**Phone**

**Passenger Email**

**Passenger Address**

**Frequent Traveler**

HA 315927042 NO HA HK TXT

**Seats/Boarding Pass**

HA 0004S 2014/04/27 HNL LAX HK 19E NH 1.1
HA 0001B 2014/04/30 LAX HNL HK 13J NWRH 1.1

**OA Facts**

**HA Facts**

OSI HA CTCP HNL808 841 281
SSR SEAT HA DK2 HNLLAX0004S27APR.19DN19EN
SSR SEAT HA DK2 LAXHNL0001B30APR.13HN13JN
OSI HA RLOC HDQAAFTEBSO
SSR DOCS HA HK1/DB/██████51/F/CABEBE/ANABELGASMEN 1.1
OSI HA CTCP HNL808 ████████ 881 A
OSI HA CTCP HNL808 847 3856 FAX
SSR SEAT HA DK1 HNLLAX0004S27APR.19EN
SSR SEAT HA DK1 LAXHNL0001B30APR.13JN
SSR TKNE HA HK1 HNLLAX0004S27APR.1737447710816C1 1.1
SSR TKNE HA HK1 LAXHNL0001B30APR.1737447710816C2 1.1

**Remarks**

H-REQ SEC FLT PSGR DATA 72 HBD FOR ALL PSGRS
H-ROBOTAUTO-PROCESS2300/25APR2014 - SET 2014 APR 24 02 20

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 103 of 136

```
H-PLZ 3OSI HA TKT NBRBY 2300/25APR2014 CST
H-HA NOW REQUIRES 14 DIGIT TICKET NUMBERS
H-PLZ APPEND ONLY ONE TICKET NUMBER PER LINE
DIVIDED/TTY.PLT 2128/24APR14 JSJIEV
H-SPLIT FR/212854/24APR14 JSJIEV 02/02 01/01 CABEBE/ANABEL
H-KS CHECK-IN FIRST ATTEMPTED AT 27APR 0314 PM VIA HNL-HNLL2P1K7
H-FIRST SUCCESSFUL KS CHECK-IN AT 27APR 0318 PM VIA HNL-HNLL2P1K7
```

## Received From

```
HDQRMAA240017/92712F3B-0013B/00000012040543AB 51625FE1-001
HDQAAOBYZOP/99G1/12546973-HDQAAFTEBSO/99G1/12546973
TTY.TTY 1917 2014/04/23 PFBQYT
```

## History

```
A5H H-FIRST SUCCESSFUL KS CHECK-IN AT 27APR 0318 PM VIA HNL-HNLL2P1K7
S-HDQ HDQ 5HXB 2018 2014/04/27
A5H H-KS CHECK-IN FIRST ATTEMPTED AT 27APR 0314 PM VIA HNL-HNLL2P1K7
S-HDQ HDQ 5HXB 2014 2014/04/27
A4S SSR TKNE HA HK1 HNLLAX0004S27APR.1737447710816C1
A4S SSR TKNE HA HK1 LAXHNL0001B30APR.1737447710816C2
R-HDQRMAA250244 94165A35-001
S-TTY TTY RMAA 2144 2014/04/24
A7 T-24APR
S-HNL HNL A40 2144 2014/04/24
A4S SSR SEAT HA DK1 HNLLAX0004S27APR.19EN
A4S SSR SEAT HA DK1 LAXHNL0001B30APR.13JN
A4G HA 0004S 2014/04/27 HNL LAX SS 19E NH
A4G HA 0001B 2014/04/30 LAX HNL SS 13J NWRH
R-HDQRMAA250238/DKD699D0C4A18A/0000002C4E016DD3 940F61A8-001 BPR
S-TTY TTY RMAA 2138 2014/04/24
XS HA 0004S 27APR S HNL LAX HS HK 01 1015P 635A 28APR M HRS /E
XS HA 0001B 30APR W LAX HNL HS HK 01 840A 1120A HRS /E
X4G*HA 0004S 2014/04/27 HNL LAX HK 19E NH
X4G*HA 0001B 2014/04/30 LAX HNL HK 13J NWRH
A4O OSI HA CTCP HNL808 841 2881 A
A4O OSI HA CTCP HNL808 847 3856 FAX
AS HA 0004S 27APR S HNL LAX HS HK 01 1015P 635A 28APR M /E
AS HA 0001B 30APR W LAX HNL HS HK 01 840A 1120A /E
R-HDQRMAA250238/DKD699D0C4A189/0000000381039DE8 940F4C11-001
S-TTY TTY RMAA 2138 2014/04/24
X4S SSR DOCS HA HK1/DB/███51/F/CABEBE/ANABELGASMEN
A4S SSR DOCS HA HK1/DB/███51/F/CABEBE/ANABELGASMEN
R-HDQRMAA250235 927FAEF
S-TTY TTY RMAA 2135 2014/04/24
A4S SSR DOCS HA HK1/DB/15DEC51/F/CABEBE/ANABELGASMEN
R-HDQRMAA250233 927ED298-001
S-TTY TTY RMAA 2133 2014/04/24
XL HDQAAFTEBSO/99G1/12546973
AL HDQAAOBYZOP/99G1/12546973-HDQAAFTEBSO/99G1/12546973
A5H H-SPLIT FR/212854/24APR14 JSJIEV 02/02 01/01 CABEBE/ANABEL
A4O OSI HA RLOC HDQAAFTEBSO
R-HDQRMAA250228 92712F3B-001 DVD
S-TTY TTY RMAA 2128 2014/04/24
A4G HA 0001B 2014/04/30 LAX HNL SS 13J NWRH
R-HDQRMAA250228/DKD54272C186A9/000000135B0481E4 92712639-001 BPR
S-TTY TTY RMAA 2128 2014/04/24
X4G HA 0004S 2014/04/27 HNL LAX HK 20E NH
A4G HA 0004S 2014/04/27 HNL LAX SS 19E NH
R-HDQRMAA250228/DKD54272C186A8/0000000A0707EFCB 92712302-001 BPR
S-TTY TTY RMAA 2128 2014/04/24
AFF HA 315927042 NO HA HK TXT
R-HDQRMAA250228/DKD54272C186A7/000000096701798F 9270C7EC-001
S-TTY TTY RMAA 2128 2014/04/24
XS HA 0003B 29APR T LAX HNL HS HK 02 1000A 1230P /E
AS HA 0001B 30APR W LAX HNL HS HK 02 840A 1120A /E
R-HDQRMAA250143/DKD54272C186A5/000000135B01A030 91F9EA4C-001
S-TTY TTY RMAA 2043 2014/04/24
A4G HA 0004S 2014/04/27 HNL LAX SS 20E NH
R-E
S-HNL HNL 74F2 0434 2014/04/24
A5H H-REQ SEC FLT PSGR DATA 72 HBD FOR ALL PSGRS
A5H H-ROBOTAUTO-PROCESS2300/25APR2014 - SET 2014 APR 24 02 20
A5H H-PLZ 3OSI HA TKT NBRBY 2300/25APR2014 CST
A5H H-HA NOW REQUIRES 14 DIGIT TICKET NUMBERS
A5H H-PLZ APPEND ONLY ONE TICKET NUMBER PER LINE
```

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 104 of 136

S-HDQ  HDQ  8HXA  0220  2014/04/24

**Stored Fare Items**

**Bag Tag Items**

**Bag Tag Name Items**

**Bag Tag Routing**

**PNR Queue Current**

**PNR Queue History**

```
OFF PLA 0104/ 2014/04/27 2018 REMOVED BY HNL HX1-QR
ON PLA 0104/011 2014/04/27 2018 PLACED BY HDQ HXB
OFF PLA 0104/ 2014/04/27 2017 REMOVED BY HNL HX1-QR
ON PLA 0104/011 2014/04/27 2014 PLACED BY HDQ HXB
OFF PLA 0104/ 2014/04/24 2149 REMOVED BY HNL HX1-QR
DUP PLA 0104/011 2014/04/24 2144 NO ADD BY TTY MAA
ON PLA 0104/011 2014/04/24 2144 PLACED BY HNL A40
OFF PLA 0104/ 2014/04/24 2139 REMOVED BY HNL HX1-QR
DUP PLA 0104/011 2014/04/24 2138 NO ADD BY TTY MAA
ON PLA 0104/011 2014/04/24 2138 PLACED BY TTY MAA
OFF PLA 0104/ 2014/04/24 2138 REMOVED BY HNL HX1-QR
DUP PLA 0104/011 2014/04/24 2135 NO ADD BY TTY MAA
DUP PLA 0104/011 2014/04/24 2133 NO ADD BY TTY MAA
ON PLA 0104/011 2014/04/24 2128 PLACED BY TTY MAA
```

**PTA Action Items**

**PTA Fare Items**

**PTA Number**

**PTA Purchase Items**

**PTA Remarks**

**PTA Routing**

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 105 of 136

# PNR Data for GCBJII

**Passenger Names**

1CABEBE/ANABEL GASMEN

**Active Segments**

HA 0334N 06MAY T HNL OGG HK 01 327P 404P /E
HA 0595I 06MAY T OGG HNL HK 01 930P 1002P HRS /E

**Ticket Time Limit Items**

T-05MAY
TE 1737450096986 CABEB/A SYSSYS 2206/05MAY*

**Phone**

**Passenger Email**

**Passenger Address**

**Frequent Traveler**

HA 315927042 NO HA HK TXT

**Seats/Boarding Pass**

HA 0595I 2014/05/06 OGG HNL HK 11B NLA 1.1

**OA Facts**

**HA Facts**

OSI HA CTCT HNL808 841 2881 A
SSR DOCS HA HK1/DB/███████51/F/CABEBE/ANABELGASMEN 1.1
OSI HA CTCP HNL808 ███████881 A
OSI HA CTCP HNL808 847 3856 FAX
SSR SEAT HA DK1 OGGHNL0595I06MAY.11BN
SSR TKNE HA HK1 HNLOGG0334N06MAY.1737450096986C1 1.1
SSR TKNE HA HK1 OGGHNL0595I06MAY.1737450096986C2 1.1

**Remarks**

H-REQ SEC FLT PSGR DATA 72 HBD FOR ALL PSGRS
H-ROBOTAUTO-PROCESS2058/06MAY2014 - SET 2014 MAY 5 20 58
H-PLZ 3OSI HA TKT NBRBY 2058/06MAY2014 CST
H-HA NOW REQUIRES 14 DIGIT TICKET NUMBERS
H-PLZ APPEND ONLY ONE TICKET NUMBER PER LINE
H-WB CHECK-IN FIRST ATTEMPTED AT 05MAY 0507 PM VIA WWW-0007
H-FIRST SUCCESSFUL WB CHECK-IN AT 05MAY 0509 PM VIA WWW-0007

```
H-KS CHECK-IN FIRST ATTEMPTED AT 06MAY 0410 PM VIA OGG-OGGCUSS100
H-FIRST SUCCESSFUL KS CHECK-IN AT 06MAY 0413 PM VIA OGG-OGGCUSS100
```

## Received From

```
HDQRMAA052052/DKCCAB41C13046/0000001AA805018B AA8F2DB2-001
HDQAAXHWCIW/99G1/12546973
TTY.TTY 1552 2014/05/05 GCBJII
```

