Anabel Cabebe
P.O. Box 29386
Hon. Hi 96820



FILED
U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII

2016 OCT 12 P 2: 58

MICHAEL E. DOWLING
CLERK OF COURT

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAI'I

| In re: | ) | ADV. 16-90011 |
| Anabel Gasmen Cabebe | ) | CASE NO. 15-01446 |
| | ) | (CHAPTER 7) |
| Debtor, | ) | |
| | ) | |
| vs, | ) | MOTION TO STAY THE EXECUTION |
| STATE OF HAWAI'I, by its Office OF | ) | OF GRANTING OR DENYING THE |
| CONSUMER PROTECTION, OCP. | ) | PLAINTIFF'S MOTION FOR SUMMARY |
| | ) | JUDGMENT UNTIL ALL THE |
| Plaintiff, | ) | EVIDENCE ARE ACCOUNTED FOR |
| | ) | |
| vs. | ) | |
| | ) | |
| Anabel Gasmen Cabebe, | ) | |
| | ) | |
| Defendant | ) | |

## MOTION TO STAY THE EXECUTION OF GRANTING OR DENYING THE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT UNTIL ALL THE EVIDENCE ARE ACCOUNTED FOR

Comes now the defendant Anabel Gasmen Cabebe, (herein after **"Defendant"**) hereby submits her reasons for the stay because of discrepancies in the service of process, and breach of contract, of the original lender for both properties. The evidence that's being relied on is, **(OCP)** the Plaintiff's own documents, and will demonstrate as evidence to this court that all evidence was not submitted to this court to make a just judgment of the Plaintiff's claims. Defendant also is claiming that she was coerced under duress into filing bankruptcy, by the plaintiff **(OCP)**. Further, the defendant did not willingly surrender her rights to the deed and property, and still currently still holds the deed and title to the property, that under the United States Constitutions Fifth and Fourteenth Amendment. Defendant is entitled to her property under the due process

1

clause of both federal and state constitutions. Moreover, the breach of contract falls under Art 10. § cl. 1, which states:

*"No State SHALL enter into any...Law impairing the obligation of contracts...."*

## CONCLUSION

For all the reasons as stated above, the defendant hereby ask this court to stay the Plaintiff's judgment until all the evidence are supplied to this court, as stated above, that under the due process clause the defendant a right to be heard, and ask this court to issue an order to the plaintiff, to cease and desist any and all dealings with the properties in question.

Dated: Honolulu, Hi. October 8, 2016

Respectfully submitted,

_____
Anabel Gasmen Cabebe defendant/pro se

## CERTIFICATE OF SERVICE

I hereby caused a copy of the forgoing document to be U.S. postage pre-paid mail or hand delivered to the party as listed below on the date signed herein:

KLEVANSKY PIPER, LLP
841 BISHOP STREET SUITE 1707
HONOLULU, HI 96813

ATTORNEY FOR THE PLAINTIFF'S

Dated: Honolulu, Hi October 11, 2016.

_____
Anabel Gasmen Cabebe defendant/pro se

2