James F. Evers   HI State Bar No. 5304
State of Hawaii
Office of Consumer Protection
235 S. Beretania Street, Room 801
Honolulu, Hawaii 96813
Phone: (808) 586-5980
E-Mail: jevers@dcca.hawaii.gov

Attorney for STATE OF HAWAII
OFFICE OF CONSUMER PROTECTION

UNITED STATES BANKRUPTCY COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| In re: | ) | Case No. 15-01446 |
| | ) | Chapter 7 |
| ANABEL GASMEN CABEBE, | ) | |
| Debtor. | ) | |
| | ) | |
| STATE OF HAWAII, by its OFFICE OF CONSUMER PROTECTION, | ) | Adv. Pro. No. 16-90011 |
| Plaintiff, | ) | |
| v. | ) | |
| ANABEL GASMEN CABEBE, | ) | |
| Defendant. | ) | |

PLAINTIFF'S MOTION FOR RECONSIDERATION

Plaintiff State of Hawaii, by its Office of Consumer Protection ("OCP"), through its attorney James F. Evers, Esq., hereby moves this Honorable Court for

reconsideration of the Findings of Facts and Conclusions of Law on Plaintiff's Motion for Summary Judgment filed herein on October 5, 2016 as Dkt #25.

This motion is made pursuant to Fed. R. Civ. P. 59(e), made applicable to bankruptcy proceedings by Fed. R. Bankr. P. 9023.

The purpose of the motion is twofold. First, OCP seeks to remedy what appears to be a miscalculation of the awards of restitution and fines and penalties. Second, in response to what OCP viewed as an invitation to supplement its request for declaratory relief,[1] OCP will attempt to provide the Court with a better factual and legal basis to award declaratory relief. If in considering the motion the Court feels that additional relief is appropriate, OCP also requests the Court award such other relief as the Court deems just and proper.

DATED: Honolulu, Hawaii, October 13, 2016.

/s/ James F. Evers
JAMES F. EVERS
Attorney for State of Hawaii
Office of Consumer Protection

---

[1] In its discussion of declaratory relief, the Court's unwillingness to grant the requested declaratory relief was qualified by "without further legal explanation from OCP."

2