Date Signed:
November 15, 2016



SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| In re: | ) | Case No. 15-01446 |
| | ) | Chapter 7 |
| ANABEL GASMEN CABEBE, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| ─────────────────────── | ) | |
| | ) | |
| STATE OF HAWAII, by its OFFICE OF CONSUMER PROTECTION, | ) | Adv. Pro. No. 16-90011 |
| | ) | |
| | ) | Related Document Nos. 25, 28 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANABEL GASMEN CABEBE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

GRANTING IN PART AND DENYING IN PART
ORDER ~~DENYING~~ MOTION FOR RECONSIDERATION

Plaintiff State of Hawaii Office of Consumer Protection's Motion for Reconsideration, filed October 13, 2016 (the "Motion"), came on for hearing before the Honorable Robert J. Faris on November 14, 2016, pursuant to notice. James F. Evers, Esq., appeared on behalf of Plaintiff State of Hawaii Office of Consumer Protection. No other appearances were made.

Having reviewed the Motion and the documents filed in connection therewith, and having considered the arguments of counsel made at the hearing, and for the reasons stated on the record,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, except with respect to the correction of the amounts awarded for restitution and fines and penalties, as set forth by separate order, the Motion is DENIED.

**END OF ORDER**

Submitted by:
James F. Evers   HI State Bar No. 5304
State of Hawaii Office of Consumer Protection
235 S. Beretania Street, Room 801
Honolulu, Hawaii 96813-2419
Phone: (808) 586-5980
E-Mail: james.f.evers@dcca.hawaii.gov
Attorney for STATE OF HAWAII
OFFICE OF CONSUMER PROTECTION