James F. Evers   HI State Bar No. 5304
State of Hawaii
Office of Consumer Protection
235 S. Beretania Street, Room 801
Honolulu, Hawaii 96813
Phone: (808) 586-5980
E-Mail: jevers@dcca.hawaii.gov

Attorney for STATE OF HAWAII
OFFICE OF CONSUMER PROTECTION

UNITED STATES BANKRUPTCY COURT

DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>ANABEL GASMEN CABEBE,<br><br>         Debtor. | Case No. 15-01446<br>Chapter 7 |
| STATE OF HAWAII, by its OFFICE OF CONSUMER PROTECTION,<br><br>         Plaintiff,<br><br>v.<br><br>ANABEL GASMEN CABEBE, MORTGAGE ENTERPRISE, MORTGAGE ENTERPRISE INVESTMENTS, and MORTGAGE ENTERPRISES INVESTMENTS,<br><br>         Defendants. | Adv. Pro. No. 16-90011 |

PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT
AS TO DEFENDANT ANABEL GASMEN CABEBE

Plaintiff State of Hawaii, by its Office of Consumer Protection ("OCP"), through its attorney James F. Evers, Esq., and pursuant to Rule 7055 Fed.R.Bankr.P. and Fed.R.Civ.P. 55(a), hereby requests this Honorable Court to enter default against Defendant Anabel Gasmen Cabebe, as she has failed to plead or otherwise defend in response to the allegations made in OCP's First Amended Complaint filed herein on January 24, 2017 (Dkt #52).

This request is supported by the facts set forth in the attached declaration of counsel.

DATED: Honolulu, Hawaii, February 3, 2017.

/s/ James F. Evers
JAMES F. EVERS
Attorney for State of Hawaii
Office of Consumer Protection

UNITED STATES BANKRUPTCY COURT

DISTRICT OF HAWAII

| In re: | ) | Case No. 15-01446 |
| --- | --- | --- |
| | ) | Chapter 7 |
| ANABEL GASMEN CABEBE, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| STATE OF HAWAII, by its OFFICE OF CONSUMER PROTECTION, | ) | Adv. Pro. No. 16-90011 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANABEL GASMEN CABEBE, MORTGAGE ENTERPRISE, MORTGAGE ENTERPRISE INVESTMENTS, and MORTGAGE ENTERPRISES INVESTMENTS, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF COUNSEL

I, James F. Evers, do declare:

1. I have personal knowledge of the facts stated in this Declaration and if called as a witness, I could and would testify as to all matters set forth herein based upon my own knowledge of the facts.

2. I am an enforcement attorney with the State of Hawaii Department of Commerce and Consumer Affairs' Office of Consumer Protection (hereinafter "OCP").

3. As previously indicated in the certificate of service filed with the Court (Adv. Dkt #58), a true and correct copy of the First Amended Complaint (Adv. Dkt #52) and Exhibits "1" – "20" (Adv. Dkt #52-1), filed on January 4, 2017, along with a true and correct copy of the Summons Issued for Anabel Gasmen Cabebe and Notice of Scheduling Conference (Adv. Dkt #54), filed on January 6, 2017, were served upon Anabel Gasmen Cabebe by Mail Service via Regular, First Class United States Mail, postage fully pre-paid, at recipient's last known address on January 9, 2017, addressed to: Anabel Gasmen Cabebe, P.O. Box 29386, Honolulu, HI 96820.

4. The mailing presumably reached its intended destination, as the mailing was not returned to my office.

5. The time for Defendant Anabel Gasmen Cabebe to answer, move or otherwise plead has since expired, and Defendant Anabel Gasmen Cabebe has failed to answer, move or otherwise plead in response to OCP's First Amended Complaint.

6. This Declaration is executed for the purpose of enabling OCP to obtain entry of default against Defendant Anabel Gasmen Cabebe, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, for her failure to timely answer or otherwise defend or respond to OCP's First Amended Complaint.

Under penalty of perjury, I declare that the foregoing is true and correct.

Executed this 3rd day of February, 2017, at Honolulu, Hawaii.

/s/ James F. Evers
James F. Evers
Enforcement Attorney
State of Hawaii
Department of Commerce and Consumer Affairs
Office of Consumer Protection