## History

```
A5H H-FIRST SUCCESSFUL KS CHECK-IN AT 06MAY 0413 PM VIA OGG-OGGCUSS100
S-HDQ HDQ 5HXB 2113 2014/05/06
A5H H-KS CHECK-IN FIRST ATTEMPTED AT 06MAY 0410 PM VIA OGG-OGGCUSS100
S-HDQ HDQ 5HXB 2110 2014/05/06
A5H H-FIRST SUCCESSFUL WB CHECK-IN AT 05MAY 0509 PM VIA WWW-0007
S-HDQ HDQ 5HXY 2209 2014/05/05
A5H H-WB CHECK-IN FIRST ATTEMPTED AT 05MAY 0507 PM VIA WWW-0007
S-HDQ HDQ 5HXY 2207 2014/05/05
A4S SSR TKNE HA HK1 HNLOGG0334N06MAY.1737450096986C1
A4S SSR TKNE HA HK1 OGGHNL0595I06MAY.1737450096986C2
R-HDQRMAA060306 446E0702-001
A7 T-05MAY
S-TTY TTY RMAA 2206 2014/05/05
S-HNL HNL AJY 2206 2014/05/05
A4S SSR SEAT HA DK1 OGGHNL0595I06MAY.11BN
A4G HA 0595I 2014/05/06 OGG HNL SS 11B NLA
R-HDQRMAA060251/DKD699D0C5A4A7/0000000BA205F010 44504292-001 BPR
S-TTY TTY RMAA 2151 2014/05/05
XS HA 0334N 06MAY T HNL OGG HS HK 01 327P 404P /E
XS HA 0555I 06MAY T OGG HNL HS HK 01 852P 925P /E
A4O OSI HA CTCP HNL808 841 2881 A
A4O OSI HA CTCP HNL808 847 3856 FAX
AS HA 0334N 06MAY T HNL OGG HS HK 01 327P 404P /E
AS HA 0595I 06MAY T OGG HNL HS HK 01 930P 1002P /E
R-HDQRMAA060251/DKD699D0C5A4A6/00000001920160E4 4450247E-001
S-TTY TTY RMAA 2151 2014/05/05
AFF HA 315927042 NO HA HK TXT
R-HDQRMAA060246 444464AF-001
S-TTY TTY RMAA 2146 2014/05/05
A4S SSR DOCS HA HK1/DB/      51/F/CABEBE/ANABELGASMEN
R-HDQRMAA060230 4414919
S-TTY TTY RMAA 2130 2014/05/05
XN 1CABEBE/ANABEL
AN 1CABEBE/ANABEL GASMEN
R-HDQRMAA060230 44148279-001
S-TTY TTY RMAA 2130 2014/05/05
A5T QQ SSR OTHS REQ SEC FLT PSGR DATA 72 HBD FOR ALL PSGRS
A5H H-REQ SEC FLT PSGR DATA 72 HBD FOR ALL PSGRS
A5H H-ROBOTAUTO-PROCESS2058/06MAY2014 - SET 2014 MAY 5 20 58
A5T QQ SSR ADTK AA PLZ 3OSI HA TKT NBRBY 2058/06MAY2014 CST
A5H H-PLZ 3OSI HA TKT NBRBY 2058/06MAY2014 CST
A5T QQ SSR ADTK AA HA NOW REQUIRES 14 DIGIT TICKET NUMBERS
A5H H-HA NOW REQUIRES 14 DIGIT TICKET NUMBERS
A5T QQ SSR ADTK AA PLZ APPEND ONLY ONE TICKET NUMBER PER LINE
A5H H-PLZ APPEND ONLY ONE TICKET NUMBER PER LINE
S-HDQ HDQ 8HXA 2058 2014/05/05
```

## Stored Fare Items

## Bag Tag Items

## Bag Tag Name Items

```
PSGR#-002 ANABEL GASMEN CABEBE
```

## Bag Tag Routing

```
BOARDING PASS PRINT RESULT
PSGR#-002 ITN #-002 INF #-N SEQ #-0003 STATUS- ESTA-NOT APPLICABLE
PSGR#-002 ITN #-003 INF #-N SEQ #-0007 STATUS- ESTA-NOT APPLICABLE
```

**PNR Queue Current**

**PNR Queue History**

```
OFF PLA 0102/ 2014/05/06 2118 REMOVED BY HNL HX1-QR
DUP PLA 0102/011 2014/05/06 2113 NO ADD BY HDQ HXB
ON PLA 0102/011 2014/05/06 2110 PLACED BY HDQ HXB
OFF UPP 0441/ 2014/05/06 1328 REMOVED BY RES GBU-QZAP
OFF PLA 0102/ 2014/05/05 2218 REMOVED BY HNL HX1-QR
ON PLA 0102/011 2014/05/05 2209 PLACED BY HDQ HXY
OFF PLA 0102/ 2014/05/05 2208 REMOVED BY HNL HX1-QR
DUP PLA 0102/011 2014/05/05 2207 NO ADD BY HDQ HXY
DUP PLA 0102/011 2014/05/05 2206 NO ADD BY TTY MAA
ON PLA 0102/011 2014/05/05 2206 PLACED BY HNL AJY
OFF PLA 0102/ 2014/05/05 2157 REMOVED BY HNL HX1-QR
DUP PLA 0102/011 2014/05/05 2151 NO ADD BY TTY MAA
ON PLA 0102/011 2014/05/05 2151 PLACED BY TTY MAA
OFF PLA 0102/ 2014/05/05 2147 REMOVED BY HNL HX1-QR
ON PLA 0102/011 2014/05/05 2146 PLACED BY TTY MAA
OFF PLA 0102/ 2014/05/05 2135 REMOVED BY HNL HX1-QR
DUP PLA 0102/011 2014/05/05 2130 NO ADD BY TTY MAA
ON PLA 0102/011 2014/05/05 2130 PLACED BY TTY MAA
OFF PLA 0102/ 2014/05/05 2103 REMOVED BY HNL HX1-QR
ON PLA 0102/011 2014/05/05 2058 PLACED BY HDQ HXA
ON UPP 0441/011 2014/05/05 2058 PLACED BY HDQ HXA
OFF PLA 0102/ 2014/05/05 1559 REMOVED BY HNL HX1-QR
ON PLA 0102/011 2014/05/05 1552 PLACED BY TTY MAA
```

**PTA Action Items**

**PTA Fare Items**

**PTA Number**

**PTA Purchase Items**

**PTA Remarks**

**PTA Routing**

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 108 of 136

# PNR Data for RCXCTP

**Passenger Names**

1CABEBE/ANABEL GASMEN
1PASCUAL/JEAN D

**Active Segments**

HA 0278W 19MAY M HNL KOA HK 02 425P 508P /E
HA 0397N 19MAY M KOA HNL HK 02 919P 1002P /E

**Ticket Time Limit Items**

T-15MAY
TE 1737452717436 CABEB/A SYSSYS 2213/15MAY*
TE 1737452717437 PASCU/J SYSSYS 2213/15MAY*
TK 1730615937407 CABEB/A HNL5HXB 0853/19MAY
TK 1730615937411 CABEB/A HNL5HXB 0856/19MAY
TK 1730615938120 CABEB/A KOA5HXB 1715/19MAY
TK 1730615938126 CABEB/A KOA5HXB 1719/19MAY
TK 1730615938325 PASCU/J KOA54YV 2019/19MAY

**Phone**


**Passenger Email**


**Passenger Address**




**Frequent Traveler**

HA 315927042 NO HA HK TXT

**Seats/Boarding Pass**


**OA Facts**


**HA Facts**

OSI HA CTCT HNL808 841 2881 A
OSI HA CTCP HNL808 274 00 PER PERSON
SSR DOCS HA HK1/DB/█████51/F/CABEBE/ANABELGASMEN 1.1
SSR DOCS HA HK1/DB/█████51/F/PASCUAL/JEAND 2.1
OSI HA TCP2 1CABEBE████EL GASMEN
SSR TKNE HA HK1 HNLKOA0278W19MAY/1737452717436C1 1.1
SSR TKNE HA HK1 KOAHNL0397N19MAY/1737452717436C2 1.1
SSR TKNE HA HK1 HNLKOA0278W19MAY/1737452717437C1 2.1
SSR TKNE HA HK1 KOAHNL0397N19MAY/1737452717437C2 2.1

**Remarks**

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 109 of 136

```
H-REQ SEC FLT PSGR DATA 72 HBD FOR ALL PSGRS
H-KS CHECK-IN FIRST ATTEMPTED AT 19MAY 0845 AM VIA HNL-HNLL2P1K7
H-ERROR-PAXCANCEL
H-AUTH/APV-084905/IK8002/19MAY
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS NOT SUPPLIED
H-01 PSEAT-ACS USD 10.00
H- 1737452717436
H-PROD 278/19MAYHNL-1.1 1 X F2 -- PSEAT-ACS CABEBE/ANABEL GASMEN
H-PAID/USD 10.00/19MAY HNL-HNLL2P1K7/1730615937407
H-FIRST SUCCESSFUL KS CHECK-IN AT 19MAY 0853 AM VIA HNL-HNLL2P1K7
H-AUTH/APV-085230/IK8002/19MAY
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS NOT SUPPLIED
H-01 PSEAT-ACS USD 10.00
H- 1737452717436
H-PROD 278/19MAYHNL-2.1 1 X F2 -- PSEAT-ACS PASCUAL/JEAN D
H-PAID/USD 10.00/19MAY HNL-HNLL2P1K7/1730615937411
H-ERROR-PAXTIMEOUT
H-AUTH/APV-949853/BA4198/19MAY
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS NOT SUPPLIED
H-01 PSEAT-ACS USD 10.00
H- 1737452717436
H-PROD 397/19MAYKOA-1.1 1 X F2 -- PSEAT-ACS CABEBE/ANABEL GASMEN
H-PAID/USD 10.00/19MAY KOA-KOACTRK2/1730615938120
H-AUTH/APV-712698/BA4198/19MAY
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS NOT SUPPLIED
H-01 PSEAT-ACS USD 10.00
H- 1737452717436
H-PROD 397/19MAYKOA-2.1 1 X F2 -- PSEAT-ACS PASCUAL/JEAN D
H-PAID/USD 10.00/19MAY KOA-KOACTRK2/1730615938126
H-01 PETC 35USD USD 35.00
H- 1737452717437
```

**Received From**

```
HDQRMAA151916/DKCCAB41C231E0/00000003EE03405F 4D298313-001
HDQAAVQRTPT/99G1/12546973
TTY.TTY 1416 2014/05/15 RCXCTP
```

**History**

```
A5H H-01 PETC 35USD USD 35.00
A5H H- 1737452717437
S-KOA KOA 54YV 0119 2014/05/20
A5H H-AUTH/APV-712698/BA4198/19MAY
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS NOT SUPPLIED
A5H H-01 PSEAT-ACS USD 10.00
A5H H- 1737452717436
A5H H-PROD 397/19MAYKOA-2.1 1 X F2 -- PSEAT-ACS PASCUAL/JEAN D
A5H H-PAID/USD 10.00/19MAY KOA-KOACTRK2/1730615938126
S-KOA HDQ 5HXB 2219 2014/05/19
A5H H-AUTH/APV-949853/BA4198/19MAY
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS NOT SUPPLIED
A5H H-01 PSEAT-ACS USD 10.00
A5H H- 1737452717436
A5H H-PROD 397/19MAYKOA-1.1 1 X F2 -- PSEAT-ACS CABEBE/ANABEL GASMEN
A5H H-PAID/USD 10.00/19MAY KOA-KOACTRK2/1730615938120
S-KOA HDQ 5HXB 2215 2014/05/19
A5H H-ERROR-PAXTIMEOUT
S-HNL HDQ 5HXB 1358 2014/05/19
A5H H-AUTH/APV-085230/IK8002/19MAY
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS NOT SUPPLIED
A5H H-01 PSEAT-ACS USD 10.00
A5H H- 1737452717436
A5H H-PROD 278/19MAYHNL-2.1 1 X F2 -- PSEAT-ACS PASCUAL/JEAN D
A5H H-PAID/USD 10.00/19MAY HNL-HNLL2P1K7/1730615937411
S-HNL HDQ 5HXB 1356 2014/05/19
A5H H-FIRST SUCCESSFUL KS CHECK-IN AT 19MAY 0853 AM VIA HNL-HNLL2P1K7
S-HNL HDQ 5HXB 1353 2014/05/19
A5H H-AUTH/APV-084905/IK8002/19MAY
```

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed 08/04/16  Page 110 of 136

```
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS NOT SUPPLIED
A5H H-01 PSEAT-ACS USD 10.00
A5H H- 1737452717436
A5H H-PROD 278/19MAYHNL-1.1 1 X F2 -- PSEAT-ACS CABEBE/ANABEL GASMEN
A5H H-PAID/USD 10.00/19MAY HNL-HNLL2P1K7/1730615937407
S-HNL HDQ 5HXB 1353 2014/05/19
A5H H-ERROR-PAXCANCEL
S-HNL HDQ 5HXB 1351 2014/05/19
A5H H-KS CHECK-IN FIRST ATTEMPTED AT 19MAY 0845 AM VIA HNL-HNLL2P1K7
S-HDQ HDQ 5HXB 1345 2014/05/19
A4S SSR TKNE HA HK1 HNLKOA0278W19MAY/1737452717436C1
A4S SSR TKNE HA HK1 KOAHNL0397N19MAY/1737452717436C2
A4S SSR TKNE HA HK1 HNLKOA0278W19MAY/1737452717437C1
A4S SSR TKNE HA HK1 KOAHNL0397N19MAY/1737452717437C2
R-HDQRMAA160313 523B749C-001
S-TTY TTY RMAA 2213 2014/05/15
A7 T-15MAY
S-HNL HNL AJY 2213 2014/05/15
XN 1PASCUAL/JEAN
A4S SSR DOCS HA HK1/DB/       51/F/PASCUAL/JEAND
A4O OSI HA TCP2 1CABEBE    EL GASMEN
AN 1PASCUAL/JEAN D
R-HDQRMAA160312 523A1F12-001
S-TTY TTY RMAA 2212 2014/05/15
A4S SSR DOCS HA HK1/DB/       51/F/CABEBE/ANABELGASMEN
R-HDQRMAA160311 52399AA
S-TTY TTY RMAA 2211 2014/05/15
AFF HA 315927042 NO HA HK TXT
R-HDQRMAA160305 522CF63F-001
S-TTY TTY RMAA 2205 2014/05/15
XS HA 0278X 19MAY M HNL KOA HS HK 02 425P 508P /E
A4O OSI HA CTCP HNL808 274.00 PER PERSON
AS HA 0278W 19MAY M HNL KOA HS HK 02 425P 508P /E
R-HDQRMAA160305/DKCCAB41C1320F/00000024B302981E 522D3709-001
S-TTY TTY RMAA 2205 2014/05/15
XS HA 0248Q 19MAY M HNL KOA HS HK 02 546P 629P /E
AS HA 0278X 19MAY M HNL KOA HS HK 02 425P 508P /E
R-HDQRMAA160304/DKCCAB41C1320E/0000002E66019C08 522CD4B7-001
S-TTY TTY RMAA 2204 2014/05/15
A5T QQ SSR OTHS REQ SEC FLT PSGR DATA 72 HBD FOR ALL PSGRS
A5H H-REQ SEC FLT PSGR DATA 72 HBD FOR ALL PSGRS
S-HDQ HDQ 8HXA 1932 2014/05/15
```

**Stored Fare Items**

**Bag Tag Items**

**Bag Tag Name Items**

```
PSGR#-001 ANABEL GASMEN CABEBE
PSGR#-002 JEAN D PASCUAL
```

**Bag Tag Routing**

```
BOARDING PASS PRINT RESULT
PSGR#-001 ITN #-000 INF #-N SEQ #-0001 STATUS- ESTA-NOT APPLICABLE
PSGR#-001 ITN #-002 INF #-N SEQ #-0002 STATUS- ESTA-NOT APPLICABLE
PSGR#-002 ITN #-000 INF #-N SEQ #-0001 STATUS- ESTA-NOT APPLICABLE
PSGR#-002 ITN #-002 INF #-N SEQ #-0002 STATUS- ESTA-NOT APPLICABLE
```

**PNR Queue Current**

**PNR Queue History**

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 111 of 136

```
OFF PLA 0104/ 2014/05/20 0123 REMOVED BY HNL HX1-QR
ON PLA 0104/011 2014/05/20 0119 PLACED BY KOA 4YV
OFF PLA 0104/ 2014/05/19 2220 REMOVED BY HNL HX1-QR
DUP PLA 0104/011 2014/05/19 2219 NO ADD BY HDQ HXB
ON PLA 0104/011 2014/05/19 2215 PLACED BY HDQ HXB
OFF UPP 0441/ 2014/05/19 1421 REMOVED BY RES GBU-QZAP
OFF PLA 0104/ 2014/05/19 1400 REMOVED BY HNL HX1-QR
DUP PLA 0104/011 2014/05/19 1358 NO ADD BY HDQ HXB
DUP PLA 0104/011 2014/05/19 1356 NO ADD BY HDQ HXB
DUP PLA 0104/011 2014/05/19 1353 NO ADD BY HDQ HXB
DUP PLA 0104/011 2014/05/19 1353 NO ADD BY HDQ HXB
ON PLA 0104/011 2014/05/19 1351 PLACED BY HDQ HXB
OFF PLA 0104/ 2014/05/19 1349 REMOVED BY HNL HX1-QR
ON PLA 0104/011 2014/05/19 1345 PLACED BY HDQ HXB
OFF PLA 0104/ 2014/05/15 2218 REMOVED BY HNL HX1-QR
DUP PLA 0104/011 2014/05/15 2213 NO ADD BY TTY MAA
DUP PLA 0104/011 2014/05/15 2213 NO ADD BY HNL AJY
DUP PLA 0104/011 2014/05/15 2212 NO ADD BY TTY MAA
ON PLA 0104/011 2014/05/15 2211 PLACED BY TTY MAA
OFF PLA 0104/ 2014/05/15 2208 REMOVED BY HNL HX1-QR
DUP PLA 0104/011 2014/05/15 2205 NO ADD BY TTY MAA
DUP PLA 0104/011 2014/05/15 2205 NO ADD BY TTY MAA
ON PLA 0104/011 2014/05/15 2204 PLACED BY TTY MAA
OFF PLA 0104/ 2014/05/15 1941 REMOVED BY HNL HX1-QR
ON PLA 0104/011 2014/05/15 1932 PLACED BY HDQ HXA
ON UPP 0441/011 2014/05/15 1932 PLACED BY HDQ HXA
OFF PLA 0104/ 2014/05/15 1422 REMOVED BY HNL HX1-QR
ON PLA 0104/011 2014/05/15 1416 PLACED BY TTY MAA
```

**PTA Action Items**


**PTA Fare Items**


**PTA Number**


**PTA Purchase Items**


**PTA Remarks**


**PTA Routing**

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 112 of 136

# PNR Data for CXQUYQ

**Passenger Names**

1CABEBE/ANABEL GASMEN

**Active Segments**

```
HA 0334B 20MAY T HNL OGG HK 01 327P 404P HRS /E
HA 0125N 20MAY T OGG HNL HK 01 801P 834P HRS /E
```

**Ticket Time Limit Items**

```
T-17MAY
TE 1737453107299 CABEB/A SYSSYS 1739/17MAY*
TK 1730615939023 CABEB/A HDQ5HXY 1622/20MAY
```

**Phone**

**Passenger Email**

**Passenger Address**

**Frequent Traveler**

HA 315927042 NO HA HK TXT

**Seats/Boarding Pass**

```
HA 0334B 2014/05/20 HNL OGG HK 11A NWL 1.1
HA 0125N 2014/05/20 OGG HNL HK 11A NWL 1.1
```

**OA Facts**

**HA Facts**

```
OSI HA CTCP HNL808 841 2881
SSR DOCS HA HK1/DB/████51/F/CABEBE/ANABELGASMEN 1.1
SSR SEAT HA DK1 HNL   34B20MAY.11AN
SSR SEAT HA DK1 OGGHNL0125N20MAY.11AN
SSR TKNE HA HK1 HNLOGG0334B20MAY.1737453107299C1 1.1
SSR TKNE HA HK1 OGGHNL0125N20MAY.1737453107299C2 1.1
```

**Remarks**

```
H-WB CHECK-IN FIRST ATTEMPTED AT 20MAY 1118 AM VIA WWW-0011
H-FIRST SUCCESSFUL WB CHECK-IN AT 20MAY 1119 AM VIA WWW-0011
H-AUTH/APV-961289/BA4198/20MAY
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS NOT SUPPLIED
H-01 PSEAT-ACS USD 10.00
```

```
H- 1737453107299
H-PROD 125/20MAYOGG-1.1 1 X F2 -- PSEAT-ACS CABEBE/ANABEL GASMEN
H-PAID/USD 10.00/20MAY WWW-0011/1730615939023
```

**Received From**

```
HDQRMAA172229/DKD54272C18C20/0000001AF806E60B 9D6D332D-001
HDQAACXQUST/99G1/12546973
TTY.TTY 1729 2014/05/17 CXQUYQ
```

**History**

```
A5H H-AUTH/APV-961289/BA4198/20MAY
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS NOT SUPPLIED
A5H H-01 PSEAT-ACS USD 10.00
A5H H- 1737453107299
A5H H-PROD 125/20MAYOGG-1.1 1 X F2 -- PSEAT-ACS CABEBE/ANABEL GASMEN
A5H H-PAID/USD 10.00/20MAY WWW-0011/1730615939023
S-HDQ HDQ 5HXY 1622 2014/05/20
A5H H-FIRST SUCCESSFUL WB CHECK-IN AT 20MAY 1119 AM VIA WWW-0011
S-HDQ HDQ 5HXY 1619 2014/05/20
A5H H-WB CHECK-IN FIRST ATTEMPTED AT 20MAY 1118 AM VIA WWW-0011
S-HDQ HDQ 5HXY 1618 2014/05/20
A4S SSR TKNE HA HK1 HNLOGG0334B20MAY.1737453107299C1
A4S SSR TKNE HA HK1 OGGHNL0125N20MAY.1737453107299C2
R-HDQRMAA172239 9D800C58-001
S-TTY TTY RMAA 1739 2014/05/17
A7 T-17MAY
S-HNL HNL A40 1739 2014/05/17
A4S SSR SEAT HA DK1 HNLOGG0334B20MAY.11AN
A4S SSR SEAT HA DK1 OGGHNL0125N20MAY.11AN
A4G HA 0334B 2014/05/20 HNL OGG SS 11A NWL
A4G HA 0125N 2014/05/20 OGG HNL SS 11A NWL
R-HDQRMAA172234/DKD54272C18C21/0000000825045DC9 9D7ACCAE-001 BPR
S-TTY TTY RMAA 1734 2014/05/17
A4S SSR DOCS HA HK1/DB/█████51/F/CABEBE/ANABELGASMEN
R-HDQRMAA172233 9D7A72F
S-TTY TTY RMAA 1733 2014/05/17
AFF HA 315927042 NO HA HK TXT
R-HDQRMAA172231 9D6D7869-001
S-TTY TTY RMAA 1731 2014/05/17
```

**Stored Fare Items**

**Bag Tag Items**

**Bag Tag Name Items**

```
PSGR#-001 ANABEL GASMEN CABEBE
```

**Bag Tag Routing**

```
BOARDING PASS PRINT RESULT
PSGR#-001 ITN #-000 INF #-N SEQ #-0003 STATUS- ESTA-NOT APPLICABLE
PSGR#-001 ITN #-001 INF #-N SEQ #-0004 STATUS- ESTA-NOT APPLICABLE
```

**PNR Queue Current**

**PNR Queue History**

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 114 of 136

```
OFF PLA 0104/ 2014/05/20 1627 REMOVED BY HNL HX1-QR
DUP PLA 0104/011 2014/05/20 1622 NO ADD BY HDQ HXY
DUP PLA 0104/011 2014/05/20 1619 NO ADD BY HDQ HXY
ON PLA 0104/011 2014/05/20 1618 PLACED BY HDQ HXY
OFF PLA 0104/ 2014/05/17 1749 REMOVED BY HNL HX1-QR
DUP PLA 0104/011 2014/05/17 1739 NO ADD BY TTY MAA
ON PLA 0104/011 2014/05/17 1739 PLACED BY HNL A40
OFF PLA 0104/ 2014/05/17 1738 REMOVED BY HNL HX1-QR
DUP PLA 0104/011 2014/05/17 1734 NO ADD BY TTY MAA
DUP PLA 0104/011 2014/05/17 1733 NO ADD BY TTY MAA
DUP PLA 0104/011 2014/05/17 1731 NO ADD BY TTY MAA
ON PLA 0104/011 2014/05/17 1729 PLACED BY TTY MAA
```

**PTA Action Items**

**PTA Fare Items**

**PTA Number**

**PTA Purchase Items**

**PTA Remarks**

**PTA Routing**

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 115 of 136

# PNR Data for KLKSFN

## Passenger Names

1CABEBE/ANABEL GASMEN

## Active Segments

```
HA 0334A 17JUN T HNL OGG YG 01 337P 414P /E
HA 0595I 17JUN T OGG HNL HK 01 932P 1005P /E
```

## Ticket Time Limit Items

```
T-14JUN
TE 1737459467092 CABEB/A SYSSYS 1736/14JUN*
TK 1730615977956 CABEB/A HNL5HXB 1135/17JUN
```

## Phone

## Passenger Email

## Passenger Address

## Frequent Traveler

HA 315927042 NO HA HK TXT

## Seats/Boarding Pass

## OA Facts

## HA Facts

```
OSI HA CTCP HNL808 841 2881
SSR DOCS HA HK1/DB/████51/F/CABEBE/ANABELGASMEN 1.1
```

## Remarks

```
H-KS CHECK-IN FIRST ATTEMPTED AT 17JUN 1132 AM VIA HNL-HNLL2P1K7
H-CTSREM 334/17JUNHNL-1.1 UPGRD F -- UPGRADE GIVEN CABEBE/ANABEL GASM
H-AUTH/APV-493793/BA4198/17JUN
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS NOT SUPPLIED
H-01 1ST CLASS UPGRADE USD 25.00
H- 1737459467092
H-PROD 334/17JUNHNL-1.1 1 X F -- 1ST CLASS UPGRADE CABEBE/ANABEL GASM
H-PAID/USD 25.00/17JUN HNL-HNLL2P1K7/1730615977956
H-FIRST SUCCESSFUL KS CHECK-IN AT 17JUN 1135 AM VIA HNL-HNLL2P1K7
H-ERROR-PAXTIMEOUT
```

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 116 of 136

**Received From**

```
HDQRMAA130123/DKCCAB41C33759/0000004127014EAC 951B0D65-001
HDQAABKYXFU/99G1/12546973
TTY.TTY 2023 2014/06/12 KLKSFN
```

**History**

```
XS HA 0334A 17JUN T HNL OGG NN HK 01 337P 414P /E
AS HA 0334A 17JUN T HNL OGG YG YG 01 337P 414P /E
R-PDCHAHNL
S-HNL HNL 5 PD 2032 2014/06/17
A5H H-ERROR-PAXTIMEOUT
S-HNL HDQ 5HXB 1637 2014/06/17
A5H H-FIRST SUCCESSFUL KS CHECK-IN AT 17JUN 1135 AM VIA HNL-HNLL2P1K7
S-HNL HDQ 5HXB 1635 2014/06/17
X5H H-***** FC UPG PAYMENT DUE *****
A5H H-AUTH/APV-493793/BA4198/17JUN
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS NOT SUPPLIED
A5H H-01 1ST CLASS UPGRADE USD 25.00
A5H H- 1737459467092
A5H H-PROD 334/17JUNHNL-1.1 1 X F -- 1ST CLASS UPGRADE CABEBE/ANABEL GASM
A5H H-PAID/USD 25.00/17JUN HNL-HNLL2P1K7/1730615977956
S-HNL HDQ 5HXB 1635 2014/06/17
A5H H-***** FC UPG PAYMENT DUE *****
A5H H-CTSREM 334/17JUNHNL-1.1 UPGRD F -- UPGRADE GIVEN CABEBE/ANABEL GASM
S-HDQ HDQ 5HXB 1634 2014/06/17
XS HA 0334N 17JUN T HNL OGG HS HK 01 337P 414P /E
AS HA 0334A 17JUN T HNL OGG NN SS 01 337P 414P /E
R-HDQ5HXB
S-HDQ HDQ 5HXB 1634 2014/06/17
A5H H-KS CHECK-IN FIRST ATTEMPTED AT 17JUN 1132 AM VIA HNL-HNLL2P1K7
S-HDQ HDQ 5HXB 1632 2014/06/17
A7 T-14JUN
S-HNL HNL A40 1736 2014/06/14
A4S SSR DOCS HA HK1/DB/     51/F/CABEBE/ANABELGASMEN
R-HDQRMAA142223 51D0FED
S-TTY TTY RMAA 1723 2014/06/14
XN 1CABEBE/ANABEL
AFF HA 315927042 NO HA HK TXT
AN 1CABEBE/ANABEL GASMEN
R-HDQRMAA142223 51B93AE0-001
S-TTY TTY RMAA 1723 2014/06/14
XS HA 0555I 17JUN T OGG HNL HS HK 01 903P 937P /E
AS HA 0595I 17JUN T OGG HNL HS HK 01 932P 1005P /E
R-HDQRMAA142030/DKCCAB41C1377E/0000000001017A1D 3C9C9681-001
S-TTY TTY RMAA 1530 2014/06/14
```

**Stored Fare Items**

**Bag Tag Items**

**Bag Tag Name Items**

```
PSGR#-002 ANABEL GASMEN CABEBE
```

**Bag Tag Routing**

```
BOARDING PASS PRINT RESULT
PSGR#-001 ITN #-000 INF #-N SEQ #-0001 STATUS-DHS ERROR ESTA-NOT APPLICABLE
PSGR#-001 ITN #-003 INF #-N SEQ #-0002 STATUS-DHS ERROR ESTA-NOT APPLICABLE
PSGR#-002 ITN #-003 INF #-N SEQ #-0005 STATUS- ESTA-NOT APPLICABLE
PSGR#-002 ITN #-004 INF #-N SEQ #-0004 STATUS- ESTA-NOT APPLICABLE
```

Post Departure Information Web Site - Display Page

**PNR Queue Current**


**PNR Queue History**

```
OFF PLA 0101/ 2014/06/17 2037 REMOVED BY HNL HX1-QR
ON  PLA 0101/011 2014/06/17 2032 PLACED BY HNL PD
OFF PLA 0101/ 2014/06/17 1637 REMOVED BY HNL HX1-QR
DUP PLA 0101/011 2014/06/17 1637 NO ADD BY HDQ HXB
DUP PLA 0101/011 2014/06/17 1635 NO ADD BY HDQ HXB
DUP PLA 0101/011 2014/06/17 1635 NO ADD BY HDQ HXB
DUP PLA 0101/011 2014/06/17 1634 NO ADD BY HDQ HXB
DUP PLA 0101/011 2014/06/17 1634 NO ADD BY HDQ HXB
ON  PLA 0101/011 2014/06/17 1632 PLACED BY HDQ HXB
OFF PLA 0101/ 2014/06/14 1745 REMOVED BY HNL HX1-QR
DUP PLA 0101/011 2014/06/14 1736 NO ADD BY HNL A40
ON  PLA 0101/011 2014/06/14 1735 PLACED BY TTY MAA
OFF PLA 0101/ 2014/06/14 1724 REMOVED BY HNL HX1-QR
DUP PLA 0101/011 2014/06/14 1723 NO ADD BY TTY MAA
ON  PLA 0101/011 2014/06/14 1723 PLACED BY TTY MAA
OFF PLA 0101/ 2014/06/14 1536 REMOVED BY HNL HX1-QR
ON  PLA 0101/011 2014/06/14 1530 PLACED BY TTY MAA
OFF PLA 0101/ 2014/06/12 2027 REMOVED BY HNL HX1-QR
ON  PLA 0101/011 2014/06/12 2023 PLACED BY TTY MAA
```


**PTA Action Items**


**PTA Fare Items**


**PTA Number**


**PTA Purchase Items**


**PTA Remarks**


**PTA Routing**

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 118 of 136

# PNR Data for DDBNQZ

## Passenger Names

1CABEBE/ANABEL GASMEN

## Active Segments

```
HA 0334Q 08JUL T HNL OGG HK 01 337P 414P /E
HA 0555N 08JUL T OGG HNL HK 01 903P 937P /E
```

## Ticket Time Limit Items

```
T-07JUL
TE 1737463983200 CABEB/A SYSSYS 1742/07JUL*
```

## Phone

## Passenger Email

## Passenger Address

## Frequent Traveler

HA 315927042 NO HA HK TXT

## Seats/Boarding Pass

## OA Facts

## HA Facts

```
OSI HA CTCT HNL808 841 2881 A
SSR DOCS HA HK1/DB/       51/F/CABEBE/ANABELGASMEN 1.1
SSR TKNE HA HK1 HNL      34Q08JUL.1737463983200C1 1.1
SSR TKNE HA HK1 OGGHNL0555N08JUL.1737463983200C2 1.1
```

## Remarks

```
H-KS CHECK-IN FIRST ATTEMPTED AT 08JUL 1159 AM VIA HNL-HNLL2P2K8
H-FIRST SUCCESSFUL KS CHECK-IN AT 08JUL 1201 PM VIA HNL-HNLL2P2K8
H-ERROR-PAXTIMEOUT
```

## Received From

```
HDQRMAA072203/DKCCAB41C13A95/000000070901C023 AB1D8ECF-001
HDQAANMRKYZ/99G1/12546973
TTY.TTY 1703 2014/07/07 DDBNQZ
```

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed 08/04/16  Page 119 of 136

## History

```
A5H H-ERROR-PAXTIMEOUT
S-HDQ  HDQ 5HXB 1703 2014/07/08
A5H H-FIRST SUCCESSFUL KS CHECK-IN AT 08JUL 1201 PM VIA HNL-HNLL2P2K8
S-HDQ  HDQ 5HXB 1701 2014/07/08
A5H H-KS CHECK-IN FIRST ATTEMPTED AT 08JUL 1159 AM VIA HNL-HNLL2P2K8
S-HDQ  HDQ 5HXB 1659 2014/07/08
A4S SSR TKNE HA HK1 HNLOGG0334Q08JUL.1737463983200C1
A4S SSR TKNE HA HK1 OGGHNL0555N08JUL.1737463983200C2
R-HDQRMAA072242 3D51D207-001
S-TTY  TTY RMAA 1742 2014/07/07
A7 T-07JUL
S-HNL  HNL A40 1742 2014/07/07
XS HA 0334Q 08JUL T HNL OGG HS HK 01 337P 414P /E
XS HA 0555N 08JUL T OGG HNL HS HK 01 903P 937P /E
AS HA 0334Q 08JUL T HNL OGG HS HK 01 337P 414P /E
AS HA 0555N 08JUL T OGG HNL HS HK 01 903P 937P /E
R-HDQRMAA072241/DKC7CFA5C109A5/00000041B401AA3E 3D522D40-001
S-TTY  TTY RMAA 1741 2014/07/07
AFF HA 315927042 NO HA HK TXT
R-HDQRMAA072236 3D4315F4-001
S-TTY  TTY RMAA 1736 2014/07/07
A4S SSR DOCS HA HK1/DB/██████51/F/CABEBE/ANABELGASMEN
R-HDQRMAA072234 3D3B2A0
S-TTY  TTY RMAA 1734 2014/07/07
```

## Stored Fare Items

## Bag Tag Items

## Bag Tag Name Items

```
PSGR#-001 ANABEL GASMEN CABEBE
```

## Bag Tag Routing

```
BOARDING PASS PRINT RESULT
PSGR#-001 ITN #-002 INF #-N SEQ #-0003 STATUS- ESTA-NOT APPLICABLE
PSGR#-001 ITN #-003 INF #-N SEQ #-0007 STATUS- ESTA-NOT APPLICABLE
```

## PNR Queue Current

## PNR Queue History

```
OFF PLA 0103/ 2014/07/8 1712 REMOVED BY HNL HX1-QR
ON PLA 0103/011 2014/07/08 1703 PLACED BY HDQ HXB
OFF PLA 0103/ 2014/07/08 1702 REMOVED BY HNL HX1-QR
DUP PLA 0103/011 2014/07/08 1701 NO ADD BY HDQ HXB
ON PLA 0103/011 2014/07/08 1659 PLACED BY HDQ HXB
OFF PLA 0103/ 2014/07/07 1751 REMOVED BY HNL HX1-QR
DUP PLA 0103/011 2014/07/07 1742 NO ADD BY TTY MAA
DUP PLA 0103/011 2014/07/07 1742 NO ADD BY HNL A40
ON PLA 0103/011 2014/07/07 1741 PLACED BY TTY MAA
OFF PLA 0103/ 2014/07/07 1741 REMOVED BY HNL HX1-QR
DUP PLA 0103/011 2014/07/07 1736 NO ADD BY TTY MAA
ON PLA 0103/011 2014/07/07 1734 PLACED BY TTY MAA
OFF PLA 0103/ 2014/07/07 1707 REMOVED BY HNL HX1-QR
ON PLA 0103/011 2014/07/07 1703 PLACED BY TTY MAA
```

## PTA Action Items

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 120 of 136

**PTA Fare Items**

**PTA Number**

**PTA Purchase Items**

**PTA Remarks**

**PTA Routing**

http://haw00009/cao/pdi/Display.aspx?record_loc=DDBNQZ&pnr_date=07/07/2014[6/4/2015 8:48:23 AM]

# PNR Data for ZKUSCU

## Passenger Names

1CABEBE/ANABEL GASMEN

## Active Segments

```
HA 0258W 11AUG M HNL KOA HK 01 1230P 114P /E
HA 0307S 11AUG M KOA HNL SB 01 805P 848P /E
```

## Ticket Time Limit Items

```
T-10AUG-UPP5MXI
TE 1732147775436  CABEB/A UPP5MXI 2112/10AUG
TK 1730616059427  CABEB/A HDQ5HXY 1352/11AUG
TK 1730616059724  CABEB/A HNL54OY 1135/11AUG
TK 1730616059912  CABEB/A KOA5HXB 1317/11AUG
```

## Phone

```
QGT808-676-4013-A/5 STAR TRAVEL AGENCY CHAZEL BALI
QGT808-738-3367-B/ONLINE TRAVEL SERVICES
```

## Passenger Email

```
$MBMELVIE17@GMAIL.COM$
$Anabelcabebe==realtor@yahoo.com$
$SALES@ONLINETRAVEL-SERVICES.COM$
```

## Passenger Address

## Frequent Traveler

HA 315927042 HK HA NN 1.1

## Seats/Boarding Pass

## OA Facts

## HA Facts

```
SSR DOCS HA HK1/DB/█████51/F/CABEBE/ANABEL/GASMEN 1.1
SSR TKNE HA HK1 HNL█████58W11AUG/1732147775436C1 1.1
```

## Remarks

```
-TBM*XXXXXXXXXXXXXX3017$XXXXX
H-PANDA HOTTRIPS- INTERISLAND PKG
H-AIR ONLY-DATE/TIME CHGS PERMITTED THRU HA.
H-PANDA CHG RQST W/HA-SUBJ FARE DIFF AND NO CHG FEE.
H-...CHARGE TO PANDA HA ACCOUNT.
```

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 122 of 136

Post Departure Information Web Site - Display Page

```
H-PSGR CHG RQST W/HA-SUBJ CHANGE FEE PLUS FARE DIFF
H-...TO BE COLLECTED FROM PSGR AT TIME OF CHANGE.
H-PLZ DO NOT QUOTE STORED FARES TO PSGR REFR TO AGCY.
H-CHANGES AFTER TICKETING.....
H-REFUND RQSTS BY PANDA AGT ONLY-XXL ITIN/QP/UPP196/11
H-PANDA HNL 808-738-3898/OUTER ISLAND 866-444-4352

H-TOUR CODE PANDA20090304
H-BULK YES
H-FFN HA 315927042 CABEBE ANABEL
GET2HAWAII REFERENCE TMD CLONE ZKUULN
XXAUTH/465013
H-WB CHECK-IN FIRST ATTEMPTED AT 11AUG 0717 AM VIA WWW-0049
H-AUTH/APV-035227/BA1406/11AUG
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS NOT SUPPLIED
H-01 PSEAT-ACS USD 10.00
H- 1732147775436
H-PROD 138/11AUGHNL-1.1 1 X F2 -- PSEAT-ACS CABEBE/ANABEL GASMEN
H-PAID/USD 10.00/11AUG WWW-0012/1730616059427
H-FIRST SUCCESSFUL WB CHECK-IN AT 11AUG 0853 AM VIA WWW-0012
H-AUTH/APV-051109/IK1303/11AUG
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS NOT SUPPLIED
H-01 FLT CHNG HNLKOA USD 30.00
H- 1732147775436
H-KS CHECK-IN FIRST ATTEMPTED AT 11AUG 1139 AM VIA HNL-HNLL2P2K7
H-ACTION-PAXCANCEL
H-AUTH/APV-575177/BA4198/11AUG
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS NOT SUPPLIED
H-01 PSEAT-ACS USD 10.00
H- 1732147775436
H-PROD 247/11AUGKOA-1.1 1 X F2 -- PSEAT-ACS CABEBE/ANABEL GASMEN
H-PAID/USD 10.00/11AUG KOA-KOACTRK3/1730616059912
H-FIRST SUCCESSFUL KS CHECK-IN AT 11AUG 0117 PM VIA KOA-KOACTRK3
```

**Received From**

```
HOTTRIPS
QGT.QGT4AHG 0208 2014/08/11 ZKUSCU
```

**History**

```
XS HA 0307S 11AUG M KOA HNL DS DS 01 805P 848P /E
AS HA 0307S 11AUG M KOA HNL SB SB 01 805P 848P /E
R-PDCHAKOA
S-KOA KOA 5 PD 0100 2014/08/12
SC HA 0247S 11AUG M KOA HNL HK XM 01 659P 742P HRS /E
X4G*HA 0247S 2014/08/11 KOA HNL HK 21D NRHA
X4S*SSR TKNE HA HK1 KOAHNL0247S11AUG/1732147775436C2
R-PDCHAKOA
S-KOA KOA 5 PD 2354 2014/08/11
AS HA 0307S 11AUG M KOA HNL DS DS 01 805P 848P /E
R-KOA54YV
S-KOA KOA 54YV 2350 2014/08/11
A5H H-FIRST SUCCESSFUL KS CHECK-IN AT 11AUG 0117 PM VIA KOA-KOACTRK3
S-KOA HDQ 5HXB 1817 2014/08/11
A5H H-AUTH/APV-575177/BA4198/11AUG
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS NOT SUPPLIED
A5H H-01 PSEAT-ACS USD 10.00
A5H H- 1732147775436
A5H H-PROD 247/11AUGKOA-1.1 1 X F2 -- PSEAT-ACS CABEBE/ANABEL GASMEN
A5H H-PAID/USD 10.00/11AUG KOA-KOACTRK3/1730616059912
S-KOA HDQ 5HXB 1817 2014/08/11
A5H H-ACTION-PAXCANCEL
S-HDQ HDQ 5HXB 1640 2014/08/11
A5H H-KS CHECK-IN FIRST ATTEMPTED AT 11AUG 1139 AM VIA HNL-HNLL2P2K7
S-HDQ HDQ 5HXB 1639 2014/08/11
AFF HA 315927042 HK HA NN
S-HNL HNL 54OY 1635 2014/08/11
A5H H-AUTH/APV-051109/IK1303/11AUG
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS NOT SUPPLIED
A5H H-01 FLT CHNG HNLKOA USD 30.00
A5H H- 1732147775436
```

U.S. Bankruptcy Court - Hawaii #16-90011 Dkt # 16-24 Filed 08/04/16 Page 123 of 136

```
S-HNL  HNL 54OY 1635 2014/08/11
XS HA 0138W 11AUG M HNL KOA NN HK 01 1107A 1151A HRS /E
X4G*HA 0138W 2014/08/11 HNL KOA HK 19D NRHA
X4S*SSR TKNE HA HK1 HNLKOA0138W11AUG/1732147775436C1
A4S SSR TKNE HA HK1 HNLKOA0258W11AUG/1732147775436C1
AS HA 0258W 11AUG M HNL KOA NN SS 01 1230P 114P /E
S-HNL  HNL 54OY 1632 2014/08/11
A5H H-FIRST SUCCESSFUL WB CHECK-IN AT 11AUG 0853 AM VIA WWW-0012
S-HDQ  HDQ 5HXY 1353 2014/08/11
A5H H-AUTH/APV-035227/BA1406/11AUG
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS NOT SUPPLIED
A5H H-01 PSEAT-ACS USD 10.00
A5H H- 1732147775436
A5H H-PROD 138/11AUGHNL-1.1 1 X F2 -- PSEAT-ACS CABEBE/ANABEL GASMEN
A5H H-PAID/USD 10.00/11AUG WWW-0012/1730616059427
S-HDQ  HDQ 5HXY 1352 2014/08/11
A5H H-WB CHECK-IN FIRST ATTEMPTED AT 11AUG 0717 AM VIA WWW-0049
S-HDQ  HDQ 5HXY 1217 2014/08/11
A4S SSR TKNE HA HK1 HNLKOA0138W11AUG/1732147775436C1
A4S SSR TKNE HA HK1 KOAHNL0247S11AUG/1732147775436C2
X8 TL30
A7 T-10AUG-UPP5MXI
AT W$PQ1$F*XXXXXXXXXXXXXX3017/XXXX$UB*PANDA20090304
S-UPP  HNL 5MXI 0212 2014/08/11
X8 TL30
A8 TL30
S-QGT  QGT 4AHG 0208 2014/08/11
```

**Stored Fare Items**

```
PRICE QUOTE RECORD - DETAILS
PQ 1 VALIDATING CARRIER SPECIFIED - HA
BASE FARE EQUIV AMT TAXES TOTAL
USD189.29 33.41XT USD222.70 JCB
XT 14.21US 8.00ZP 11.20AY
JCB-01 WHXWEB/PADI SHXWEB/PADI
HNL HA KOA119.95HA HNL69.34USD189.29END ZPHNLKOA
HA ONLY/NONREF/FEE TO CHG
01 O HNLKOA HA 138 W 11AUG 1107A WHXWEB/PADI 11AUG11AUG NIN
02 O KOAHNL HA 247 S 11AUG 659P SHXWEB/PADI 11AUG11AUG NIN
QGT QGT 4AHG 0208 /11AUG STATUS-INACTIVE EXP- /08JUL PRICE-SYS
```

**Bag Tag Items**

**Bag Tag Name Items**

```
PSGR#-001 ANABEL GASMEN CABEBE
```

**Bag Tag Routing**

```
BOARDING PASS PRINT RESULT
PSGR#-001 ITN #-001 INF #-N SEQ #-0002 STATUS- ESTA-NOT APPLICABLE
PSGR#-001 ITN #-002 INF #-N SEQ #-0001 STATUS- ESTA-NOT APPLICABLE
PSGR#-001 ITN #-003 INF #-N SEQ #-0002 STATUS- ESTA-NOT APPLICABLE
```

**PNR Queue Current**

**PNR Queue History**

```
OFF PLA 0101/ 2014/08/12 0103 REMOVED BY HNL HX1-QR
ON PLA 0101/011 2014/08/12 0100 PLACED BY KOA PD
OFF PLA 0101/ 2014/08/11 2359 REMOVED BY HNL HX1-QR
DUP PLA 0101/011 2014/08/11 2354 NO ADD BY KOA PD
ON PLA 0101/011 2014/08/11 2350 PLACED BY KOA 4YV
OFF PLA 0101/ 2014/08/11 1825 REMOVED BY HNL HX1-QR
```

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed 08/04/16  Page 124 of 136

```
DUP PLA 0101/011 2014/08/11 1817 NO ADD BY HDQ HXB
ON  PLA 0101/011 2014/08/11 1817 PLACED BY HDQ HXB
OFF PLA 0101/  2014/08/11 1646 REMOVED BY HNL HX1-QR
DUP PLA 0101/011 2014/08/11 1640 NO ADD BY HDQ HXB
ON  PLA 0101/011 2014/08/11 1639 PLACED BY HDQ HXB
OFF PLA 0101/  2014/08/11 1636 REMOVED BY HNL HX1-QR
DUP PLA 0101/011 2014/08/11 1635 NO ADD BY HNL 4OY
DUP PLA 0101/011 2014/08/11 1635 NO ADD BY HNL 4OY
ON  PLA 0101/011 2014/08/11 1632 PLACED BY HNL 4OY
OFF PLA 0101/  2014/08/11 1400 REMOVED BY HNL HX1-QR
DUP PLA 0101/011 2014/08/11 1353 NO ADD BY HDQ HXY
ON  PLA 0101/011 2014/08/11 1352 PLACED BY HDQ HXY
OFF PLA 0101/  2014/08/11 1223 REMOVED BY HNL HX1-QR
ON  PLA 0101/011 2014/08/11 1217 PLACED BY HDQ HXY
OFF FFW 0200/  2014/08/11 0217 REMOVED BY HNL HW8-QR
ON  FFW 0200/011 2014/08/11 0217 PLACED BY WWW HBP
OFF UPP 0400/  2014/08/11 0217 REMOVED BY WWW HBP-QR/
OFF PLA 0101/  2014/08/11 0216 REMOVED BY HNL HX1-QR
DUP PLA 0101/011 2014/08/11 0212 NO ADD BY HNL MXI
ON  UPP 0400/007 2014/08/11 0208 PLACED BY QGT AHG
DUP PLA 0101/011 2014/08/11 0208 NO ADD BY QGT AHG
DUP PLA 0101/011 2014/08/11 0208 NO ADD BY QGT AHG
ON  PLA 0101/011 2014/08/11 0208 PLACED BY QGT AHG
```

**PTA Action Items**

**PTA Fare Items**

**PTA Number**

**PTA Purchase Items**

**PTA Remarks**

**PTA Routing**

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 125 of 136

# PNR Data for IMXSNW

**Passenger Names**

1CABEBE/ANABEL GASMEN

**Active Segments**

HA 0016Z 17AUG S HNL SAN HK 01 205P 1025P HRS /E

**Ticket Time Limit Items**

T-12AUG
TE 1737472549592 CABEB/A SYSSYS 2031/12AUG*
TK 1730616068974 CABEB/A HNL5HXB 0536/17AUG

**Phone**

**Passenger Email**

**Passenger Address**

**Frequent Traveler**

HA 315927042 NO HA HK TXT

**Seats/Boarding Pass**

HA 0016Z 2014/08/17 HNL SAN HK 16C NHA 1.1

**OA Facts**

**HA Facts**

OSI HA CTCP HNL808 841 281
OSI HA TCP2 1GASMEN/IMELDA
SSR SEAT HA DK2 HNLSAN0016Z17AUG.16CN16DN
SSR SEAT HA DK2 SANHNL0015Q20AUG.19DN19EN
SSR DOCS HA HK1/DB/██████51/F/CABEBE/ANABELGASMEN 1.1
OSI HA CTCP HNL808 ████ 881 A
OSI HA CTCP HNL808 847 3856 FAX
SSR TKNE HA HK1 HNLSAN0016Z17AUG/1737472549592C1 1.1

**Remarks**

DIVIDED/TTY.PLT 2001/13AUG14 IDVIZP
H-SPLIT TO/200144/13AUG14 IDVIZP 02/02 01/01 CABEBE/ANABEL
H-WB CHECK-IN FIRST ATTEMPTED AT 17AUG 0331 AM VIA WWW-0007
H-KS CHECK-IN FIRST ATTEMPTED AT 17AUG 0531 AM VIA HNL-HNLL2P1K7
H-AUTH/APV-017166/BA0781/17AUG
H-AUTH/CSC NOT SUPPLIED

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 126 of 136

```
H-AUTH/AVS NOT SUPPLIED
H-01 COMFORT-ACS USD 60.00
H- 1737472549592
H-PROD 16/17AUGHNL-1.1 1 X F3 -- COMFORT-ACS CABEBE/ANABEL GASMEN
H-PAID/USD 60.00/17AUG HNL-HNLL2P1K7/1730616068974
H-FIRST SUCCESSFUL KS CHECK-IN AT 17AUG 0536 AM VIA HNL-HNLL2P1K7
```

## Received From

```
HDQRMAA130032/DKD54272C19B16/00000006980428A3 9CA43970-001
HDQAALMMNRR/99G1/12546973
TTY.TTY 1932 2014/08/12 IMXSNW
```

## History

```
SC HA 0015V 20AUG W SAN HNL HK NS 01 1020A 120P /E
X4S*SSR TKNE HA HK1 SANHNL0015V20AUG/1737472549592C2
R-PDCHASAN
S-SAN SAN 5 PD 1300 2014/08/20
A5H H-FIRST SUCCESSFUL KS CHECK-IN AT 17AUG 0536 AM VIA HNL-HNLL2P1K7
S-HNL HDQ 5HXB 1036 2014/08/17
A5H H-AUTH/APV-017166/BA0781/17AUG
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS NOT SUPPLIED
A5H H-01 COMFORT-ACS USD 60.00
A5H H- 1737472549592
A5H H-PROD 16/17AUGHNL-1.1 1 X F3 -- COMFORT-ACS CABEBE/ANABEL GASMEN
A5H H-PAID/USD 60.00/17AUG HNL-HNLL2P1K7/1730616068974
S-HNL HDQ 5HXB 1036 2014/08/17
A5H H-KS CHECK-IN FIRST ATTEMPTED AT 17AUG 0531 AM VIA HNL-HNLL2P1K7
S-HDQ HDQ 5HXB 1031 2014/08/17
A5H H-WB CHECK-IN FIRST ATTEMPTED AT 17AUG 0331 AM VIA WWW-0007
S-HDQ HDQ 5HXY 0831 2014/08/17
A5H H-SPLIT TO/200144/13AUG14 IDVIZP 02/02 01/01 CABEBE/ANABEL
S-TTY TTY RMAA 2001 2014/08/13
A4S SSR TKNE HA HK1 HNLSAN0016Z17AUG/1737472549592C1
A4S SSR TKNE HA HK1 SANHNL0015V20AUG/1737472549592C2
R-HDQRMAA130132 9D5746A8-001
S-TTY TTY RMAA 2032 2014/08/12
A7 T-12AUG
S-HNL HNL A40 2031 2014/08/12
XS HA 0015Q 20AUG W SAN HNL LK HK 02 1020A 120P HRS /E
X4G*HA 0015Q 2014/08/20 SAN HNL HK 19D NH
A4O OSI HA CTCP HNL808 841 2881 A
A4O OSI HA CTCP HNL808 847 3856 FAX
AS HA 0015V 20AUG W SAN HNL HS HK 02 1020A 120P /E
R-HDQRMAA130124/DKA54775C531E5/00000041D30389A2 9D381933-001
S-TTY TTY RMAA 2024 2014/08/12
A4S SSR DOCS HA HK1/DB/█████51/F/CABEBE/ANABELGASMEN
R-HDQRMAA130117 9D28640
S-TTY TTY RMAA 2017 2014/08/12
A4S SSR SEAT HA DK2 SANHNL0015Q20AUG.19DN19EN
A4G HA 0015Q 2014/08/20 SAN HNL SS 19D NH
R-HDQRMAA130116/DKD54272C19B1F/0000004045018098 9D287A9B-001 BPR
S-TTY TTY RMAA 2016 2014/08/12
A4S SSR SEAT HA DK2 HNLSAN0016Z17AUG.16CN16DN
A4G HA 0016Z 2014/08/17 HNL SAN SS 16C NHA
R-HDQRMAA130116/DKD54272C19B1E/0000003F9D02617B 9D2876AF-001 BPR
S-TTY TTY RMAA 2016 2014/08/12
A5H H-DATA REMOVED DUE TO DIVIDE
S-TTY TTY RMAA 2013 2014/08/12
AFF HA 315927042 NO HA HK TXT
R-HDQRMAA130043 9CCDE1F0-001
S-TTY TTY RMAA 1943 2014/08/12
XN 1CABEBE/ANABEL
A4O OSI HA TCP2 1GASMEN/IMELDA
AN 1CABEBE/ANABEL GASMEN
R-HDQRMAA130042 9CCDD358-001
S-TTY TTY RMAA 1942 2014/08/12
```

## Stored Fare Items

**Bag Tag Items**

**Bag Tag Name Items**

PSGR#-001 ANABEL GASMEN CABEBE

**Bag Tag Routing**

BOARDING PASS PRINT RESULT
PSGR#-001 ITN #-000 INF #-N SEQ #-0001 STATUS- ESTA-NOT APPLICABLE
PSGR#-001 ITN #-002 INF #-N SEQ #-0002 STATUS- ESTA-NOT APPLICABLE

**PNR Queue Current**

**PNR Queue History**

OFF PLA 0103/ 2014/08/20 1307 REMOVED BY HNL HX1-QR
ON PLA 0103/011 2014/08/20 1300 PLACED BY SAN PD
OFF PLA 0103/ 2014/08/17 1045 REMOVED BY HNL HX1-QR
DUP PLA 0103/011 2014/08/17 1036 NO ADD BY HDQ HXB
ON PLA 0103/011 2014/08/17 1036 PLACED BY HDQ HXB
OFF PLA 0103/ 2014/08/17 1035 REMOVED BY HNL HX1-QR
ON PLA 0103/011 2014/08/17 1031 PLACED BY HDQ HXB
OFF PLA 0103/ 2014/08/17 0840 REMOVED BY HNL HX1-QR
ON PLA 0103/011 2014/08/17 0831 PLACED BY HDQ HXY
OFF PLA 0103/ 2014/08/13 2008 REMOVED BY HNL HX1-QR
DUP PLA 0103/011 2014/08/13 2001 NO ADD BY TTY MAA
ON PLA 0103/011 2014/08/13 2001 PLACED BY TTY MAA
OFF PLA 0103/ 2014/08/12 2038 REMOVED BY HNL HX1-QR
DUP PLA 0103/011 2014/08/12 2032 NO ADD BY TTY MAA
ON PLA 0103/011 2014/08/12 2031 PLACED BY HNL A40
OFF PLA 0103/ 2014/08/12 2026 REMOVED BY HNL HX1-QR
DUP PLA 0103/011 2014/08/12 2024 NO ADD BY TTY MAA
DUP PLA 0103/011 2014/08/12 2017 NO ADD BY TTY MAA
DUP PLA 0103/011 2014/08/12 2016 NO ADD BY TTY MAA
ON PLA 0103/011 2014/08/12 2016 PLACED BY TTY MAA
OFF PLA 0103/ 2014/08/12 2016 REMOVED BY HNL HX1-QR
ON PLA 0103/011 2014/08/12 2013 PLACED BY TTY MAA
OFF PLA 0103/ 2014/08/12 1952 REMOVED BY HNL HX1-QR
DUP PLA 0103/011 2014/08/12 1943 NO ADD BY TTY MAA
ON PLA 0103/011 2014/08/12 1942 PLACED BY TTY MAA
OFF PLA 0103/ 2014/08/12 1941 REMOVED BY HNL HX1-QR
ON PLA 0103/011 2014/08/12 1932 PLACED BY TTY MAA

**PTA Action Items**

**PTA Fare Items**

**PTA Number**

**PTA Purchase Items**

**PTA Remarks**

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 128 of 136

PTA Routing

# PNR Data for UUJMRG

**Passenger Names**

1CABEBE/ANABEL G

**Active Segments**

HA 0003V 20AUG W LAX HNL HK 01 1000A 1245P HRS /E

**Ticket Time Limit Items**

T-19AUG-WWW5HBQ
TE 1732147896102 CABEB/A WWW5HBQ 1442/19AUG

**Phone**

WWW1-808-230-3774-H ANABEL CABEBE

**Passenger Email**

$IGASMEN@GMAIL.COM$

**Passenger Address**

IMELDA GASMEN
2204 KOMO MAI DR.
PEARL CITY, HI
96782

**Frequent Traveler**

HA 315927042 HK HA 1.1

**Seats/Boarding Pass**

HA 0003V 2014/08/20 LAX HNL HK 16H NRHA 1.1

**OA Facts**

**HA Facts**

SSR DOCS HA HK1/DB/████1951/F/CABEBE/ANABEL/G 1.1
SSR TKNE HA HK1 LAX      03V20AUG/1732147896102C1 1.1

**Remarks**

-TBM*XXXXXXXXXXXXXX9747$XXXXX
H-G$/SOURCE/999999999////////WEB////
H-ITA FARE*******************************
H-BASE USD 364.89 HA3 VLXOWEB/WEB
H-ORIG BASE USD / EQUIV USD
H-TAX USD 5.60AY/4.50XF/4.00ZP/8.81US
H-XF USD LAX4.50
H-ZP LAX
H-TOTAL FARE USD 387.80
H-ED HA ONLY/NONREF/FEE TO CHG
H-PSGR TYPE WEB

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 130 of 136

```
H-ITA  FARE*****************************
H-CVN  N/A
H-AVS  PASS
H-TKT  FOP W/HA CC FREE BAG
H-AUTH/APV-069949/IK9747/19AUG
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS-Y/ADDRESS AND ZIP/POSTAL MATCH
XXAUTH/069949
H-WB CHECK-IN FIRST ATTEMPTED AT 20AUG 0101 AM VIA WWW-0001
H-FIRST SUCCESSFUL WB CHECK-IN AT 20AUG 0102 AM VIA WWW-0001
```

## Received From

```
INTERNET BOOKING
WWW.HDQ7HX7 1442 2014/08/19 UUJMRG
```

## History

```
AFF HA 315927042 HK HA
R-LAX4ZC
S-LAX LAX 54ZC 1137 2014/08/20
A5H H-FIRST SUCCESSFUL WB CHECK-IN AT 20AUG 0102 AM VIA WWW-0001
S-HDQ HDQ 5HXY 0602 2014/08/20
A5H H-WB CHECK-IN FIRST ATTEMPTED AT 20AUG 0101 AM VIA WWW-0001
S-HDQ HDQ 5HXY 0601 2014/08/20
A5H H-AUTH/APV-069949/IK9747/19AUG
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS-Y/ADDRESS AND ZIP/POSTAL MATCH
A4S SSR TKNE HA HK1 LAXHNL0003V20AUG/1732147896102C1
X8 TL30
A7 T-19AUG-WWW5HBQ
AT W$PQ1$F*XXXXXXXXXXXXX9747/XXXX
S-WWW WWW 5HBQ 1442 2014/08/19
A4G HA 0003V 2014/08/20 LAX HNL SS 16H NRHA
R-INTERNET SEAT CHANGE
S-WWW HDQ 7HX7 1442 2014/08/19
```

## Stored Fare Items

```
PRICE QUOTE RECORD - DETAILS
PQ 1 HA ONLY/NONREF/FEE TO CHG
BASE FARE EQUIV AMT TAXES TOTAL
USD364.89 22.91XT USD387.80 WEB
XT 5.60AY 4.50XF 12.81XT
WEB-01 VLXOWEB/WEB
LAX HA HNL364.89VLXOWEB/WEB 364.89END ZPLAX XFLAX4.5
01 O LAXHNL HA 3 V 20AUG 1000A VLXOWEB/WEB 20AUG20AUG
WWW WWW 5HBQ 1442 /19AUG STATUS-ACTIVE EXP- /16JUL PRICE-AGT
```

## Bag Tag Items

## Bag Tag Name Items

```
PSGR#-001 ANABEL G CABEBE
```

## Bag Tag Routing

```
BOARDING PASS PRINT RESULT
PSGR#-001 ITN #-000 INF #-N SEQ #-0001 STATUS- ESTA-NOT APPLICABLE
```

## PNR Queue Current

## PNR Queue History

U.S. Bankruptcy Court - Hawaii  #16-90011  Dkt # 16-24  Filed  08/04/16  Page 131 of 136

```
OFF PLA 0103/ 2014/08/20 1143 REMOVED BY HNL HX1-QR
ON  PLA 0103/011 2014/08/20 1137 PLACED BY LAX 4ZC
OFF PLA 0103/ 2014/08/20 0610 REMOVED BY HNL HX1-QR
DUP PLA 0103/011 2014/08/20 0602 NO ADD BY HDQ HXY
ON  PLA 0103/011 2014/08/20 0601 PLACED BY HDQ HXY
OFF PLA 0103/ 2014/08/19 1451 REMOVED BY HNL HX1-QR
OFF FFW 0200/ 2014/08/19 1446 REMOVED BY HNL HW8-QR
ON  FFW 0200/011 2014/08/19 1446 PLACED BY WWW HBP
DUP PLA 0103/011 2014/08/19 1442 NO ADD BY WWW HBQ
DUP PLA 0103/011 2014/08/19 1442 NO ADD BY WWW HBQ
DUP PLA 0103/011 2014/08/19 1442 NO ADD BY HDQ HX7
ON  PLA 0103/011 2014/08/19 1442 PLACED BY HDQ HX7
```

**PTA Action Items**

**PTA Fare Items**

**PTA Number**

**PTA Purchase Items**

**PTA Remarks**

**PTA Routing**

U.S. Bankruptcy Court - Hawaii   #16-90011   Dkt # 16-24   Filed  08/04/16   Page 132 of 136

# PNR Data for JWCCFU

## Passenger Names

1CABEBE/ANABEL GASMEN

## Active Segments

```
HA 0004V 14SEP S HNL LAX HK 01 1015P 630A 15SEP M HRS /E
HA 0001M 17SEP W LAX HNL HK 01 900A 1140A HRS /E
```

## Ticket Time Limit Items

```
T-10SEP
TE 1737492839292 CABEB/A SYSSYS 2202/10SEP*
TK 1730616111630 CABEB/A HNL5HXB 1202/14SEP
TK 1730616115541 CABEB/A LAX54AW 0635/17SEP
```

## Phone

## Passenger Email

## Passenger Address

## Frequent Traveler

```
HA 315927042 NO HA HK TXT
HA 315927042 NO HA HK TXT
```

## Seats/Boarding Pass

```
HA 0004V 2014/09/14 HNL LAX HK 19D NH 1.1
HA 0001M 2014/09/17 LAX HNL HK 19D NH 1.1
```

## OA Facts

## HA Facts

```
OSI HA CTCP HNL808 841 2881
SSR SEAT HA DK1 HNLLAX0004V14SEP.19DN
SSR SEAT HA DK1 LAXHNL0001M17SEP.19DN
SSR SEAT HA XX1 HNLLAX0004V14SEP.19D
SSR SEAT HA XX1 LAXHNL0001M17SEP.19D
SSR SEAT HA DK1 HNLLAX0004V14SEP.19DN
SSR SEAT HA DK1 LAXHNL0001M17SEP.19DN
SSR DOCS HA HK1/DB/        51/F/CABEBE/ANABELGASMEN 1.1
SSR TKNE HA HK1 HNL    04V14SEP.1737492839292C1 1.1
SSR TKNE HA HK1 LAXHNL0001M17SEP.1737492839292C2 1.1
```

## Remarks

```
H-KS CHECK-IN FIRST ATTEMPTED AT 14SEP 1156 AM VIA HNL-HNLL2P1K7
H-AUTH/APV-407603/BA4198/14SEP
H-AUTH/CSC NOT SUPPLIED
H-AUTH/AVS NOT SUPPLIED
H-01 COMFORT-ACS USD 60.00
H- 1737492839292
H-PROD 4/14SEPHNL-1.1 1 X F3 -- COMFORT-ACS CABEBE/ANABEL GASMEN
H-PAID/USD 60.00/14SEP HNL-HNLL2P1K7/1730616111630
H-FIRST SUCCESSFUL KS CHECK-IN AT 14SEP 1202 PM VIA HNL-HNLL2P1K7
H-PROD 1/17SEPLAX-1.1 1 X E1 -- 1ST BAG CABEBE/ANABEL GASMEN
H-ACTION-PAXTIMEOUT
H-01 ATO COMFORT 60USD USD 60.00
H- 1737492839292
H-PAX LEFT BGX UNATTENDED AT GT27 / AIRPORT POLICE WAS
H-CTCD / AIRPORT POLICE COULD NOT CLEARY READ THE NAMETAG
H-ON THE BGX SO HE HAD A K9 SNIFF THE BGX OUT / BGX
H-WAS CLEAN SO POLICE WENT THROUGH PAXS BGX TO FIND
H-SOME SORT OF ID / PAX WALKED UP WHILE HE WAS GOING
H-THRU HER ITEMS / AFTERWARDS SHE WAS UPSET / SHE
H-EXPLAINED SHE IS A PARALEGAL AND SHE WOULD SUE HA
H-FOR GOING THROUGH HER ITEMS / I ADVZD THAT BC HER
H-ITEM WAS LEFT UNATTENDED WE HAD THE RIGHT TO CNTC
H-LAX POLICE / HE WENT THROUGH IT BC HE COULD NOT ID
H-IT / I APOLOGIZED AND SAID WE DID NOT GO THROUGH IT / ONLY
H-THE POLICE / SHE STILL SAID SHE WOULD SUE / LAX4AV JASMINE
```

**Received From**

```
HDQRMAA110207/DKD54272C1A096/00000014BC033D55 7F16C361-001
HDQAAQKVKRZ/99G1/12546973
TTY.TTY 2107 2014/09/10 JWCCFU
```

**History**

```
A5H H-PAX LEFT BGX UNATTENDED AT GT27 / AIRPORT POLICE WAS
A5H H-CTCD / AIRPORT POLICE COULD NOT CLEARY READ THE NAMETAG
A5H H-ON THE BGX SO HE HAD A K9 SNIFF THE BGX OUT / BGX
A5H H-WAS CLEAN SO POLICE WENT THROUGH PAXS BGX TO FIND
A5H H-SOME SORT OF ID / PAX WALKED UP WHILE HE WAS GOING
A5H H-THRU HER ITEMS / AFTERWARDS SHE WAS UPSET / SHE
A5H H-EXPLAINED SHE IS A PARALEGAL AND SHE WOULD SUE HA
A5H H-FOR GOING THROUGH HER ITEMS / I ADVZD THAT BC HER
A5H H-ITEM WAS LEFT UNATTENDED WE HAD THE RIGHT TO CNTC
A5H H-LAX POLICE / HE WENT THROUGH IT BC HE COULD NOT ID
A5H H-IT / I APOLOGIZED AND SAID WE DID NOT GO THROUGH IT / ONLY
A5H H-THE POLICE / SHE STILL SAID SHE WOULD SUE / LAX4AV JASMINE
S-LAX LAX 54AV 1313 2014/09/17
A5H H-01 ATO COMFORT 60USD USD 60.00
A5H H- 1737492839292
S-LAX LAX 54AW 0835 2014/09/17
A5H H-ACTION-PAXTIMEOUT
S-LAX HDQ 5HXB 0832 2014/09/17
A5H H-PROD 1/17SEPLAX-1.1 1 X E1 -- 1ST BAG CABEBE/ANABEL GASMEN
S-HDQ HDQ 5HXB 0827 2014/09/17
A5H H-FIRST SUCCESSFUL KS CHECK-IN AT 14SEP 1202 PM VIA HNL-HNLL2P1K7
S-HNL HDQ 5HXB 1702 2014/09/14
A5H H-AUTH/APV-407603/BA4198/14SEP
A5H H-AUTH/CSC NOT SUPPLIED
A5H H-AUTH/AVS NOT SUPPLIED
A5H H-01 COMFORT-ACS USD 60.00
A5H H- 1737492839292
A5H H-PROD 4/14SEPHNL-1.1 1 X F3 -- COMFORT-ACS CABEBE/ANABEL GASMEN
A5H H-PAID/USD 60.00/14SEP HNL-HNLL2P1K7/1730616111630
S-HNL HDQ 5HXB 1702 2014/09/14
A5H H-KS CHECK-IN FIRST ATTEMPTED AT 14SEP 1156 AM VIA HNL-HNLL2P1K7
S-HNL HDQ 5HXB 1656 2014/09/14
A4S SSR TKNE HA HK1 HNLLAX0004V14SEP.1737492839292C1
A4S SSR TKNE HA HK1 LAXHNL0001M17SEP.1737492839292C2
R-HDQRMAA110302 7FC6744E-001
S-TTY TTY RMAA 2202 2014/09/10
A7 T-10SEP
S-HNL HNL A40 2202 2014/09/10
A4S SSR DOCS HA HK1/DB/█████51/F/CABEBE/ANABELGASMEN
R-HDQRMAA110244 7F947C1
S-TTY TTY RMAA 2144 2014/09/10
A4S SSR SEAT HA DK1 LAXHNL0001M17SEP.19DN
A4G HA 0001M 2014/09/17 LAX HNL SS 19D NH
```

Post Departure Information Web Site - Display Page

```
R-HDQRMAA110209/DKD54272C1A09A/00000025D2052EBF 7F1733BC-001 BPR
S-TTY TTY RMAA 2109 2014/09/10
A4S SSR SEAT HA DK1 HNLLAX0004V14SEP.19DN
A4G HA 0004V 2014/09/14 HNL LAX SS 19D NH
R-HDQRMAA110209/DKD54272C1A099/0000001BB903D3F1 7F171D15-001 BPR
S-TTY TTY RMAA 2109 2014/09/10
X4G HA 0004V 2014/09/14 HNL LAX HK 19D NH
X4G HA 0001M 2014/09/17 LAX HNL HK 19D NH
A4S SSR SEAT HA XX1 HNLLAX0004V14SEP.19D
A4S SSR SEAT HA XX1 LAXHNL0001M17SEP.19D
R-HDQRMAA110208 7F170BF5-001 BPR
S-TTY TTY RMAA 2108 2014/09/10
AFF HA 315927042 NO HA HK TXT
R-HDQRMAA110208 7F170448-001
S-TTY TTY RMAA 2108 2014/09/10
A4S SSR SEAT HA DK1 LAXHNL0001M17SEP.19DN
A4G HA 0001M 2014/09/17 LAX HNL SS 19D NH
R-HDQRMAA110208/DKD54272C1A098/00000034EE04357F 7F16F6A6-001 BPR
S-TTY TTY RMAA 2108 2014/09/10
A4S SSR SEAT HA DK1 HNLLAX0004V14SEP.19DN
A4G HA 0004V 2014/09/14 HNL LAX SS 19D NH
R-HDQRMAA110208/DKD54272C1A097/0000002E8F077683 7F16ED2B-001 BPR
S-TTY TTY RMAA 2108 2014/09/10
AFF HA 315927042 NO HA HK TXT
R-HDQRMAA110208 7F16A898-001
S-TTY TTY RMAA 2108 2014/09/10
```

## Stored Fare Items

## Bag Tag Items

```
PSGR#-001 RTE #-0001 HNL 4173722674 BY - LAX 5HXB 0627/2014/09/17 STATUS-
```

## Bag Tag Name Items

```
PSGR#-001 ANABEL GASMEN CABEBE
```

## Bag Tag Routing

```
RTE #-0001 HA 0001 HNL

BOARDING PASS PRINT RESULT
PSGR#-001 ITN #-000 INF #-N SEQ #-0001 STATUS- ESTA-NOT APPLICABLE
PSGR#-001 ITN #-002 INF #-N SEQ #-0002 STATUS- ESTA-NOT APPLICABLE
```

## PNR Queue Current

## PNR Queue History

```
OFF PLA 0101/ 2014/09/17 1322 REMOVED BY HNL HX1-QR
ON PLA 0101/011 2014/09/17 1313 PLACED BY LAX 4AV
OFF PLA 0101/ 2014/09/17 0844 REMOVED BY HNL HX1-QR
ON PLA 0101/011 2014/09/17 0835 PLACED BY LAX 4AW
OFF PLA 0101/ 2014/09/17 0833 REMOVED BY HNL HX1-QR
DUP PLA 0101/011 2014/09/17 0832 NO ADD BY HDQ HXB
ON PLA 0101/011 2014/09/17 0827 PLACED BY HDQ HXB
OFF PLA 0101/ 2014/09/14 1709 REMOVED BY HNL HX1-QR
DUP PLA 0101/011 2014/09/14 1702 NO ADD BY HDQ HXB
ON PLA 0101/011 2014/09/14 1702 PLACED BY HDQ HXB
OFF PLA 0101/ 2014/09/14 1659 REMOVED BY HNL HX1-QR
ON PLA 0101/011 2014/09/14 1656 PLACED BY HDQ HXB
OFF PLA 0101/ 2014/09/10 2206 REMOVED BY HNL HX1-QR
DUP PLA 0101/011 2014/09/10 2202 NO ADD BY TTY MAA
ON PLA 0101/011 2014/09/10 2202 PLACED BY HNL A40
OFF PLA 0101/ 2014/09/10 2145 REMOVED BY HNL HX1-QR
ON PLA 0101/011 2014/09/10 2144 PLACED BY TTY MAA
OFF PLA 0101/ 2014/09/10 2112 REMOVED BY HNL HX1-QR
```

```
DUP PLA 0101/011 2014/09/10 2109 NO ADD BY TTY MAA
DUP PLA 0101/011 2014/09/10 2109 NO ADD BY TTY MAA
DUP PLA 0101/011 2014/09/10 2108 NO ADD BY TTY MAA
DUP PLA 0101/011 2014/09/10 2108 NO ADD BY TTY MAA
DUP PLA 0101/011 2014/09/10 2108 NO ADD BY TTY MAA
DUP PLA 0101/011 2014/09/10 2108 NO ADD BY TTY MAA
DUP PLA 0101/011 2014/09/10 2108 NO ADD BY TTY MAA
ON PLA 0101/011 2014/09/10 2107 PLACED BY TTY MAA
```

**PTA Action Items**

**PTA Fare Items**

**PTA Number**

**PTA Purchase Items**

**PTA Remarks**

**PTA Routing**